# Exhibit 6
Belews NPDES Permit Outfall Map
November 2016



NC0024406 - Belews Creek Steam Station

Latitude (001): 36°16'49.5"
Longitude (001): 80°03'39.8"
Latitude (003): 36°18'22.0"
Longitude(003): 80°04'50.7"
Latitude (003): 36°17'50.3"
Longitude(003): 80°3'29.7"

Receiving Stream (001 & 005): Belews Lake
Stream Class: C
Receiving Stream (003): Dan River
Stream Class: WS-IV

Facility Location

North

Duke Energy- Belews Steam Station
NC0024406
*Map not to scale*