# Exhibit 8
## Belews Revised Groundwater Model Figures Excerpt
## September 27, 2016

# Figures

Page

Figure 1. Flow Model Boundary Conditions ................................................................................ B-7
Figure 2. Model Recharge Areas and Contaminant Source Zones (Ash Basin Waste Boundary) .................................................................................................................... B-8
Figure 3. Observation Wells in Shallow Groundwater Zone ...................................................... B-9
Figure 4. Observation Wells in Deep Groundwater Zone ........................................................ B-10
Figure 5. Observation Wells in Bedrock Groundwater Zone .................................................... B-11
Figure 6. Hydraulic Conductivity Zonation in S/M1 Model Layers (Model Layer 3) ................. B-12
Figure 7. Hydraulic Conductivity Zonation in M2 Model Layer (Model Layer 4) ...................... B-13
Figure 8. Hydraulic Conductivity Zonation in TZ and BR Model Layers (Model Layers 5 and 6) .................................................................................................................... B-14
Figure 9. Hydraulic Conductivity Zonation in BR Model Layer (Model Layer 7) ...................... B-15
Figure 10. Modeled Hydraulic Head (feet) vs. Observed Hydraulic Head (feet) ..................... B-16
Figure 11. Hydraulic Head (feet) in Shallow Groundwater Zone (Model Layer 4) .................. B-17
Figure 12. Particle Tracking Results (see Table 7 for Advective Travel Times) ..................... B-18
Figure 13. Reverse Particle Tracking from Residential Wells ................................................. B-19
Figure 14. Closure Scenario Hydraulic Head (feet) in Shallow Groundwater Zone (Model Layer 3) ........................................................................................................ B-20
Figure 15. Predicted Arsenic (µg/L) at Monitoring Well AB-2D .............................................. B-21
Figure 16. Predicted Arsenic (µg/L) at Monitoring Well MW-103S ......................................... B-22
Figure 17. Predicted Arsenic (µg/L) at Monitoring Well GWA-18D ........................................ B-23
Figure 18. Predicted Arsenic (µg/L) at Monitoring Well GWA-21D ........................................ B-24
Figure 19. Initial (2016) Arsenic Concentrations (µg/L) in the Shallow Groundwater Zone .... B-25
Figure 20. Initial (2016) Arsenic Concentrations (µg/L) in the Deep Groundwater Zone ........ B-26
Figure 21. Initial (2016) Arsenic Concentrations (µg/L) in the Bedrock Groundwater Zone .... B-27
Figure 22. "Existing Conditions" Scenario 1 - 2116 Predicted Arsenic (µg/L) in the Shallow Groundwater Zone ................................................................................... B-28
Figure 23. "Existing Conditions" Scenario 1 - 2116 Predicted Arsenic (µg/L) in the Deep Groundwater Zone ................................................................................................ B-29
Figure 24. "Existing Conditions" Scenario 1 - 2116 Predicted Arsenic (µg/L) in the Bedrock Groundwater Zone ................................................................................. B-30
Figure 25. "Closure" Scenario 2 - 2116 Predicted Arsenic (µg/L) in the Shallow Groundwater Zone ................................................................................................ B-31
Figure 26. "Closure" Scenario 2 - 2116 Predicted Arsenic (µg/L) in the Deep Groundwater Zone ................................................................................................ B-32
Figure 27. "Closure" Scenario 2 - 2116 Predicted Arsenic (µg/L) in the Bedrock Groundwater Zone ................................................................................................ B-33
Figure 28. "Excavation" Scenario 3 - 2116 Predicted Arsenic (µg/L) in the Shallow Groundwater Zone ................................................................................................ B-34

Figure 29. "Excavation" Scenario 3 - 2116 Predicted Arsenic (µg/L) in the Deep Groundwater Zone...................................................................................................B-35
Figure 30. "Excavation" Scenario 3 - 2116 Predicted Arsenic (µg/L) in the Bedrock Groundwater Zone...................................................................................................B-36
Figure 31. Predicted Beryllium (µg/L) at Monitoring Well AB-2D ....................................B-37
Figure 32. Predicted Beryllium (µg/L) at Monitoring Well MW-103S ...............................B-38
Figure 33. Predicted Beryllium (µg/L) at Monitoring Well GWA-18D...............................B-39
Figure 34. Predicted Beryllium (µg/L) at Monitoring Well GWA-21D...............................B-40
Figure 35. Initial (2016) Beryllium Concentrations (µg/L) in the Shallow Groundwater Zone ..........................................................................................................................B-41
Figure 36. Initial (2016) Beryllium Concentrations (µg/L) in the Deep Groundwater Zone .....B-42
Figure 37. Initial (2016) Beryllium Concentrations (µg/L) in the Bedrock Groundwater Zone ..........................................................................................................................B-43
Figure 38. "Existing Conditions" Scenario 1 - 2116 Predicted Beryllium (µg/L) in the Shallow Groundwater Zone .....................................................................................B-44
Figure 39. "Existing Conditions" Scenario 1 - 2116 Predicted Beryllium (µg/L) in the Deep Groundwater Zone ..........................................................................................B-45
Figure 40. "Existing Conditions" Scenario 1 - 2116 Predicted Beryllium (µg/L) in the Bedrock Groundwater Zone.....................................................................................B-46
Figure 41. "Closure" Scenario 2 - 2116 Predicted Beryllium (µg/L) in the Shallow Groundwater Zone...................................................................................................B-47
Figure 42. "Closure" Scenario 2 - 2116 Predicted Beryllium (µg/L) in the Deep Groundwater Zone...................................................................................................B-48
Figure 43. "Closure" Scenario 2 - 2116 Predicted Beryllium (µg/L) in the Bedrock Groundwater Zone...................................................................................................B-49
Figure 44. "Excavation" Scenario 3 - 2116 Predicted Beryllium (µg/L) in the Shallow Groundwater Zone...................................................................................................B-50
Figure 45. "Excavation" Scenario 3 - 2116 Predicted Beryllium (µg/L) in the Deep Groundwater Zone...................................................................................................B-51
Figure 46. "Excavation" Scenario 3 - 2116 Predicted Beryllium (µg/L) in the Bedrock Groundwater Zone...................................................................................................B-52
Figure 47. Predicted Boron (µg/L) at Monitoring Well AB-2D ..........................................B-53
Figure 48. Predicted Boron (µg/L) at Monitoring Well MW-103S .....................................B-54
Figure 49. Predicted Boron (µg/L) at Monitoring Well GWA-18D.....................................B-55
Figure 50. Predicted Boron (µg/L) at Monitoring Well GWA-21D.....................................B-56
Figure 51. Initial (2016) Boron Concentrations (µg/L) in the Shallow Groundwater Zone.......B-57
Figure 52. Initial (2016) Boron Concentrations (µg/L) in the Deep Groundwater Zone ..........B-58
Figure 53. Initial (2016) Boron Concentrations (µg/L) in the Bedrock Groundwater Zone......B-59
Figure 54. "Existing Conditions" Scenario 1 - 2116 Predicted Boron (µg/L) in the Shallow Groundwater Zone...................................................................................................B-60
Figure 55. "Existing Conditions" Scenario 1 - 2116 Predicted Boron (µg/L) in the Deep Groundwater Zone...................................................................................................B-61
Figure 56. "Existing Conditions" Scenario 1 - 2116 Predicted Boron (µg/L) in the Bedrock Groundwater Zone...................................................................................................B-62

Figure 57. "Closure" Scenario 2 - 2116 Predicted Boron (µg/L) in the Shallow Groundwater Zone......................................................................................................B-63
Figure 58. "Closure" Scenario 2 - 2116 Predicted Boron (µg/L) in the Deep Groundwater Zone ............................................................................................................B-64
Figure 59. "Closure" Scenario 2 - 2116 Predicted Boron (µg/L) in the Bedrock Groundwater Zone......................................................................................................B-65
Figure 60. "Excavation" Scenario 3 - 2116 Predicted Boron (µg/L) in the Shallow Groundwater Zone......................................................................................................B-66
Figure 61. "Excavation" Scenario 3 - 2116 Predicted Boron (µg/L) in the Deep Groundwater Zone......................................................................................................B-67
Figure 62. "Excavation" Scenario 3 - 2116 Predicted Boron (µg/L) in the Bedrock Groundwater Zone......................................................................................................B-68
Figure 63. Predicted Chloride (µg/L) at Monitoring Well AB-2D........................................B-69
Figure 64. Predicted Chloride (µg/L) at Monitoring Well MW-103S ......................................B-70
Figure 65. Predicted Chloride (µg/L) at Monitoring Well GWA-18D........................................B-71
Figure 66. Predicted Chloride (µg/L) at Monitoring Well GWA-21D ........................................B-72
Figure 67. Initial (2016) Chloride Concentrations (µg/L) in the Shallow Groundwater Zone ............................................................................................................B-73
Figure 68. Initial (2016) Chloride Concentrations (µg/L) in the Deep Groundwater Zone.......B-74
Figure 69. Initial (2016) Chloride Concentrations (µg/L) in the Bedrock Groundwater Zone ............................................................................................................B-75
Figure 70. "Existing Conditions" Scenario 1 - 2116 Predicted Chloride (µg/L) in the Shallow Groundwater Zone ............................................................................B-76
Figure 71. "Existing Conditions" Scenario 1 - 2116 Predicted Chloride (µg/L) in the Deep Groundwater Zone......................................................................................................B-77
Figure 72. "Existing Conditions" Scenario 1 - 2116 Predicted Chloride (µg/L) in the Bedrock Groundwater Zone.......................................................................................B-78
Figure 73. "Closure" Scenario 2 - 2116 Predicted Chloride (µg/L) in the Shallow Groundwater Zone......................................................................................................B-79
Figure 74. "Closure" Scenario 2 - 2116 Predicted Chloride (µg/L) in the Deep Groundwater Zone......................................................................................................B-80
Figure 75. "Closure" Scenario 2 - 2116 Predicted Chloride (µg/L) in the Bedrock Groundwater Zone......................................................................................................B-81
Figure 76. "Excavation" Scenario 3 - 2116 Predicted Chloride (µg/L) in the Shallow Groundwater Zone......................................................................................................B-82
Figure 77. "Excavation" Scenario 3 - 2116 Predicted Chloride (µg/L) in the Deep Groundwater Zone......................................................................................................B-83
Figure 78. "Excavation" Scenario 3 - 2116 Predicted Chloride (µg/L) in the Bedrock Groundwater Zone......................................................................................................B-84
Figure 79. Predicted Chromium (µg/L) at Monitoring Well AB-2D........................................B-85
Figure 80. Predicted Chromium (µg/L) at Monitoring Well 103-S........................................B-86
Figure 81. Predicted Chromium (µg/L) at Monitoring Well GWA-18D ................................B-87
Figure 82. Predicted Chromium (µg/L) at Monitoring Well GWA-21D ................................B-88

Figure 83. Initial (2016) Chromium Concentrations (µg/L) in the Shallow Groundwater Zone .................................................................................................................. B-89
Figure 84. Initial (2016) Chromium Concentrations (µg/L) in the Deep Groundwater Zone.... B-90
Figure 85. Initial (2016) Chromium Concentrations (µg/L) in the Bedrock Groundwater Zone .................................................................................................................. B-91
Figure 86. "Existing Conditions" Scenario 1 - 2116 Predicted Chromium (µg/L) in the Shallow Groundwater Zone ............................................................................... B-92
Figure 87. "Existing Conditions" Scenario 1 - 2116 Predicted Chromium (µg/L) in the Deep Groundwater Zone ................................................................................... B-93
Figure 88. "Existing Conditions" Scenario 1 - 2116 Predicted Chromium (µg/L) in the Bedrock Groundwater Zone ............................................................................. B-94
Figure 89. "Closure" Scenario 2 - 2116 Predicted Chromium (µg/L) in the Shallow Groundwater Zone ........................................................................................... B-95
Figure 90. "Closure" Scenario 2 - 2116 Predicted Chromium (µg/L) in the Deep Groundwater Zone .............................................................................................. B-96
Figure 91. "Closure" Scenario 2 - 2116 Predicted Chromium (µg/L) in the Bedrock Groundwater Zone ........................................................................................... B-97
Figure 92. "Excavation" Scenario 3 - 2116 Predicted Chromium (µg/L) in the Shallow Groundwater Zone ........................................................................................... B-98
Figure 93. "Excavation" Scenario 3 - 2116 Predicted Chromium (µg/L) in the Deep Groundwater Zone ........................................................................................... B-99
Figure 94. "Excavation" Scenario 3 - 2116 Predicted Chromium (µg/L) in the Bedrock Groundwater Zone ......................................................................................... B-100
Figure 95. Predicted Cobalt (µg/L) at Monitoring Well AB-2D............................................... B-101
Figure 96. Predicted Cobalt (µg/L) at Monitoring Well MW-103S ........................................ B-102
Figure 97. Predicted Cobalt (µg/L) at Monitoring Well GWA-18D ........................................ B-103
Figure 98. Predicted Cobalt (µg/L) at Monitoring Well GWA-21D ........................................ B-104
Figure 99. Initial (2016) Cobalt Concentrations (µg/L) in the Shallow Groundwater Zone.... B-105
Figure 100. Initial (2016) Cobalt Concentrations (µg/L) in the Deep Groundwater Zone...... B-106
Figure 101. Initial (2016) Cobalt Concentrations (µg/L) in the Bedrock Groundwater Zone . B-107
Figure 102. "Existing Conditions" Scenario 1 - 2116 Predicted Cobalt (µg/L) in the Shallow Groundwater Zone .......................................................................... B-108
Figure 103. "Existing Conditions" Scenario 1 - 2116 Predicted Cobalt (µg/L) in the Deep Groundwater Zone ................................................................................. B-109
Figure 104. "Existing Conditions" Scenario 1 - 2116 Predicted Cobalt (µg/L) in the Bedrock Groundwater Zone ............................................................................ B-110
Figure 105. "Closure" Scenario 2 - 2116 Predicted Cobalt (µg/L) in the Shallow Groundwater Zone ......................................................................................... B-111
Figure 106. "Closure" Scenario 2 - 2116 Predicted Cobalt (µg/L) in the Deep Groundwater Zone ............................................................................................ B-112
Figure 107. "Closure" Scenario 2 - 2116 Predicted Cobalt (µg/L) in the Bedrock Groundwater Zone ......................................................................................... B-113
Figure 108. "Excavation" Scenario 3 - 2116 Predicted Cobalt (µg/L) in the Shallow Groundwater Zone ......................................................................................... B-114

Figure 109. "Excavation" Scenario 3 - 2116 Predicted Cobalt (µg/L) in the Deep Groundwater Zone................................................................................................B-115
Figure 110. "Excavation" Scenario 3 - 2116 Predicted Cobalt (µg/L) in the Bedrock Groundwater Zone................................................................................................B-116
Figure 111. Predicted Hexavalent Chromium (µg/L) at Monitoring Well AB-2D ...................B-117
Figure 112. Predicted Hexavalent Chromium (µg/L) at Monitoring Well MW-103S.............B-118
Figure 113. Predicted Hexavalent Chromium (µg/L) at Monitoring Well GWA-18D .............B-119
Figure 114. Predicted Hexavalent Chromium (µg/L) at Monitoring Well GWA-21D .............B-120
Figure 115. Initial (2016) Hexavalent Chromium Concentrations (µg/L) in the Shallow Groundwater Zone................................................................................................B-121
Figure 116. Initial (2016) Hexavalent Chromium Concentrations (µg/L) in the Deep Groundwater Zone................................................................................................B-122
Figure 117. Initial (2016) Hexavalent Chromium Concentrations (µg/L) in the Bedrock Groundwater Zone................................................................................................B-123
Figure 118. "Existing Conditions" Scenario 1 - 2116 Predicted Hexavalent Chromium (µg/L) in the Shallow Groundwater Zone............................................................B-124
Figure 119. "Existing Conditions" Scenario 1 - 2116 Predicted Hexavalent Chromium (µg/L) in the Deep Groundwater Zone ................................................................B-125
Figure 120. "Existing Conditions" Scenario 1 - 2116 Predicted Hexavalent Chromium (µg/L) in the Bedrock Groundwater Zone..........................................................B-126
Figure 121. "Closure" Scenario 2 - 2116 Predicted Hexavalent Chromium (µg/L) in the Shallow Groundwater Zone .................................................................................B-127
Figure 122. "Closure" Scenario 2 - 2116 Predicted Hexavalent Chromium (µg/L) in the Deep Groundwater Zone .....................................................................................B-128
Figure 123. "Closure" Scenario 2 - 2115 Predicted Hexavalent Chromium (µg/L) in the Bedrock Groundwater Zone................................................................................B-129
Figure 124. "Excavation" Scenario 3 - 2115 Predicted Hexavalent Chromium (µg/L) in the Shallow Groundwater Zone..........................................................................B-130
Figure 125. "Excavation" Scenario 3 - 2115 Predicted Hexavalent Chromium (µg/L) in the Deep Groundwater Zone ..............................................................................B-131
Figure 126. "Excavation" Scenario 3 - 2115 Predicted Hexavalent Chromium (µg/L) in the Bedrock Groundwater Zone.........................................................................B-132
Figure 127. Predicted Thallium (µg/L) at Monitoring Well AB-2D.........................................B-133
Figure 128. Predicted Thallium (µg/L) at Monitoring Well MW-103S ..................................B-134
Figure 129. Predicted Thallium (µg/L) at Monitoring Well GWA-18D..................................B-135
Figure 130. Predicted Thallium (µg/L) at Monitoring Well GWA-21D..................................B-136
Figure 131. Initial (2016) Thallium Concentrations (µg/L) in the Shallow Groundwater Zone ......................................................................................................................B-137
Figure 132. Initial (2016) Thallium Concentrations (µg/L) in the Deep Groundwater Zone...B-138
Figure 133. Initial (2016) Thallium Concentrations (µg/L) in the Bedrock Groundwater Zone ......................................................................................................................B-139
Figure 134. "Existing Conditions" Scenario 1 - 2116 Predicted Thallium (µg/L) in the Shallow Groundwater Zone .................................................................................B-140

...

Figure 135. "Existing Conditions" Scenario 1 - 2116 Predicted Thallium (µg/L) in the Deep Groundwater Zone ..................................................................................... B-141
Figure 136. "Existing Conditions" Scenario 1 - 2116 Predicted Thallium (µg/L) in the Bedrock Groundwater Zone .................................................................................. B-142
Figure 137. "Closure" Scenario 2 - 2116 Predicted Thallium (µg/L) in the Shallow Groundwater Zone ............................................................................................. B-143
Figure 138. "Closure" Scenario 2 - 2116 Predicted Thallium (µg/L) in the Deep Groundwater Zone ............................................................................................. B-144
Figure 139. "Closure" Scenario 2 - 2116 Predicted Thallium (µg/L) in the Bedrock Groundwater Zone ............................................................................................. B-145
Figure 140. "Excavation" Scenario 3 - 2116 Predicted Thallium (µg/L) in the Shallow Groundwater Zone ............................................................................................. B-146
Figure 141. "Excavation" Scenario 3 - 2116 Predicted Thallium (µg/L) in the Deep Groundwater Zone ............................................................................................. B-147
Figure 142. "Excavation" Scenario 3 - 2116 Predicted Thallium (µg/L) in the Bedrock Groundwater Zone ............................................................................................. B-148

Figure 135. "Existing Conditions" Scenario 1 - 2116 Predicted Thallium (µg/L) in the Deep Groundwater Zone ..................................................................................... B-141

Figure 136. "Existing Conditions" Scenario 1 - 2116 Predicted Thallium (µg/L) in the Bedrock Groundwater Zone .................................................................................. B-142

Figure 137. "Closure" Scenario 2 - 2116 Predicted Thallium (µg/L) in the Shallow Groundwater Zone ............................................................................................. B-143

Figure 138. "Closure" Scenario 2 - 2116 Predicted Thallium (µg/L) in the Deep Groundwater Zone ............................................................................................. B-144

Figure 139. "Closure" Scenario 2 - 2116 Predicted Thallium (µg/L) in the Bedrock Groundwater Zone ............................................................................................. B-145

Figure 140. "Excavation" Scenario 3 - 2116 Predicted Thallium (µg/L) in the Shallow Groundwater Zone ............................................................................................. B-146

Figure 141. "Excavation" Scenario 3 - 2116 Predicted Thallium (µg/L) in the Deep Groundwater Zone ............................................................................................. B-147

Figure 142. "Excavation" Scenario 3 - 2116 Predicted Thallium (µg/L) in the Bedrock Groundwater Zone ............................................................................................. B-148



Figure 13. Reverse Particle Tracking from Residential Wells