# Exhibit 10

## Belews Draft NPDES Permit Seeps Map
## January 15, 2017

