# Exhibit 13

Pace Test Results, Little Belews Creek Sample
December 9, 2016



January 11, 2017


Program Manager
Duke Energy
13339 Hagers Ferry Road
Bldg. 7405  MG3OA2
Huntersville, NC 28078


RE:   Project:  BELEWS J16090796
      Pace Project No.: 92322876


Dear Program Manager:
Enclosed are the analytical results for sample(s) received by the laboratory on December 12, 2016.
The results relate only to the samples included in this report. Results reported herein conform to the
most current, applicable TNI/NELAC standards and the laboratory's Quality Assurance Manual,
where applicable, unless otherwise noted in the body of the report.


If you have any questions concerning this report, please feel free to contact me.


Sincerely,

Kevin Herring
kevin.herring@pacelabs.com
HORIZON Database Administrator



Enclosures

cc:  Francisco Benzoni                              Nick Torrey
     Myra Blake
     Sean DeNeale
     Leslie Griffith
     Patrick Hunter
     Nash Long
     Program Manager, Duke Energy
     Melissa Romanzo
     Brent Rosser



**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 2 of 55



www.pacelabs.com

**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# CERTIFICATIONS

Project: BELEWS J16090796
Pace Project No.: 92322876

## Minnesota Certification IDs

| | |
|---|---|
| 1700 Elm Street SE Suite 200, Minneapolis, MN 55414 | Michigan DEPH Certification #: 9909 |
| Alaska Certification UST-107 | Minnesota Certification #: 027-053-137 |
| 525 N 8th Street, Salina, KS 67401 | Mississippi Certification #: Pace |
| A2LA Certification #: 2926.01 | Montana Certification #: MT0092 |
| Alaska Certification #: UST-078 | Nevada Certification #: MN_00064 |
| Alaska Certification #MN00064 | Nebraska Certification #: Pace |
| Alabama Certification #40770 | New Jersey Certification #: MN-002 |
| Arizona Certification #: AZ-0014 | New York Certification #: 11647 |
| Arkansas Certification #: 88-0680 | North Carolina Certification #: 530 |
| California Certification #: 01155CA | North Carolina State Public Health #: 27700 |
| Colorado Certification #Pace | North Dakota Certification #: R-036 |
| Connecticut Certification #: PH-0256 | Ohio EPA #: 4150 |
| EPA Region 8 Certification #: 8TMS-L | Ohio VAP Certification #: CL101 |
| Florida/NELAP Certification #: E87605 | Oklahoma Certification #: 9507 |
| Guam Certification #:14-008r | Oregon Certification #: MN200001 |
| Georgia Certification #: 959 | Oregon Certification #: MN300001 |
| Georgia EPD #: Pace | Pennsylvania Certification #: 68-00563 |
| Idaho Certification #: MN00064 | Puerto Rico Certification |
| Hawaii Certification #MN00064 | Saipan (CNMI) #:MP0003 |
| Illinois Certification #: 200011 | South Carolina #:74003001 |
| Indiana Certification#C-MN-01 | Texas Certification #: T104704192 |
| Iowa Certification #: 368 | Tennessee Certification #: 02818 |
| Kansas Certification #: E-10167 | Utah Certification #: MN000642013-4 |
| Kentucky Dept of Envi. Protection - DW #90062 | Virginia DGS Certification #: 251 |
| Kentucky Dept of Envi. Protection - WW #:90062 | Virginia/VELAP Certification #: Pace |
| Louisiana DEQ Certification #: 3086 | Washington Certification #: C486 |
| Louisiana DHH #: LA140001 | West Virginia Certification #: 382 |
| Maine Certification #: 2013011 | West Virginia DHHR #:9952C |
| Maryland Certification #: 322 | Wisconsin Certification #: 999407970 |

## Ormond Beach Certification IDs

| | |
|---|---|
| 8 East Tower Circle, Ormond Beach, FL 32174 | Nebraska Certification: NE-OS-28-14 |
| Alabama Certification #: 41320 | Nevada Certification: FL NELAC Reciprocity |
| Connecticut Certification #: PH-0216 | New York Certification #: 11608 |
| Delaware Certification: FL NELAC Reciprocity | North Carolina Environmental Certificate #: 667 |
| Florida Certification #: E83079 | North Carolina Certification #: 12710 |
| Georgia Certification #: 955 | Oklahoma Certification #: D9947 |
| Guam Certification: FL NELAC Reciprocity | Pennsylvania Certification #: 68-00547 |
| Hawaii Certification: FL NELAC Reciprocity | Puerto Rico Certification #: FL01264 |
| Illinois Certification #: 200068 | South Carolina Certification: #96042001 |
| Indiana Certification: FL NELAC Reciprocity | Tennessee Certification #: TN02974 |
| Kansas Certification #: E-10383 | Texas Certification: FL NELAC Reciprocity |
| Louisiana Certification #: FL NELAC Reciprocity | US Virgin Islands Certification: FL NELAC Reciprocity |
| Louisiana Environmental Certificate #: 05007 | Virginia Environmental Certification #: 460165 |
| Maryland Certification: #346 | Wyoming Certification: FL NELAC Reciprocity |
| Michigan Certification #: 9911 | West Virginia Certification #: 9962C |
| Mississippi Certification: FL NELAC Reciprocity | Wisconsin Certification #: 399079670 |
| Missouri Certification #: 236 | Wyoming (EPA Region 8): FL NELAC Reciprocity |
| Montana Certification #: Cert 0074 | |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Page 2 of 54

Case 1:17-cv-01097-LCB-JLW  Document 1-13  Filed 12/05/17  Page 3 of 55



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# CERTIFICATIONS

Project:          BELEWS J16090796
Pace Project No.:   92322876

---

**Asheville Certification IDs**

2225 Riverside Drive, Asheville, NC 28804
Florida/NELAP Certification #: E87648
Massachusetts Certification #: M-NC030
North Carolina Drinking Water Certification #: 37712

North Carolina Wastewater Certification #: 40
South Carolina Certification #: 99030001
Virginia/VELAP Certification #: 460222

**Greenwood Certification IDs**

816 Durst Avenue East, Greenwood, SC 29649
South Carolina Laboratory ID #: 24562
North Carolina Divison of Water Resources Certification number 25

Florida Certification number E87633
Virginia VELAP ID: 460250
Asbestos NVLAP accreditation: 101410-0

---

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 4 of 55





**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

# SAMPLE SUMMARY

Project:          BELEWS J16090796
Pace Project No.:  92322876

| Lab ID | Sample ID | Matrix | Date Collected | Date Received |
|--------|-----------|--------|----------------|---------------|
| **92322876001** | **NORTH OF S-10+11** | Water | 12/09/16 14:30 | 12/12/16 08:00 |
| **92322876002** | **EB-JJZ-1** | Water | 12/09/16 15:30 | 12/12/16 08:00 |
| **92322876003** | **NORTH OF S-10 + 11 BLANK** | Water | 12/09/16 14:30 | 12/12/16 08:00 |
| **92322876004** | **EB-JJZ-1 BLANK** | Water | 12/09/16 15:30 | 12/12/16 08:00 |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

## SAMPLE ANALYTE COUNT

Project:       BELEWS J16090796
Pace Project No.:    92322876

| Lab ID | Sample ID | Method | Analysts | Analytes Reported | Laboratory |
|---|---|---|---|---|---|
| 92322876001 | NORTH OF S-10+11 | RSK 175 | DR1 | 1 | PASI-M |
| | | EPA 300.0 | CDC | 3 | PASI-W |
| | | EPA 200.7 | SH1 | 7 | PASI-A |
| | | EPA 200.7 | SH1 | 11 | PASI-A |
| | | EPA 200.7 | JMW | 4 | PASI-A |
| | | EPA 200.8 Rev 5.4 | CDF | 13 | PASI-A |
| | | EPA 200.8 Rev 5.4 | CDF | 13 | PASI-A |
| | | EPA 1631E | ANB | 1 | PASI-A |
| | | SM 2320B | KDF | 3 | PASI-A |
| | | SM 2540C | MJS1 | 1 | PASI-A |
| | | SM 2540D | MJS1 | 1 | PASI-A |
| | | SM 4500-S2D | EWS | 1 | PASI-A |
| | | EPA 218.7 | AEM | 1 | PASI-O |
| | | EPA 353.2 | WRC | 1 | PASI-A |
| | | SM 5310B | AES2 | 1 | PASI-A |
| 92322876002 | EB-JJZ-1 | RSK 175 | DR1 | 1 | PASI-M |
| | | EPA 300.0 | CDC | 3 | PASI-W |
| | | EPA 200.7 | SH1 | 7 | PASI-A |
| | | EPA 200.7 | JMW | 4 | PASI-A |
| | | EPA 200.8 Rev 5.4 | CDF | 13 | PASI-A |
| | | EPA 1631E | ANB | 1 | PASI-A |
| | | SM 2320B | KDF | 3 | PASI-A |
| | | SM 2540C | MJS1 | 1 | PASI-A |
| | | SM 2540D | MJS1 | 1 | PASI-A |
| | | SM 4500-S2D | EWS | 1 | PASI-A |
| | | EPA 218.7 | AEM | 1 | PASI-O |
| | | EPA 353.2 | WRC | 1 | PASI-A |
| | | SM 5310B | AES2 | 1 | PASI-A |
| 92322876003 | NORTH OF S-10 + 11 BLANK | EPA 1631E | ANB | 1 | PASI-A |
| 92322876004 | EB-JJZ-1 BLANK | EPA 1631E | ANB | 1 | PASI-A |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

www.pacelabs.com

# SUMMARY OF DETECTION

Project:        BELEWS J16090796

Pace Project No.:    92322876

| Lab Sample ID Method | Client Sample ID Parameters | Result | Units | Report Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| **92322876001** | **NORTH OF S-10+11** | | | | | |
| RSK 175 | Methane | 3.4J | ug/L | 10.0 | 12/23/16 17:39 | |
| EPA 300.0 | Bromide | 5.2 | mg/L | 0.90 | 12/14/16 22:02 | |
| EPA 300.0 | Chloride | 430 | mg/L | 9.0 | 12/14/16 22:02 | |
| EPA 300.0 | Sulfate | 87.9 | mg/L | 1.0 | 12/14/16 12:53 | |
| EPA 200.7 | Aluminum | 80.2J | ug/L | 100 | 12/15/16 01:54 | |
| EPA 200.7 | Barium | 234 | ug/L | 5.0 | 12/15/16 01:54 | |
| EPA 200.7 | Boron | 8680 | ug/L | 50.0 | 12/15/16 01:54 | |
| EPA 200.7 | Iron | 204 | ug/L | 50.0 | 12/15/16 12:23 | |
| EPA 200.7 | Manganese | 7670 | ug/L | 5.0 | 12/15/16 12:23 | |
| EPA 200.7 | Strontium | 656 | ug/L | 5.0 | 12/15/16 01:54 | |
| EPA 200.7 | Zinc | 10.8 | ug/L | 10.0 | 12/15/16 12:23 | |
| EPA 200.7 | Aluminum, Dissolved | 92.7J | ug/L | 100 | 12/16/16 01:50 | |
| EPA 200.7 | Barium, Dissolved | 257 | ug/L | 5.0 | 12/16/16 01:50 | |
| EPA 200.7 | Boron, Dissolved | 9570 | ug/L | 50.0 | 12/16/16 01:50 | |
| EPA 200.7 | Calcium, Dissolved | 162000 | ug/L | 1000 | 12/16/16 14:03 | |
| EPA 200.7 | Iron, Dissolved | 169 | ug/L | 50.0 | 12/16/16 01:50 | |
| EPA 200.7 | Magnesium, Dissolved | 48100 | ug/L | 100 | 12/16/16 01:50 | |
| EPA 200.7 | Manganese, Dissolved | 7410 | ug/L | 5.0 | 12/16/16 01:50 | |
| EPA 200.7 | Potassium, Dissolved | 5200 | ug/L | 5000 | 12/16/16 01:50 | |
| EPA 200.7 | Sodium, Dissolved | 13200 | ug/L | 5000 | 12/16/16 01:50 | |
| EPA 200.7 | Strontium, Dissolved | 686 | ug/L | 5.0 | 12/16/16 01:50 | |
| EPA 200.7 | Zinc, Dissolved | 10.5 | ug/L | 10.0 | 12/16/16 01:50 | |
| EPA 200.7 | Calcium | 172000 | ug/L | 1000 | 12/19/16 14:18 | |
| EPA 200.7 | Magnesium | 57700 | ug/L | 100 | 12/16/16 16:52 | |
| EPA 200.7 | Potassium | 8250 | ug/L | 5000 | 12/16/16 16:52 | |
| EPA 200.7 | Sodium | 18700 | ug/L | 5000 | 12/16/16 16:52 | |
| EPA 200.8 Rev 5.4 | Arsenic | 1.2 | ug/L | 0.10 | 12/15/16 12:44 | |
| EPA 200.8 Rev 5.4 | Beryllium | 0.94 | ug/L | 0.10 | 12/15/16 12:44 | |
| EPA 200.8 Rev 5.4 | Cadmium | 0.66 | ug/L | 0.080 | 12/15/16 12:44 | |
| EPA 200.8 Rev 5.4 | Chromium | 0.13J | ug/L | 0.50 | 12/15/16 12:44 | |
| EPA 200.8 Rev 5.4 | Cobalt | 65.8 | ug/L | 0.10 | 12/15/16 12:44 | |
| EPA 200.8 Rev 5.4 | Copper | 0.68 | ug/L | 0.50 | 12/15/16 12:44 | |
| EPA 200.8 Rev 5.4 | Nickel | 12.1 | ug/L | 0.50 | 12/15/16 12:44 | |
| EPA 200.8 Rev 5.4 | Selenium | 6.5 | ug/L | 0.50 | 12/15/16 12:44 | |
| EPA 200.8 Rev 5.4 | Thallium | 0.38 | ug/L | 0.10 | 12/15/16 12:44 | |
| EPA 200.8 Rev 5.4 | Arsenic, Dissolved | 1.1 | ug/L | 0.10 | 12/15/16 13:47 | |
| EPA 200.8 Rev 5.4 | Beryllium, Dissolved | 1.1 | ug/L | 0.10 | 12/15/16 13:47 | |
| EPA 200.8 Rev 5.4 | Cadmium, Dissolved | 0.63 | ug/L | 0.080 | 12/15/16 13:47 | |
| EPA 200.8 Rev 5.4 | Chromium, Dissolved | 0.18J | ug/L | 0.50 | 12/15/16 13:47 | |
| EPA 200.8 Rev 5.4 | Cobalt, Dissolved | 62.5 | ug/L | 0.10 | 12/15/16 13:47 | |
| EPA 200.8 Rev 5.4 | Copper, Dissolved | 0.65 | ug/L | 0.50 | 12/15/16 13:47 | B |
| EPA 200.8 Rev 5.4 | Nickel, Dissolved | 11.7 | ug/L | 0.50 | 12/15/16 13:47 | |
| EPA 200.8 Rev 5.4 | Selenium, Dissolved | 6.2 | ug/L | 0.50 | 12/15/16 13:47 | |
| EPA 200.8 Rev 5.4 | Thallium, Dissolved | 0.34 | ug/L | 0.10 | 12/15/16 13:47 | |
| EPA 1631E | Mercury | 33.6 | ng/L | 0.50 | 12/14/16 11:40 | |
| SM 2320B | Alkalinity,Bicarbonate (CaCO3) | 4.8J | mg/L | 5.0 | 12/14/16 02:40 | |
| SM 2320B | Alkalinity, Total as CaCO3 | 4.8J | mg/L | 5.0 | 12/14/16 02:40 | |
| SM 2540C | Total Dissolved Solids | 780 | mg/L | 50.0 | 12/14/16 20:47 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Case 1:17-cv-01097-LCB-JLW    Document 1-13    Filed 12/05/17    Page 7 of 55



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

# SUMMARY OF DETECTION

Project: BELEWS J16090796

Pace Project No.: 92322876

| Lab Sample ID Method | Client Sample ID Parameters | Result | Units | Report Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| **92322876001** | **NORTH OF S-10+11** | | | | | |
| EPA 218.7 | Chromium, Hexavalent | 1.2 | ug/L | 0.62 | 12/21/16 10:56 | |
| EPA 353.2 | Nitrogen, NO2 plus NO3 | 0.10 | mg/L | 0.020 | 12/21/16 18:17 | |
| **92322876002** | **EB-JJZ-1** | | | | | |
| RSK 175 | Methane | 1.9J | ug/L | 10.0 | 12/23/16 17:55 | |
| EPA 200.7 | Zinc | 39.4 | ug/L | 10.0 | 12/15/16 12:26 | |
| EPA 1631E | Mercury | 0.319J | ng/L | 0.50 | 12/14/16 12:03 | |
| EPA 218.7 | Chromium, Hexavalent | 0.019J | ug/L | 0.025 | 12/21/16 09:25 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.





**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# PROJECT NARRATIVE

Project:          BELEWS J16090796
Pace Project No.:  92322876

**Method:**      **RSK 175**
**Description:** RSK 175 AIR Headspace
**Client:**      Duke Energy
**Date:**        January 11, 2017

**General Information:**
2 samples were analyzed for RSK 175. All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Internal Standards:**
All internal standards were within QC limits with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 9 of 55



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

# PROJECT NARRATIVE

Project:                BELEWS J16090796
Pace Project No.:   92322876

**Method:**       **EPA 300.0**
**Description:** 3000 IC Anions 28 Days, GWD
**Client:**       Duke Energy
**Date:**         January 11, 2017

**General Information:**
2 samples were analyzed for EPA 300.0.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Internal Standards:**
All internal standards were within QC limits with any exceptions noted below.

**Surrogates:**
All surrogates were within QC limits with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



Pace Analytical Services, LLC
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

www.pacelabs.com

# PROJECT NARRATIVE

Project:               BELEWS J16090796
Pace Project No.:   92322876

**Method:**      **EPA 200.7**
**Description:** 200.7 MET ICP
**Client:**      Duke Energy
**Date:**        January 11, 2017

**General Information:**
2 samples were analyzed for EPA 200.7.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 200.7 with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

QC Batch: 340496

   A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  92322679001,92322877001

      M6: Matrix spike and Matrix spike duplicate recovery not evaluated against control limits due to sample dilution.
- MS  (Lab ID: 1889893)
  - Aluminum
- MSD  (Lab ID: 1889894)
  - Aluminum

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.





www.pacelabs.com

# PROJECT NARRATIVE

Project:          BELEWS J16090796
Pace Project No.:   92322876

**Method:**      **EPA 200.7**
**Description:** 200.7 MET ICP, Dissolved
**Client:**      Duke Energy
**Date:**        January 11, 2017

**General Information:**
1 sample was analyzed for EPA 200.7.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 200.7 with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



# PROJECT NARRATIVE

Project:          BELEWS J16090796
Pace Project No.:   92322876

---

**Method:**      **EPA 200.7**
**Description:** 200.7 MET ICP, No Prep
**Client:**      Duke Energy
**Date:**        January 11, 2017

**General Information:**
2 samples were analyzed for EPA 200.7.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

QC Batch: 341069

   A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  92322996058,92323208004

   M1: Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.
   - MS  (Lab ID: 1892013)
     - Calcium
     - Magnesium
     - Potassium
     - Sodium
   - MS  (Lab ID: 1892015)
     - Calcium
     - Magnesium
     - Potassium
     - Sodium
   - MSD  (Lab ID: 1892014)
     - Calcium
     - Magnesium
     - Potassium
     - Sodium
   - MSD  (Lab ID: 1892016)
     - Calcium
     - Magnesium
     - Potassium
     - Sodium

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

www.pacelabs.com

# PROJECT NARRATIVE

Project:          BELEWS J16090796
Pace Project No.:   92322876

---

**Method:**      **EPA 200.7**
**Description:**  200.7 MET ICP, No Prep
**Client:**       Duke Energy
**Date:**        January 11, 2017

**Additional Comments:**

---

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



# PROJECT NARRATIVE

Project:         BELEWS J16090796
Pace Project No.:   92322876

**Method:**      **EPA 200.8 Rev 5.4**
**Description:** 200.8 MET ICPMS
**Client:**      Duke Energy
**Date:**        January 11, 2017

**General Information:**
2 samples were analyzed for EPA 200.8 Rev 5.4.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 200.8 Rev 5.4 with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Internal Standards:**
All internal standards were within QC limits with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092



www.pacelabs.com

# PROJECT NARRATIVE

Project: BELEWS J16090796
Pace Project No.: 92322876

---

**Method:** **EPA 200.8 Rev 5.4**
**Description:** 200.8 MET ICPMS, Dissolved
**Client:** Duke Energy
**Date:** January 11, 2017

**General Information:**
1 sample was analyzed for EPA 200.8 Rev 5.4. All samples were received in acceptable condition with any exceptions noted below or on the chain-of-custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 200.8 Rev 5.4 with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Internal Standards:**
All internal standards were within QC limits with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

QC Batch: 340493

      B: Analyte was detected in the associated method blank.
        • BLANK for HBN 340493 [MPRP/241 (Lab ID: 1888523)
          • Copper, Dissolved

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

# PROJECT NARRATIVE

Project:          BELEWS J16090796
Pace Project No.:   92322876

**Method:**       **EPA 1631E**
**Description:** 1631E Mercury,Low Level
**Client:**      Duke Energy
**Date:**        January 11, 2017

**General Information:**
4 samples were analyzed for EPA 1631E.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 1631E with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.





**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

## PROJECT NARRATIVE

Project:         BELEWS J16090796
Pace Project No.:    92322876

**Method:**      **SM 2320B**
**Description:** 2320B Alkalinity
**Client:**         Duke Energy
**Date:**          January 11, 2017

**General Information:**
2 samples were analyzed for SM 2320B. All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

# PROJECT NARRATIVE

Project:         BELEWS J16090796
Pace Project No.:   92322876

**Method:**   **SM 2540C**
**Description:** 2540C Total Dissolved Solids
**Client:**    Duke Energy
**Date:**      January 11, 2017

**General Information:**
2 samples were analyzed for SM 2540C.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

QC Batch: 340794

     D6: The precision between the sample and sample duplicate exceeded laboratory control limits.
        • DUP  (Lab ID: 1890242)
           • Total Dissolved Solids

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.


www.pacelabs.com

# PROJECT NARRATIVE

Project:           BELEWS J16090796
Pace Project No.:  92322876

---

**Method:**      **SM 2540D**
**Description:** 2540D Total Suspended Solids
**Client:**      Duke Energy
**Date:**        January 11, 2017


**General Information:**
2 samples were analyzed for SM 2540D.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.


**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.


**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.


**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.


**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.


**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

QC Batch: 340920

   D6: The precision between the sample and sample duplicate exceeded laboratory control limits.
   • DUP  (Lab ID: 1891244)
      • Total Suspended Solids
   • DUP  (Lab ID: 1891304)
      • Total Suspended Solids


**Additional Comments:**


# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Page 19 of 54



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

# PROJECT NARRATIVE

Project:          BELEWS J16090796
Pace Project No.:    92322876

---

**Method:**       **SM 4500-S2D**
**Description:** 4500S2D Sulfide Water
**Client:**       Duke Energy
**Date:**         January 11, 2017

**General Information:**
2 samples were analyzed for SM 4500-S2D.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

QC Batch: 340775
    A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  92322877003,92323130001

      M1: Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.
        • MS  (Lab ID: 1890153)
          • Sulfide
        • MSD  (Lab ID: 1890154)
          • Sulfide

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



www.pacelabs.com

# PROJECT NARRATIVE

Project: BELEWS J16090796
Pace Project No.: 92322876

---

**Method:** **EPA 218.7**
**Description:** Hexavalent Chromium by IC
**Client:** Duke Energy
**Date:** January 11, 2017

**General Information:**
2 samples were analyzed for EPA 218.7. All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 22 of 55



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

www.pacelabs.com

# PROJECT NARRATIVE

| | |
|---|---|
| Project: | BELEWS J16090796 |
| Pace Project No.: | 92322876 |

**Method:** **EPA 353.2**
**Description:** 353.2 Nitrogen, NO2/NO3 pres.
**Client:** Duke Energy
**Date:** January 11, 2017

**General Information:**
2 samples were analyzed for EPA 353.2.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Page 22 of 54



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

www.pacelabs.com

# PROJECT NARRATIVE

Project:        BELEWS J16090796
Pace Project No.:     92322876

**Method:**     **SM 5310B**
**Description:** 5310B TOC
**Client:**      Duke Energy
**Date:**       January 11, 2017

**General Information:**
2 samples were analyzed for SM 5310B. All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

This data package has been reviewed for quality and completeness and is approved for release.

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# ANALYTICAL RESULTS

Project: BELEWS J16090796

Pace Project No.: 92322876

**Sample: NORTH OF S-10+11**  **Lab ID: 92322876001**  Collected: 12/09/16 14:30  Received: 12/12/16 08:00  Matrix: Water

| Parameters | Results | Units | Report Limit | MDL | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|---|
| **RSK 175 AIR Headspace** | Analytical Method: RSK 175 | | | | | | | | |
| Methane | **3.4J** | ug/L | 10.0 | 0.49 | 1 | | 12/23/16 17:39 | 74-82-8 | |
| **3000 IC Anions 28 Days, GWD** | Analytical Method: EPA 300.0 | | | | | | | | |
| Bromide | **5.2** | mg/L | 0.90 | 0.45 | 9 | | 12/14/16 22:02 | 24959-67-9 | |
| Chloride | **430** | mg/L | 9.0 | 0.90 | 9 | | 12/14/16 22:02 | 16887-00-6 | |
| Sulfate | **87.9** | mg/L | 1.0 | 0.40 | 1 | | 12/14/16 12:53 | 14808-79-8 | |
| **200.7 MET ICP** | Analytical Method: EPA 200.7  Preparation Method: EPA 200.7 | | | | | | | | |
| Aluminum | **80.2J** | ug/L | 100 | 50.0 | 1 | 12/13/16 19:55 | 12/15/16 01:54 | 7429-90-5 | |
| Barium | **234** | ug/L | 5.0 | 2.5 | 1 | 12/13/16 19:55 | 12/15/16 01:54 | 7440-39-3 | |
| Boron | **8680** | ug/L | 50.0 | 25.0 | 1 | 12/13/16 19:55 | 12/15/16 01:54 | 7440-42-8 | |
| Iron | **204** | ug/L | 50.0 | 25.0 | 1 | 12/13/16 19:55 | 12/15/16 12:23 | 7439-89-6 | |
| Manganese | **7670** | ug/L | 5.0 | 2.5 | 1 | 12/13/16 19:55 | 12/15/16 12:23 | 7439-96-5 | |
| Strontium | **656** | ug/L | 5.0 | 2.5 | 1 | 12/13/16 19:55 | 12/15/16 01:54 | 7440-24-6 | |
| Zinc | **10.8** | ug/L | 10.0 | 2.5 | 1 | 12/13/16 19:55 | 12/15/16 12:23 | 7440-66-6 | |
| **200.7 MET ICP, Dissolved** | Analytical Method: EPA 200.7  Preparation Method: EPA 200.7 | | | | | | | | |
| Aluminum, Dissolved | **92.7J** | ug/L | 100 | 50.0 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7429-90-5 | |
| Barium, Dissolved | **257** | ug/L | 5.0 | 2.5 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7440-39-3 | |
| Boron, Dissolved | **9570** | ug/L | 50.0 | 25.0 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7440-42-8 | |
| Calcium, Dissolved | **162000** | ug/L | 1000 | 500 | 10 | 12/15/16 13:34 | 12/16/16 14:03 | 7440-70-2 | |
| Iron, Dissolved | **169** | ug/L | 50.0 | 25.0 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7439-89-6 | |
| Magnesium, Dissolved | **48100** | ug/L | 100 | 50.0 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7439-95-4 | |
| Manganese, Dissolved | **7410** | ug/L | 5.0 | 2.5 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7439-96-5 | |
| Potassium, Dissolved | **5200** | ug/L | 5000 | 2500 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7440-09-7 | |
| Sodium, Dissolved | **13200** | ug/L | 5000 | 500 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7440-23-5 | |
| Strontium, Dissolved | **686** | ug/L | 5.0 | 2.5 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7440-24-6 | |
| Zinc, Dissolved | **10.5** | ug/L | 10.0 | 2.5 | 1 | 12/15/16 13:34 | 12/16/16 01:50 | 7440-66-6 | |
| **200.7 MET ICP, No Prep** | Analytical Method: EPA 200.7 | | | | | | | | |
| Calcium | **172000** | ug/L | 1000 | 500 | 10 | | 12/19/16 14:18 | 7440-70-2 | |
| Magnesium | **57700** | ug/L | 100 | 50.0 | 1 | | 12/16/16 16:52 | 7439-95-4 | |
| Potassium | **8250** | ug/L | 5000 | 2500 | 1 | | 12/16/16 16:52 | 7440-09-7 | |
| Sodium | **18700** | ug/L | 5000 | 500 | 1 | | 12/16/16 16:52 | 7440-23-5 | |
| **200.8 MET ICPMS** | Analytical Method: EPA 200.8 Rev 5.4  Preparation Method: EPA 200.8 Rev 5.4 | | | | | | | | |
| Antimony | ND | ug/L | 0.50 | 0.10 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-36-0 | |
| Arsenic | **1.2** | ug/L | 0.10 | 0.040 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-38-2 | |
| Beryllium | **0.94** | ug/L | 0.10 | 0.010 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-41-7 | |
| Cadmium | **0.66** | ug/L | 0.080 | 0.050 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-43-9 | |
| Chromium | **0.13J** | ug/L | 0.50 | 0.090 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-47-3 | |
| Cobalt | **65.8** | ug/L | 0.10 | 0.010 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-48-4 | |
| Copper | **0.68** | ug/L | 0.50 | 0.11 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-50-8 | |
| Lead | ND | ug/L | 0.10 | 0.090 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7439-92-1 | |
| Molybdenum | ND | ug/L | 0.50 | 0.11 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7439-98-7 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



www.pacelabs.com

# ANALYTICAL RESULTS

Project:          BELEWS J16090796
Pace Project No.:    92322876

**Sample: NORTH OF S-10+11**      **Lab ID: 92322876001**   Collected: 12/09/16 14:30   Received: 12/12/16 08:00   Matrix: Water

| Parameters | Results | Units | Report Limit | MDL | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|---|
| **200.8 MET ICPMS** | | Analytical Method: EPA 200.8 Rev 5.4 Preparation Method: EPA 200.8 Rev 5.4 | | | | | | | |
| Nickel | **12.1** | ug/L | 0.50 | 0.44 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-02-0 | |
| Selenium | **6.5** | ug/L | 0.50 | 0.31 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7782-49-2 | |
| Thallium | **0.38** | ug/L | 0.10 | 0.015 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-28-0 | |
| Vanadium | ND | ug/L | 0.30 | 0.070 | 1 | 12/13/16 18:40 | 12/15/16 12:44 | 7440-62-2 | |
| **200.8 MET ICPMS, Dissolved** | | Analytical Method: EPA 200.8 Rev 5.4 Preparation Method: EPA 200.8 Rev 5.4 | | | | | | | |
| Antimony, Dissolved | ND | ug/L | 0.50 | 0.10 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-36-0 | |
| Arsenic, Dissolved | **1.1** | ug/L | 0.10 | 0.040 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-38-2 | |
| Beryllium, Dissolved | **1.1** | ug/L | 0.10 | 0.010 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-41-7 | |
| Cadmium, Dissolved | **0.63** | ug/L | 0.080 | 0.050 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-43-9 | |
| Chromium, Dissolved | **0.18J** | ug/L | 0.50 | 0.090 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-47-3 | |
| Cobalt, Dissolved | **62.5** | ug/L | 0.10 | 0.010 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-48-4 | |
| Copper, Dissolved | **0.65** | ug/L | 0.50 | 0.11 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-50-8 | B |
| Lead, Dissolved | ND | ug/L | 0.10 | 0.090 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7439-92-1 | |
| Molybdenum, Dissolved | ND | ug/L | 0.50 | 0.11 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7439-98-7 | |
| Nickel, Dissolved | **11.7** | ug/L | 0.50 | 0.44 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-02-0 | |
| Selenium, Dissolved | **6.2** | ug/L | 0.50 | 0.31 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7782-49-2 | |
| Thallium, Dissolved | **0.34** | ug/L | 0.10 | 0.015 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-28-0 | |
| Vanadium, Dissolved | ND | ug/L | 0.30 | 0.070 | 1 | 12/13/16 20:00 | 12/15/16 13:47 | 7440-62-2 | |
| **1631E Mercury,Low Level** | | Analytical Method: EPA 1631E Preparation Method: EPA 1631E | | | | | | | |
| Mercury | **33.6** | ng/L | 0.50 | 0.25 | 1 | 12/14/16 08:37 | 12/14/16 11:40 | 7439-97-6 | |
| **2320B Alkalinity** | | Analytical Method: SM 2320B | | | | | | | |
| Alkalinity,Bicarbonate (CaCO3) | **4.8J** | mg/L | 5.0 | 1.0 | 1 | | 12/14/16 02:40 | | |
| Alkalinity, Carbonate (CaCO3) | ND | mg/L | 5.0 | 1.0 | 1 | | 12/14/16 02:40 | | |
| Alkalinity, Total as CaCO3 | **4.8J** | mg/L | 5.0 | 1.0 | 1 | | 12/14/16 02:40 | | |
| **2540C Total Dissolved Solids** | | Analytical Method: SM 2540C | | | | | | | |
| Total Dissolved Solids | **780** | mg/L | 50.0 | 50.0 | 1 | | 12/14/16 20:47 | | |
| **2540D Total Suspended Solids** | | Analytical Method: SM 2540D | | | | | | | |
| Total Suspended Solids | ND | mg/L | 2.5 | 2.5 | 1 | | 12/14/16 19:42 | | |
| **4500S2D Sulfide Water** | | Analytical Method: SM 4500-S2D | | | | | | | |
| Sulfide | ND | mg/L | 0.10 | 0.10 | 1 | | 12/14/16 12:45 | 18496-25-8 | |
| **Hexavalent Chromium by IC** | | Analytical Method: EPA 218.7 | | | | | | | |
| Chromium, Hexavalent | **1.2** | ug/L | 0.62 | 0.20 | 25 | | 12/21/16 10:56 | 18540-29-9 | |
| **353.2 Nitrogen, NO2/NO3 pres.** | | Analytical Method: EPA 353.2 | | | | | | | |
| Nitrogen, NO2 plus NO3 | **0.10** | mg/L | 0.020 | 0.010 | 1 | | 12/21/16 18:17 | | |
| **5310B TOC** | | Analytical Method: SM 5310B | | | | | | | |
| Total Organic Carbon | ND | mg/L | 1.0 | 0.50 | 1 | | 12/20/16 15:07 | 7440-44-0 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

# ANALYTICAL RESULTS

Project:  BELEWS J16090796

Pace Project No.:  92322876

**Sample: EB-JJZ-1**    **Lab ID: 92322876002**    Collected: 12/09/16 15:30    Received: 12/12/16 08:00    Matrix: Water

| Parameters | Results | Units | Report Limit | MDL | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|---|
| **RSK 175 AIR Headspace** | | Analytical Method: RSK 175 | | | | | | | |
| Methane | **1.9J** | ug/L | 10.0 | 0.49 | 1 | | 12/23/16 17:55 | 74-82-8 | |
| **3000 IC Anions 28 Days, GWD** | | Analytical Method: EPA 300.0 | | | | | | | |
| Bromide | ND | mg/L | 0.10 | 0.050 | 1 | | 12/14/16 13:47 | 24959-67-9 | |
| Chloride | ND | mg/L | 1.0 | 0.10 | 1 | | 12/14/16 13:47 | 16887-00-6 | |
| Sulfate | ND | mg/L | 1.0 | 0.40 | 1 | | 12/14/16 13:47 | 14808-79-8 | |
| **200.7 MET ICP** | | Analytical Method: EPA 200.7  Preparation Method: EPA 200.7 | | | | | | | |
| Aluminum | ND | ug/L | 100 | 50.0 | 1 | 12/13/16 19:55 | 12/15/16 02:07 | 7429-90-5 | |
| Barium | ND | ug/L | 5.0 | 2.5 | 1 | 12/13/16 19:55 | 12/15/16 02:07 | 7440-39-3 | |
| Boron | ND | ug/L | 50.0 | 25.0 | 1 | 12/13/16 19:55 | 12/15/16 02:07 | 7440-42-8 | |
| Iron | ND | ug/L | 50.0 | 25.0 | 1 | 12/13/16 19:55 | 12/15/16 12:26 | 7439-89-6 | |
| Manganese | ND | ug/L | 5.0 | 2.5 | 1 | 12/13/16 19:55 | 12/15/16 02:07 | 7439-96-5 | |
| Strontium | ND | ug/L | 5.0 | 2.5 | 1 | 12/13/16 19:55 | 12/15/16 02:07 | 7440-24-6 | |
| Zinc | **39.4** | ug/L | 10.0 | 2.5 | 1 | 12/13/16 19:55 | 12/15/16 12:26 | 7440-66-6 | |
| **200.7 MET ICP, No Prep** | | Analytical Method: EPA 200.7 | | | | | | | |
| Calcium | ND | ug/L | 100 | 50.0 | 1 | | 12/16/16 16:57 | 7440-70-2 | |
| Magnesium | ND | ug/L | 100 | 50.0 | 1 | | 12/16/16 16:57 | 7439-95-4 | |
| Potassium | ND | ug/L | 5000 | 2500 | 1 | | 12/16/16 16:57 | 7440-09-7 | |
| Sodium | ND | ug/L | 5000 | 500 | 1 | | 12/16/16 16:57 | 7440-23-5 | |
| **200.8 MET ICPMS** | | Analytical Method: EPA 200.8 Rev 5.4  Preparation Method: EPA 200.8 Rev 5.4 | | | | | | | |
| Antimony | ND | ug/L | 0.50 | 0.10 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-36-0 | |
| Arsenic | ND | ug/L | 0.10 | 0.040 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-38-2 | |
| Beryllium | ND | ug/L | 0.10 | 0.010 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-41-7 | |
| Cadmium | ND | ug/L | 0.080 | 0.050 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-43-9 | |
| Chromium | ND | ug/L | 0.50 | 0.090 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-47-3 | |
| Cobalt | ND | ug/L | 0.10 | 0.010 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-48-4 | |
| Copper | ND | ug/L | 0.50 | 0.11 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-50-8 | |
| Lead | ND | ug/L | 0.10 | 0.090 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7439-92-1 | |
| Molybdenum | ND | ug/L | 0.50 | 0.11 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7439-98-7 | |
| Nickel | ND | ug/L | 0.50 | 0.44 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-02-0 | |
| Selenium | ND | ug/L | 0.50 | 0.31 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7782-49-2 | |
| Thallium | ND | ug/L | 0.10 | 0.015 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-28-0 | |
| Vanadium | ND | ug/L | 0.30 | 0.070 | 1 | 12/13/16 18:40 | 12/15/16 12:46 | 7440-62-2 | |
| **1631E Mercury,Low Level** | | Analytical Method: EPA 1631E  Preparation Method: EPA 1631E | | | | | | | |
| Mercury | **0.319J** | ng/L | 0.50 | 0.25 | 1 | 12/14/16 08:37 | 12/14/16 12:03 | 7439-97-6 | |
| **2320B Alkalinity** | | Analytical Method: SM 2320B | | | | | | | |
| Alkalinity,Bicarbonate (CaCO3) | ND | mg/L | 5.0 | 1.0 | 1 | | 12/14/16 02:48 | | |
| Alkalinity, Carbonate (CaCO3) | ND | mg/L | 5.0 | 1.0 | 1 | | 12/14/16 02:48 | | |
| Alkalinity, Total as CaCO3 | ND | mg/L | 5.0 | 1.0 | 1 | | 12/14/16 02:48 | | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

www.pacelabs.com

# ANALYTICAL RESULTS

Project: BELEWS J16090796

Pace Project No.: 92322876

---

**Sample: EB-JJZ-1**      **Lab ID: 92322876002**   Collected: 12/09/16 15:30   Received: 12/12/16 08:00   Matrix: Water

| Parameters | Results | Units | Report Limit | MDL | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|---|
| **2540C Total Dissolved Solids** | | Analytical Method: SM 2540C | | | | | | | |
| Total Dissolved Solids | ND | mg/L | 25.0 | 25.0 | 1 | | 12/14/16 20:48 | | |
| **2540D Total Suspended Solids** | | Analytical Method: SM 2540D | | | | | | | |
| Total Suspended Solids | ND | mg/L | 2.5 | 2.5 | 1 | | 12/14/16 19:43 | | |
| **4500S2D Sulfide Water** | | Analytical Method: SM 4500-S2D | | | | | | | |
| Sulfide | ND | mg/L | 0.10 | 0.10 | 1 | | 12/14/16 12:45 | 18496-25-8 | |
| **Hexavalent Chromium by IC** | | Analytical Method: EPA 218.7 | | | | | | | |
| Chromium, Hexavalent | **0.019J** | ug/L | 0.025 | 0.0082 | 1 | | 12/21/16 09:25 | 18540-29-9 | |
| **353.2 Nitrogen, NO2/NO3 pres.** | | Analytical Method: EPA 353.2 | | | | | | | |
| Nitrogen, NO2 plus NO3 | ND | mg/L | 0.020 | 0.010 | 1 | | 12/21/16 18:20 | | |
| **5310B TOC** | | Analytical Method: SM 5310B | | | | | | | |
| Total Organic Carbon | ND | mg/L | 1.0 | 0.50 | 1 | | 12/20/16 04:44 | 7440-44-0 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 28 of 55



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

# ANALYTICAL RESULTS

Project: BELEWS J16090796

Pace Project No.: 92322876

---

**Sample: NORTH OF S-10 + 11 BLANK**   **Lab ID: 92322876003**   Collected: 12/09/16 14:30   Received: 12/12/16 08:00   Matrix: Water

| Parameters | Results | Units | Report Limit | MDL | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|---|
| **1631E Mercury,Low Level** | | Analytical Method: EPA 1631E | | Preparation Method: EPA 1631E | | | | | |
| Mercury | ND | ng/L | 0.50 | 0.25 | 1 | 12/14/16 08:37 | 12/14/16 12:18 | 7439-97-6 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



Pace Analytical Services, LLC
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

## ANALYTICAL RESULTS

Project: BELEWS J16090796
Pace Project No.: 92322876

**Sample: EB-JJZ-1 BLANK**    **Lab ID: 92322876004**    Collected: 12/09/16 15:30    Received: 12/12/16 08:00    Matrix: Water

| Parameters | Results | Units | Report Limit | MDL | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|---|
| **1631E Mercury,Low Level** | | Analytical Method: EPA 1631E  Preparation Method: EPA 1631E | | | | | | | |
| Mercury | ND | ng/L | 0.50 | 0.25 | 1 | 12/14/16 08:37 | 12/14/16 12:25 | 7439-97-6 | |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 30 of 55



Pace Analytical Services, LLC
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

**www.pacelabs.com**

# QUALITY CONTROL DATA

Project:        BELEWS J16090796
Pace Project No.:  92322876

| QC Batch: | 453165 | Analysis Method: | RSK 175 |
|---|---|---|---|
| QC Batch Method: | RSK 175 | Analysis Description: | RSK 175 AIR HEADSPACE |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

**METHOD BLANK:** 2480699                 Matrix: Water
Associated Lab Samples:  92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Methane | ug/L | 2.0J | 10.0 | 0.49 | 12/23/16 15:51 | |

**LABORATORY CONTROL SAMPLE & LCSD:** 2480700         2480701

| Parameter | Units | Spike Conc. | LCS Result | LCSD Result | LCS % Rec | LCSD % Rec | % Rec Limits | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|---|---|---|---|
| Methane | ug/L | 60.7 | 62.3 | 60.9 | 103 | 100 | 85-115 | 2 | 20 | |

**SAMPLE DUPLICATE:** 2482107

| Parameter | Units | 92323450018 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Methane | ug/L | 1.4J | 1.2J | | 20 | |

**SAMPLE DUPLICATE:** 2482108

| Parameter | Units | 92322876001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Methane | ug/L | 3.4J | 3.4J | | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM

Page 30 of 54

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 31 of 55





Pace Analytical Services, LLC
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

## QUALITY CONTROL DATA

| Project: | BELEWS J16090796 |
| Pace Project No.: | 92322876 |

| QC Batch: | 340766 | Analysis Method: | EPA 300.0 |
| QC Batch Method: | EPA 300.0 | Analysis Description: | 3000 IC Anions, GWD |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

---

**METHOD BLANK:** 1890116      Matrix: Water

Associated Lab Samples: 92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Bromide | mg/L | ND | 0.10 | 0.050 | 12/14/16 09:34 | |
| Chloride | mg/L | ND | 1.0 | 0.10 | 12/14/16 09:34 | |
| Sulfate | mg/L | ND | 1.0 | 0.40 | 12/14/16 09:34 | |

---

**LABORATORY CONTROL SAMPLE:** 1890117

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Bromide | mg/L | 2.5 | 2.4 | 95 | 90-110 | |
| Chloride | mg/L | 50 | 49.6 | 99 | 90-110 | |
| Sulfate | mg/L | 50 | 47.8 | 96 | 90-110 | |

---

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1890118      1890119

| Parameter | Units | 92322493001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bromide | mg/L | 0.21 | 2.5 | 2.5 | 2.6 | 2.7 | 96 | 99 | 90-110 | 3 | 20 | |
| Chloride | mg/L | 23.9 | 50 | 50 | 74.5 | 75.4 | 101 | 103 | 90-110 | 1 | 20 | |
| Sulfate | mg/L | 15.5 | 50 | 50 | 66.7 | 66.9 | 102 | 103 | 90-110 | 0 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM

Case 1:17-cv-01097-LCB-JLW    Document 1-13    Filed 12/05/17    Page 32 of 55



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | BELEWS J16090796 |
| Pace Project No.: | 92322876 |

| | | | |
|---|---|---|---|
| QC Batch: | 341069 | Analysis Method: | EPA 200.7 |
| QC Batch Method: | EPA 200.7 | Analysis Description: | ICP Metals, Trace, No Prep |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

**METHOD BLANK:** 1892011          Matrix: Water

Associated Lab Samples:   92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Calcium | ug/L | ND | 100 | 50.0 | 12/16/16 16:33 | |
| Magnesium | ug/L | ND | 100 | 50.0 | 12/16/16 16:33 | |
| Potassium | ug/L | ND | 5000 | 2500 | 12/16/16 16:33 | |
| Sodium | ug/L | ND | 5000 | 500 | 12/16/16 16:33 | |

**LABORATORY CONTROL SAMPLE:**   1892012

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Calcium | ug/L | 5000 | 5020 | 100 | 85-115 | |
| Magnesium | ug/L | 5000 | 5380 | 108 | 85-115 | |
| Potassium | ug/L | 5000 | 5330 | 107 | 85-115 | |
| Sodium | ug/L | 5000 | 5110 | 102 | 85-115 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:**   1892013          1892014

| Parameter | Units | 92322996058 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calcium | ug/L | ND | 5000 | 5000 | 871 | 867 | 17 | 17 | 70-130 | 0 | 20 | M1 |
| Magnesium | ug/L | ND | 5000 | 5000 | 961 | 957 | 19 | 19 | 70-130 | 0 | 20 | M1 |
| Potassium | ug/L | ND | 5000 | 5000 | ND | ND | 18 | 18 | 70-130 | | 20 | M1 |
| Sodium | ug/L | ND | 5000 | 5000 | 968J | 963J | 16 | 16 | 70-130 | | 20 | M1 |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:**   1892015          1892016

| Parameter | Units | 92323208004 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calcium | ug/L | 20200 | 5000 | 5000 | 21000 | 21000 | 15 | 15 | 70-130 | 0 | 20 | M1 |
| Magnesium | ug/L | 6030 | 5000 | 5000 | 6790 | 6700 | 15 | 13 | 70-130 | 1 | 20 | M1 |
| Potassium | ug/L | 3070J | 5000 | 5000 | 4040J | 3990J | 19 | 18 | 70-130 | | 20 | M1 |
| Sodium | ug/L | 13100 | 5000 | 5000 | 14000 | 13800 | 18 | 14 | 70-130 | 2 | 20 | M1 |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

# QUALITY CONTROL DATA

| | |
|---|---|
| Project: | BELEWS J16090796 |
| Pace Project No.: | 92322876 |

| | | | |
|---|---|---|---|
| QC Batch: | 340763 | Analysis Method: | EPA 1631E |
| QC Batch Method: | EPA 1631E | Analysis Description: | 1631E Mercury,Low Level |
| Associated Lab Samples: | 92322876001, 92322876002, 92322876003, 92322876004 | | |

---

**METHOD BLANK:** 1890100        **Matrix:** Water
**Associated Lab Samples:** 92322876001, 92322876002, 92322876003, 92322876004

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Mercury | ng/L | ND | 0.50 | 0.25 | 12/14/16 10:08 | |

---

**METHOD BLANK:** 1890101        **Matrix:** Water
**Associated Lab Samples:** 92322876001, 92322876002, 92322876003, 92322876004

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Mercury | ng/L | ND | 0.50 | 0.25 | 12/14/16 12:10 | |

---

**METHOD BLANK:** 1890102        **Matrix:** Water

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Mercury | ng/L | ND | 0.50 | 0.25 | 12/14/16 13:35 | |

---

**LABORATORY CONTROL SAMPLE:** 1890103

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Mercury | ng/L | 5 | 4.84 | 97 | 80-120 | |

---

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1890104      1890105

| Parameter | Units | 92322872001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mercury | ng/L | 1.77 | 25 | 25 | 27.0 | 26.9 | 101 | 101 | 71-125 | 0 | 24 | |

---

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1890106      1890107

| Parameter | Units | 92322876001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mercury | ng/L | 33.6 | 25 | 25 | 57.1 | 57.3 | 94 | 95 | 71-125 | 0 | 24 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# QUALITY CONTROL DATA

Project: BELEWS J16090796
Pace Project No.: 92322876

| | | | |
|---|---|---|---|
| QC Batch: | 340496 | Analysis Method: | EPA 200.7 |
| QC Batch Method: | EPA 200.7 | Analysis Description: | 200.7 MET |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

METHOD BLANK: 1888539                                              Matrix: Water
Associated Lab Samples: 92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Aluminum | ug/L | ND | 100 | 50.0 | 12/15/16 01:08 | |
| Barium | ug/L | ND | 5.0 | 2.5 | 12/15/16 01:08 | |
| Boron | ug/L | ND | 50.0 | 25.0 | 12/15/16 01:08 | |
| Iron | ug/L | ND | 50.0 | 25.0 | 12/15/16 01:08 | |
| Manganese | ug/L | ND | 5.0 | 2.5 | 12/15/16 01:08 | |
| Strontium | ug/L | ND | 5.0 | 2.5 | 12/15/16 01:08 | |
| Zinc | ug/L | ND | 10.0 | 2.5 | 12/15/16 11:49 | |

LABORATORY CONTROL SAMPLE: 1888540

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Aluminum | ug/L | 5000 | 4820 | 96 | 85-115 | |
| Barium | ug/L | 500 | 489 | 98 | 85-115 | |
| Boron | ug/L | 500 | 485 | 97 | 85-115 | |
| Iron | ug/L | 5000 | 4630 | 93 | 85-115 | |
| Manganese | ug/L | 500 | 464 | 93 | 85-115 | |
| Strontium | ug/L | 500 | 487 | 97 | 85-115 | |
| Zinc | ug/L | 500 | 507 | 101 | 85-115 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE: 1889893                    1889894

| Parameter | Units | 92322679001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | ug/L | 32.8 mg/L | 5000 | 5000 | 40900 | 40300 | 163 | 151 | 70-130 | 2 | 20 | M6 |
| Barium | ug/L | 0.21 mg/L | 500 | 500 | 691 | 698 | 95 | 97 | 70-130 | 1 | 20 | |
| Boron | ug/L | ND | 500 | 500 | 584 | 610 | 90 | 95 | 70-130 | 4 | 20 | |
| Iron | ug/L | 24.6 mg/L | 5000 | 5000 | 29100 | 29200 | 91 | 93 | 70-130 | 0 | 20 | |
| Manganese | ug/L | 0.48 mg/L | 500 | 500 | 928 | 936 | 90 | 92 | 70-130 | 1 | 20 | |
| Strontium | ug/L | 0.079 mg/L | 500 | 500 | 558 | 564 | 96 | 97 | 70-130 | 1 | 20 | |
| Zinc | ug/L | 4.3 mg/L | 500 | 500 | 4800 | 4800 | 107 | 106 | 70-130 | 0 | 20 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE: 1889897                    1889898

| Parameter | Units | 92322877001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | ug/L | 61.8J | 5000 | 5000 | 4820 | 4830 | 95 | 95 | 70-130 | 0 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# QUALITY CONTROL DATA

Project: BELEWS J16090796
Pace Project No.: 92322876

MATRIX SPIKE & MATRIX SPIKE DUPLICATE: 1889897      1889898

| Parameter | Units | 92322877001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barium | ug/L | 40.5 | 500 | 500 | 520 | 522 | 96 | 96 | 70-130 | 0 | 20 | |
| Boron | ug/L | ND | 500 | 500 | 478 | 481 | 94 | 95 | 70-130 | 1 | 20 | |
| Iron | ug/L | 53.8 | 5000 | 5000 | 5140 | 5090 | 102 | 101 | 70-130 | 1 | 20 | |
| Manganese | ug/L | 46.9 | 500 | 500 | 561 | 553 | 103 | 101 | 70-130 | 2 | 20 | |
| Strontium | ug/L | 332 | 500 | 500 | 810 | 817 | 96 | 97 | 70-130 | 1 | 20 | |
| Zinc | ug/L | 2.6J | 500 | 500 | 512 | 509 | 102 | 101 | 70-130 | 1 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM



www.pacelabs.com

## QUALITY CONTROL DATA

Project: BELEWS J16090796

Pace Project No.: 92322876

| QC Batch: | 340915 | Analysis Method: | EPA 200.7 |
|---|---|---|---|
| QC Batch Method: | EPA 200.7 | Analysis Description: | 200.7 MET Dissolved |
| Associated Lab Samples: | 92322876001 | | |

**METHOD BLANK:** 1891192      Matrix: Water

Associated Lab Samples: 92322876001

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Aluminum, Dissolved | ug/L | ND | 100 | 50.0 | 12/16/16 00:15 | |
| Barium, Dissolved | ug/L | ND | 5.0 | 2.5 | 12/16/16 00:15 | |
| Boron, Dissolved | ug/L | ND | 50.0 | 25.0 | 12/16/16 00:15 | |
| Calcium, Dissolved | ug/L | ND | 100 | 50.0 | 12/16/16 00:15 | |
| Iron, Dissolved | ug/L | ND | 50.0 | 25.0 | 12/16/16 00:15 | |
| Magnesium, Dissolved | ug/L | ND | 100 | 50.0 | 12/16/16 00:15 | |
| Manganese, Dissolved | ug/L | ND | 5.0 | 2.5 | 12/16/16 00:15 | |
| Potassium, Dissolved | ug/L | ND | 5000 | 2500 | 12/16/16 00:15 | |
| Sodium, Dissolved | ug/L | ND | 5000 | 500 | 12/16/16 00:15 | |
| Strontium, Dissolved | ug/L | ND | 5.0 | 2.5 | 12/16/16 00:15 | |
| Zinc, Dissolved | ug/L | ND | 10.0 | 2.5 | 12/16/16 00:15 | |

**LABORATORY CONTROL SAMPLE:** 1891193

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Aluminum, Dissolved | ug/L | 5000 | 5080 | 102 | 85-115 | |
| Barium, Dissolved | ug/L | 500 | 514 | 103 | 85-115 | |
| Boron, Dissolved | ug/L | 500 | 500 | 100 | 85-115 | |
| Calcium, Dissolved | ug/L | 5000 | 5100 | 102 | 85-115 | |
| Iron, Dissolved | ug/L | 5000 | 4930 | 99 | 85-115 | |
| Magnesium, Dissolved | ug/L | 5000 | 4860 | 97 | 85-115 | |
| Manganese, Dissolved | ug/L | 500 | 500 | 100 | 85-115 | |
| Potassium, Dissolved | ug/L | 5000 | 5050 | 101 | 85-115 | |
| Sodium, Dissolved | ug/L | 5000 | 4930J | 99 | 85-115 | |
| Strontium, Dissolved | ug/L | 500 | 507 | 101 | 85-115 | |
| Zinc, Dissolved | ug/L | 500 | 513 | 103 | 85-115 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1891194      1891195

| Parameter | Units | 92322890002 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum, Dissolved | ug/L | ND | 5000 | 5000 | 5300 | 5260 | 105 | 104 | 70-130 | 1 | 20 | |
| Barium, Dissolved | ug/L | 44.8 | 500 | 500 | 575 | 569 | 106 | 105 | 70-130 | 1 | 20 | |
| Boron, Dissolved | ug/L | ND | 500 | 500 | 524 | 528 | 104 | 104 | 70-130 | 1 | 20 | |
| Calcium, Dissolved | ug/L | 13400 | 5000 | 5000 | 18500 | 18300 | 102 | 98 | 70-130 | 1 | 20 | |
| Iron, Dissolved | ug/L | ND | 5000 | 5000 | 5170 | 5110 | 103 | 102 | 70-130 | 1 | 20 | |
| Magnesium, Dissolved | ug/L | 5650 | 5000 | 5000 | 10600 | 10600 | 99 | 99 | 70-130 | 0 | 20 | |
| Manganese, Dissolved | ug/L | ND | 500 | 500 | 518 | 522 | 103 | 104 | 70-130 | 1 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

## QUALITY CONTROL DATA

Project:          BELEWS J16090796

Pace Project No.:    92322876

---

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:    1891194        1891195

| Parameter | Units | 92322890002 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Potassium, Dissolved | ug/L | ND | 5000 | 5000 | 6980 | 6900 | 105 | 103 | 70-130 | 1 | 20 | |
| Sodium, Dissolved | ug/L | 8750 | 5000 | 5000 | 13600 | 13500 | 98 | 95 | 70-130 | 1 | 20 | |
| Strontium, Dissolved | ug/L | 111 | 500 | 500 | 636 | 631 | 105 | 104 | 70-130 | 1 | 20 | |
| Zinc, Dissolved | ug/L | ND | 500 | 500 | 544 | 551 | 109 | 110 | 70-130 | 1 | 20 | |

---

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:    1891196        1891197

| Parameter | Units | 92322890012 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum, Dissolved | ug/L | ND | 5000 | 5000 | 5250 | 5300 | 104 | 105 | 70-130 | 1 | 20 | |
| Barium, Dissolved | ug/L | 18.5 | 500 | 500 | 550 | 554 | 106 | 107 | 70-130 | 1 | 20 | |
| Boron, Dissolved | ug/L | 32.3J | 500 | 500 | 561 | 569 | 106 | 107 | 70-130 | 1 | 20 | |
| Calcium, Dissolved | ug/L | 36600 | 5000 | 5000 | 41400 | 41200 | 95 | 92 | 70-130 | 0 | 20 | |
| Iron, Dissolved | ug/L | ND | 5000 | 5000 | 4920 | 5040 | 98 | 101 | 70-130 | 2 | 20 | |
| Magnesium, Dissolved | ug/L | 6990 | 5000 | 5000 | 11700 | 12000 | 95 | 99 | 70-130 | 2 | 20 | |
| Manganese, Dissolved | ug/L | 19.3 | 500 | 500 | 520 | 532 | 100 | 103 | 70-130 | 2 | 20 | |
| Potassium, Dissolved | ug/L | 9880 | 5000 | 5000 | 14900 | 15000 | 100 | 101 | 70-130 | 0 | 20 | |
| Sodium, Dissolved | ug/L | 50700 | 5000 | 5000 | 55200 | 55500 | 89 | 97 | 70-130 | 1 | 20 | |
| Strontium, Dissolved | ug/L | 191 | 500 | 500 | 700 | 707 | 102 | 103 | 70-130 | 1 | 20 | |
| Zinc, Dissolved | ug/L | ND | 500 | 500 | 537 | 540 | 107 | 108 | 70-130 | 1 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 38 of 55



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# QUALITY CONTROL DATA

Project:     BELEWS J16090796
Pace Project No.:     92322876

| QC Batch: | 340490 | Analysis Method: | EPA 200.8 Rev 5.4 |
|---|---|---|---|
| QC Batch Method: | EPA 200.8 Rev 5.4 | Analysis Description: | 200.8 MET |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

**METHOD BLANK:** 1888505        Matrix: Water
Associated Lab Samples:    92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Antimony | ug/L | ND | 0.50 | 0.10 | 12/15/16 12:25 | |
| Arsenic | ug/L | ND | 0.10 | 0.040 | 12/15/16 12:25 | |
| Beryllium | ug/L | ND | 0.10 | 0.010 | 12/15/16 12:25 | |
| Cadmium | ug/L | ND | 0.080 | 0.050 | 12/15/16 12:25 | |
| Chromium | ug/L | ND | 0.50 | 0.090 | 12/15/16 12:25 | |
| Cobalt | ug/L | ND | 0.10 | 0.010 | 12/15/16 12:25 | |
| Copper | ug/L | ND | 0.50 | 0.11 | 12/15/16 12:25 | |
| Lead | ug/L | ND | 0.10 | 0.090 | 12/15/16 12:25 | |
| Molybdenum | ug/L | ND | 0.50 | 0.11 | 12/15/16 12:25 | |
| Nickel | ug/L | ND | 0.50 | 0.44 | 12/15/16 12:25 | |
| Selenium | ug/L | ND | 0.50 | 0.31 | 12/15/16 12:25 | |
| Thallium | ug/L | ND | 0.10 | 0.015 | 12/15/16 12:25 | |
| Vanadium | ug/L | ND | 0.30 | 0.070 | 12/15/16 12:25 | |

**LABORATORY CONTROL SAMPLE:** 1888506

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Antimony | ug/L | 100 | 99.6 | 100 | 85-115 | |
| Arsenic | ug/L | 100 | 101 | 101 | 85-115 | |
| Beryllium | ug/L | 100 | 106 | 106 | 85-115 | |
| Cadmium | ug/L | 100 | 104 | 104 | 85-115 | |
| Chromium | ug/L | 100 | 104 | 104 | 85-115 | |
| Cobalt | ug/L | 100 | 105 | 105 | 85-115 | |
| Copper | ug/L | 100 | 109 | 109 | 85-115 | |
| Lead | ug/L | 100 | 102 | 102 | 85-115 | |
| Molybdenum | ug/L | 100 | 101 | 101 | 85-115 | |
| Nickel | ug/L | 100 | 109 | 109 | 85-115 | |
| Selenium | ug/L | 100 | 101 | 101 | 85-115 | |
| Thallium | ug/L | 100 | 104 | 104 | 85-115 | |
| Vanadium | ug/L | 100 | 104 | 104 | 85-115 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1888507       1888508

| Parameter | Units | 92322872001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | ug/L | 0.13J | 100 | 100 | 103 | 104 | 103 | 104 | 70-130 | 1 | 20 | |
| Arsenic | ug/L | 0.23 | 100 | 100 | 104 | 103 | 104 | 103 | 70-130 | 1 | 20 | |
| Beryllium | ug/L | 0.051J | 100 | 100 | 103 | 103 | 103 | 103 | 70-130 | 0 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM



**QUALITY CONTROL DATA**

Project: BELEWS J16090796
Pace Project No.: 92322876

MATRIX SPIKE & MATRIX SPIKE DUPLICATE: 1888507     1888508

| Parameter | Units | 92322872001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cadmium | ug/L | ND | 100 | 100 | 102 | 102 | 102 | 102 | 70-130 | 0 | 20 | |
| Chromium | ug/L | 0.87 | 100 | 100 | 102 | 103 | 101 | 102 | 70-130 | 1 | 20 | |
| Cobalt | ug/L | 0.33 | 100 | 100 | 104 | 105 | 104 | 105 | 70-130 | 1 | 20 | |
| Copper | ug/L | 1.5 | 100 | 100 | 107 | 108 | 106 | 106 | 70-130 | 0 | 20 | |
| Lead | ug/L | 0.62 | 100 | 100 | 102 | 102 | 101 | 102 | 70-130 | 1 | 20 | |
| Molybdenum | ug/L | 0.41J | 100 | 100 | 101 | 102 | 101 | 101 | 70-130 | 0 | 20 | |
| Nickel | ug/L | 0.64 | 100 | 100 | 106 | 107 | 105 | 106 | 70-130 | 1 | 20 | |
| Selenium | ug/L | ND | 100 | 100 | 102 | 102 | 102 | 101 | 70-130 | 1 | 20 | |
| Thallium | ug/L | ND | 100 | 100 | 101 | 103 | 101 | 103 | 70-130 | 1 | 20 | |
| Vanadium | ug/L | 2.2 | 100 | 100 | 106 | 107 | 103 | 105 | 70-130 | 1 | 20 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE: 1888509     1888510

| Parameter | Units | 92322877005 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | ug/L | ND | 100 | 100 | 101 | 105 | 101 | 105 | 70-130 | 4 | 20 | |
| Arsenic | ug/L | 0.089J | 100 | 100 | 103 | 104 | 103 | 103 | 70-130 | 1 | 20 | |
| Beryllium | ug/L | 0.016J | 100 | 100 | 103 | 107 | 103 | 107 | 70-130 | 4 | 20 | |
| Cadmium | ug/L | ND | 100 | 100 | 101 | 104 | 101 | 104 | 70-130 | 2 | 20 | |
| Chromium | ug/L | 1.2 | 100 | 100 | 100 | 104 | 99 | 102 | 70-130 | 3 | 20 | |
| Cobalt | ug/L | 0.032J | 100 | 100 | 99.6 | 102 | 100 | 102 | 70-130 | 3 | 20 | |
| Copper | ug/L | 0.90 | 100 | 100 | 101 | 104 | 100 | 103 | 70-130 | 3 | 20 | |
| Lead | ug/L | ND | 100 | 100 | 99.2 | 100 | 99 | 100 | 70-130 | 1 | 20 | |
| Molybdenum | ug/L | ND | 100 | 100 | 101 | 103 | 101 | 103 | 70-130 | 2 | 20 | |
| Nickel | ug/L | 0.92 | 100 | 100 | 102 | 105 | 101 | 104 | 70-130 | 3 | 20 | |
| Selenium | ug/L | ND | 100 | 100 | 99.3 | 103 | 99 | 103 | 70-130 | 3 | 20 | |
| Thallium | ug/L | ND | 100 | 100 | 99.5 | 103 | 99 | 103 | 70-130 | 3 | 20 | |
| Vanadium | ug/L | 1.3 | 100 | 100 | 102 | 106 | 101 | 105 | 70-130 | 3 | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

 

**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# QUALITY CONTROL DATA

| | |
|---|---|
| Project: | BELEWS J16090796 |
| Pace Project No.: | 92322876 |

| | | | |
|---|---|---|---|
| QC Batch: | 340493 | Analysis Method: | EPA 200.8 Rev 5.4 |
| QC Batch Method: | EPA 200.8 Rev 5.4 | Analysis Description: | 200.8 MET Dissolved |
| Associated Lab Samples: | 92322876001 | | |

**METHOD BLANK:** 1888523        Matrix: Water

Associated Lab Samples: 92322876001

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Antimony, Dissolved | ug/L | ND | 0.50 | 0.10 | 12/15/16 13:28 | |
| Arsenic, Dissolved | ug/L | ND | 0.10 | 0.040 | 12/15/16 13:28 | |
| Beryllium, Dissolved | ug/L | ND | 0.10 | 0.010 | 12/15/16 13:28 | |
| Cadmium, Dissolved | ug/L | ND | 0.080 | 0.050 | 12/15/16 13:28 | |
| Chromium, Dissolved | ug/L | ND | 0.50 | 0.090 | 12/15/16 13:28 | |
| Cobalt, Dissolved | ug/L | ND | 0.10 | 0.010 | 12/15/16 13:28 | |
| Copper, Dissolved | ug/L | 0.21J | 0.50 | 0.11 | 12/15/16 13:28 | |
| Lead, Dissolved | ug/L | ND | 0.10 | 0.090 | 12/15/16 13:28 | |
| Molybdenum, Dissolved | ug/L | ND | 0.50 | 0.11 | 12/15/16 13:28 | |
| Nickel, Dissolved | ug/L | ND | 0.50 | 0.44 | 12/15/16 13:28 | |
| Selenium, Dissolved | ug/L | ND | 0.50 | 0.31 | 12/15/16 13:28 | |
| Thallium, Dissolved | ug/L | ND | 0.10 | 0.015 | 12/15/16 13:28 | |
| Vanadium, Dissolved | ug/L | ND | 0.30 | 0.070 | 12/15/16 13:28 | |

**LABORATORY CONTROL SAMPLE:** 1888524

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Antimony, Dissolved | ug/L | 100 | 98.5 | 98 | 85-115 | |
| Arsenic, Dissolved | ug/L | 100 | 99.7 | 100 | 85-115 | |
| Beryllium, Dissolved | ug/L | 100 | 105 | 105 | 85-115 | |
| Cadmium, Dissolved | ug/L | 100 | 98.2 | 98 | 85-115 | |
| Chromium, Dissolved | ug/L | 100 | 97.8 | 98 | 85-115 | |
| Cobalt, Dissolved | ug/L | 100 | 100 | 100 | 85-115 | |
| Copper, Dissolved | ug/L | 100 | 102 | 102 | 85-115 | |
| Lead, Dissolved | ug/L | 100 | 96.9 | 97 | 85-115 | |
| Molybdenum, Dissolved | ug/L | 100 | 97.2 | 97 | 85-115 | |
| Nickel, Dissolved | ug/L | 100 | 104 | 104 | 85-115 | |
| Selenium, Dissolved | ug/L | 100 | 101 | 101 | 85-115 | |
| Thallium, Dissolved | ug/L | 100 | 96.4 | 96 | 85-115 | |
| Vanadium, Dissolved | ug/L | 100 | 100 | 100 | 85-115 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1888525        1888526

| Parameter | Units | 92322872001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony, Dissolved | ug/L | ND | 100 | 100 | 98.2 | 103 | 98 | 103 | 70-130 | 4 | 20 | |
| Arsenic, Dissolved | ug/L | 0.15 | 100 | 100 | 99.0 | 101 | 99 | 101 | 70-130 | 2 | 20 | |
| Beryllium, Dissolved | ug/L | 0.019J | 100 | 100 | 103 | 105 | 103 | 105 | 70-130 | 1 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM        Page 40 of 54



# QUALITY CONTROL DATA

Project: BELEWS J16090796
Pace Project No.: 92322876

---

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:  1888525          1888526

| Parameter | Units | 92322872001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cadmium, Dissolved | ug/L | ND | 100 | 100 | 97.8 | 101 | 98 | 101 | 70-130 | 3 | 20 | |
| Chromium, Dissolved | ug/L | 0.21J | 100 | 100 | 96.5 | 100 | 96 | 100 | 70-130 | 4 | 20 | |
| Cobalt, Dissolved | ug/L | 0.10 | 100 | 100 | 99.2 | 103 | 99 | 103 | 70-130 | 4 | 20 | |
| Copper, Dissolved | ug/L | 0.77 | 100 | 100 | 102 | 107 | 102 | 106 | 70-130 | 4 | 20 | |
| Lead, Dissolved | ug/L | ND | 100 | 100 | 96.3 | 101 | 96 | 101 | 70-130 | 5 | 20 | |
| Molybdenum, Dissolved | ug/L | 0.43J | 100 | 100 | 96.8 | 99.9 | 96 | 99 | 70-130 | 3 | 20 | |
| Nickel, Dissolved | ug/L | 0.50 | 100 | 100 | 101 | 106 | 101 | 105 | 70-130 | 5 | 20 | |
| Selenium, Dissolved | ug/L | ND | 100 | 100 | 97.7 | 99.5 | 98 | 99 | 70-130 | 2 | 20 | |
| Thallium, Dissolved | ug/L | ND | 100 | 100 | 97.6 | 103 | 98 | 103 | 70-130 | 5 | 20 | |
| Vanadium, Dissolved | ug/L | 0.76 | 100 | 100 | 99.1 | 102 | 98 | 101 | 70-130 | 2 | 20 | |

---

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:  1888527          1888528

| Parameter | Units | 92322877002 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony, Dissolved | ug/L | 0.34J | 100 | 100 | 100 | 102 | 100 | 102 | 70-130 | 2 | 20 | |
| Arsenic, Dissolved | ug/L | 0.088J | 100 | 100 | 99.0 | 103 | 99 | 103 | 70-130 | 4 | 20 | |
| Beryllium, Dissolved | ug/L | ND | 100 | 100 | 100 | 104 | 100 | 104 | 70-130 | 4 | 20 | |
| Cadmium, Dissolved | ug/L | ND | 100 | 100 | 97.0 | 101 | 97 | 101 | 70-130 | 4 | 20 | |
| Chromium, Dissolved | ug/L | 0.25J | 100 | 100 | 97.7 | 99.9 | 97 | 100 | 70-130 | 2 | 20 | |
| Cobalt, Dissolved | ug/L | 0.24 | 100 | 100 | 97.3 | 100 | 97 | 100 | 70-130 | 3 | 20 | |
| Copper, Dissolved | ug/L | 1.3 | 100 | 100 | 101 | 104 | 99 | 102 | 70-130 | 3 | 20 | |
| Lead, Dissolved | ug/L | ND | 100 | 100 | 94.5 | 99.5 | 95 | 99 | 70-130 | 5 | 20 | |
| Molybdenum, Dissolved | ug/L | 2.1 | 100 | 100 | 101 | 102 | 98 | 100 | 70-130 | 1 | 20 | |
| Nickel, Dissolved | ug/L | 2.0 | 100 | 100 | 101 | 103 | 99 | 101 | 70-130 | 2 | 20 | |
| Selenium, Dissolved | ug/L | ND | 100 | 100 | 94.9 | 102 | 95 | 102 | 70-130 | 7 | 20 | |
| Thallium, Dissolved | ug/L | ND | 100 | 100 | 94.5 | 101 | 94 | 101 | 70-130 | 7 | 20 | |
| Vanadium, Dissolved | ug/L | 2.4 | 100 | 100 | 102 | 105 | 100 | 102 | 70-130 | 2 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | BELEWS J16090796 |
| Pace Project No.: | 92322876 |

| | | | |
|---|---|---|---|
| QC Batch: | 340547 | Analysis Method: | SM 2320B |
| QC Batch Method: | SM 2320B | Analysis Description: | 2320B Alkalinity |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

METHOD BLANK: 1888705      Matrix: Water

Associated Lab Samples: 92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Alkalinity, Carbonate (CaCO3) | mg/L | ND | 5.0 | 1.0 | 12/13/16 21:53 | |
| Alkalinity, Total as CaCO3 | mg/L | ND | 5.0 | 1.0 | 12/13/16 21:53 | |
| Alkalinity,Bicarbonate (CaCO3) | mg/L | ND | 5.0 | 1.0 | 12/13/16 21:53 | |

LABORATORY CONTROL SAMPLE: 1888706

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Alkalinity, Total as CaCO3 | mg/L | 50 | 47.7 | 95 | 80-120 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE: 1888707      1888708

| Parameter | Units | 92322695013 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alkalinity, Total as CaCO3 | mg/L | 339 | 50 | 50 | 390 | 394 | 102 | 111 | 80-120 | 1 | 25 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE: 1888709      1888710

| Parameter | Units | 92322704003 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alkalinity, Total as CaCO3 | mg/L | ND | 50 | 50 | 50.1 | 50.4 | 100 | 100 | 80-120 | 1 | 25 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.


## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | BELEWS J16090796 |
| Pace Project No.: | 92322876 |

| | | | |
|---|---|---|---|
| QC Batch: | 340794 | Analysis Method: | SM 2540C |
| QC Batch Method: | SM 2540C | Analysis Description: | 2540C Total Dissolved Solids |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

**METHOD BLANK:** 1890239      Matrix: Water
Associated Lab Samples: 92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Total Dissolved Solids | mg/L | ND | 25.0 | 25.0 | 12/14/16 20:42 | |

**LABORATORY CONTROL SAMPLE:** 1890240

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Total Dissolved Solids | mg/L | 250 | 224 | 90 | 90-110 | |

**SAMPLE DUPLICATE:** 1890241

| Parameter | Units | 92322949004 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Total Dissolved Solids | mg/L | ND | ND | | 5 | |

**SAMPLE DUPLICATE:** 1890242

| Parameter | Units | 92322877002 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Total Dissolved Solids | mg/L | 273 | 299 | 9 | 5 | D6 |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave.  Suite 100
Huntersville, NC 28078
(704)875-9092

## QUALITY CONTROL DATA

Project:         BELEWS J16090796
Pace Project No.:    92322876

| QC Batch: | 340920 | Analysis Method: | SM 2540D |
|---|---|---|---|
| QC Batch Method: | SM 2540D | Analysis Description: | 2540D Total Suspended Solids |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

---

METHOD BLANK:  1891241                                    Matrix:  Water
Associated Lab Samples:    92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Total Suspended Solids | mg/L | ND | 2.5 | 2.5 | 12/14/16 19:40 | |

---

LABORATORY CONTROL SAMPLE:     1891242

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Total Suspended Solids | mg/L | 250 | 226 | 90 | 90-110 | |

---

SAMPLE DUPLICATE:   1891244

| Parameter | Units | 92322877004 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Total Suspended Solids | mg/L | 6.3 | 7.8 | 20 | 5 | D6 |

---

SAMPLE DUPLICATE:   1891304

| Parameter | Units | 92322841001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Total Suspended Solids | mg/L | 1010 | 760 | 28 | 5 | D6 |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM



## QUALITY CONTROL DATA

Project: BELEWS J16090796
Pace Project No.: 92322876

| QC Batch: | 340775 | Analysis Method: | SM 4500-S2D |
|---|---|---|---|
| QC Batch Method: | SM 4500-S2D | Analysis Description: | 4500S2D Sulfide Water |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

METHOD BLANK: 1890149          Matrix: Water
Associated Lab Samples: 92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Sulfide | mg/L | ND | 0.10 | 0.10 | 12/14/16 12:45 | |

LABORATORY CONTROL SAMPLE: 1890150

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Sulfide | mg/L | .5 | 0.51 | 102 | 80-120 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:   1890151          1890152

| Parameter | Units | 92323130001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sulfide | mg/L | ND | .5 | .5 | 0.52 | 0.51 | 103 | 103 | 80-120 | 1 | 10 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:   1890153          1890154

| Parameter | Units | 92322877003 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sulfide | mg/L | ND | .5 | .5 | 0.38 | 0.38 | 74 | 73 | 80-120 | 1 | 10 | M1 |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | BELEWS J16090796 |
| Pace Project No.: | 92322876 |

| | | | |
|---|---|---|---|
| QC Batch: | 339808 | Analysis Method: | EPA 218.7 |
| QC Batch Method: | EPA 218.7 | Analysis Description: | Chromium, Hexavalent IC |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

**METHOD BLANK:** 1822832      Matrix: Water

Associated Lab Samples: 92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Chromium, Hexavalent | ug/L | ND | 0.025 | 0.0082 | 12/20/16 19:45 | |

**LABORATORY CONTROL SAMPLE:** 1822833

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Chromium, Hexavalent | ug/L | .075 | 0.078 | 104 | 85-115 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1822834     1822835

| Parameter | Units | 92322890016 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chromium, Hexavalent | ug/L | 0.013J | .075 | .075 | 0.081 | 0.084 | 90 | 94 | 85-115 | 3 | 20 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1822836     1822837

| Parameter | Units | 92322872004 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chromium, Hexavalent | ug/L | ND | .5 | .5 | 0.46J | 0.57 | 93 | 114 | 85-115 | | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

### REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM      Page 46 of 54

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 47 of 55



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# QUALITY CONTROL DATA

Project: BELEWS J16090796
Pace Project No.: 92322876

| QC Batch: | 341583 | Analysis Method: | EPA 353.2 |
|---|---|---|---|
| QC Batch Method: | EPA 353.2 | Analysis Description: | 353.2 Nitrate + Nitrite, preserved |
| Associated Lab Samples: | 92322876001, 92322876002 | | |

**METHOD BLANK:** 1895287      Matrix: Water
Associated Lab Samples: 92322876001, 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/L | ND | 0.020 | 0.010 | 12/21/16 18:14 | |

**LABORATORY CONTROL SAMPLE:** 1895288

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/L | 2.5 | 2.5 | 98 | 90-110 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1895289      1895290

| Parameter | Units | 92322876001 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/L | 0.10 | 2.5 | 2.5 | 2.7 | 2.7 | 103 | 105 | 75-125 | 2 | 10 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1895291      1895292

| Parameter | Units | 92323208008 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/L | 0.59 | 2.5 | 2.5 | 3.1 | 3.2 | 101 | 103 | 75-125 | 2 | 10 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM



## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | BELEWS J16090796 |
| Pace Project No.: | 92322876 |

| | | | |
|---|---|---|---|
| QC Batch: | 341404 | Analysis Method: | SM 5310B |
| QC Batch Method: | SM 5310B | Analysis Description: | 5310B TOC |
| Associated Lab Samples: | 92322876002 | | |

**METHOD BLANK:** 1894411      Matrix: Water

Associated Lab Samples: 92322876002

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Total Organic Carbon | mg/L | ND | 1.0 | 0.50 | 12/20/16 03:54 | |

**LABORATORY CONTROL SAMPLE:** 1894412

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Total Organic Carbon | mg/L | 25 | 23.2 | 93 | 90-110 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1894413      1894414

| Parameter | Units | 92322876002 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Organic Carbon | mg/L | ND | 25 | 25 | 23.5 | 23.6 | 94 | 94 | 90-110 | 0 | 10 | |

**MATRIX SPIKE & MATRIX SPIKE DUPLICATE:** 1894415      1894416

| Parameter | Units | 92323208006 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Organic Carbon | mg/L | 0.67J | 25 | 25 | 24.1 | 24.2 | 94 | 94 | 90-110 | 0 | 10 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

### REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



## QUALITY CONTROL DATA

Project:      BELEWS J16090796
Pace Project No.:    92322876

| | | | |
|---|---|---|---|
| QC Batch: | 341707 | Analysis Method: | SM 5310B |
| QC Batch Method: | SM 5310B | Analysis Description: | 5310B TOC |
| Associated Lab Samples: | 92322876001 | | |

METHOD BLANK: 1895789             Matrix: Water
Associated Lab Samples:    92322876001

| Parameter | Units | Blank Result | Reporting Limit | MDL | Analyzed | Qualifiers |
|---|---|---|---|---|---|---|
| Total Organic Carbon | mg/L | ND | 1.0 | 0.50 | 12/20/16 13:05 | |

LABORATORY CONTROL SAMPLE:    1895790

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Total Organic Carbon | mg/L | 25 | 23.5 | 94 | 90-110 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:    1895791        1895792

| Parameter | Units | 92322292003 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Organic Carbon | mg/L | 3.8 | 25 | 25 | 27.4 | 27.8 | 94 | 96 | 90-110 | 1 | 10 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:    1895793        1895794

| Parameter | Units | 92323216002 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Organic Carbon | mg/L | 1.5 | 25 | 25 | 25.1 | 25.4 | 94 | 96 | 90-110 | 1 | 10 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



# QUALIFIERS

Project:         BELEWS J16090796
Pace Project No.:  92322876

## DEFINITIONS

DF - Dilution Factor, if reported, represents the factor applied to the reported data due to dilution of the sample aliquot.

ND - Not Detected at or above adjusted reporting limit.

J - Estimated concentration above the adjusted method detection limit and below the adjusted reporting limit.

MDL - Adjusted Method Detection Limit.

PQL - Practical Quantitation Limit.

RL - Reporting Limit.

S - Surrogate

1,2-Diphenylhydrazine decomposes to and cannot be separated from Azobenzene using Method 8270. The result for each analyte is a combined concentration.

Consistent with EPA guidelines, unrounded data are displayed and have been used to calculate % recovery and RPD values.

LCS(D) - Laboratory Control Sample (Duplicate)

MS(D) - Matrix Spike (Duplicate)

DUP - Sample Duplicate

RPD - Relative Percent Difference

NC - Not Calculable.

SG - Silica Gel - Clean-Up

U - Indicates the compound was analyzed for, but not detected.

Acid preservation may not be appropriate for 2 Chloroethylvinyl ether.

A separate vial preserved to a pH of 4-5 is recommended in SW846 Chapter 4 for the analysis of Acrolein and Acrylonitrile by EPA Method 8260.

N-Nitrosodiphenylamine decomposes and cannot be separated from Diphenylamine using Method 8270.  The result reported for each analyte is a combined concentration.

Pace Analytical is TNI accredited. Contact your Pace PM for the current list of accredited analytes.

TNI - The NELAC Institute.

## LABORATORIES

PASI-A       Pace Analytical Services - Asheville
PASI-M       Pace Analytical Services - Minneapolis
PASI-O       Pace Analytical Services - Ormond Beach
PASI-W       Pace Analytical Services - Greenwood

## ANALYTE QUALIFIERS

B              Analyte was detected in the associated method blank.
D6             The precision between the sample and sample duplicate exceeded laboratory control limits.
M1             Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.
M6             Matrix spike and Matrix spike duplicate recovery not evaluated against control limits due to sample dilution.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 51 of 55



**Pace Analytical Services, LLC**
9800 Kincey Ave. Suite 100
Huntersville, NC 28078
(704)875-9092

# QUALITY CONTROL DATA CROSS REFERENCE TABLE

Project:           BELEWS J16090796
Pace Project No.:  92322876

| Lab ID | Sample ID | QC Batch Method | QC Batch | Analytical Method | Analytical Batch |
|--------|-----------|-----------------|----------|-------------------|------------------|
| 92322876001 | NORTH OF S-10+11 | RSK 175 | 453165 | | |
| 92322876002 | EB-JJZ-1 | RSK 175 | 453165 | | |
| 92322876001 | NORTH OF S-10+11 | EPA 300.0 | 340766 | | |
| 92322876002 | EB-JJZ-1 | EPA 300.0 | 340766 | | |
| 92322876001 | NORTH OF S-10+11 | EPA 200.7 | 340496 | EPA 200.7 | 340731 |
| 92322876002 | EB-JJZ-1 | EPA 200.7 | 340496 | EPA 200.7 | 340731 |
| 92322876001 | NORTH OF S-10+11 | EPA 200.7 | 340915 | EPA 200.7 | 341058 |
| 92322876001 | NORTH OF S-10+11 | EPA 200.7 | 341069 | | |
| 92322876002 | EB-JJZ-1 | EPA 200.7 | 341069 | | |
| 92322876001 | NORTH OF S-10+11 | EPA 200.8 Rev 5.4 | 340490 | EPA 200.8 Rev 5.4 | 340705 |
| 92322876002 | EB-JJZ-1 | EPA 200.8 Rev 5.4 | 340490 | EPA 200.8 Rev 5.4 | 340705 |
| 92322876001 | NORTH OF S-10+11 | EPA 200.8 Rev 5.4 | 340493 | EPA 200.8 Rev 5.4 | 340712 |
| 92322876001 | NORTH OF S-10+11 | EPA 1631E | 340763 | EPA 1631E | 340765 |
| 92322876002 | EB-JJZ-1 | EPA 1631E | 340763 | EPA 1631E | 340765 |
| 92322876003 | NORTH OF S-10 + 11 BLANK | EPA 1631E | 340763 | EPA 1631E | 340765 |
| 92322876004 | EB-JJZ-1 BLANK | EPA 1631E | 340763 | EPA 1631E | 340765 |
| 92322876001 | NORTH OF S-10+11 | SM 2320B | 340547 | | |
| 92322876002 | EB-JJZ-1 | SM 2320B | 340547 | | |
| 92322876001 | NORTH OF S-10+11 | SM 2540C | 340794 | | |
| 92322876002 | EB-JJZ-1 | SM 2540C | 340794 | | |
| 92322876001 | NORTH OF S-10+11 | SM 2540D | 340920 | | |
| 92322876002 | EB-JJZ-1 | SM 2540D | 340920 | | |
| 92322876001 | NORTH OF S-10+11 | SM 4500-S2D | 340775 | | |
| 92322876002 | EB-JJZ-1 | SM 4500-S2D | 340775 | | |
| 92322876001 | NORTH OF S-10+11 | EPA 218.7 | 339808 | | |
| 92322876002 | EB-JJZ-1 | EPA 218.7 | 339808 | | |
| 92322876001 | NORTH OF S-10+11 | EPA 353.2 | 341583 | | |
| 92322876002 | EB-JJZ-1 | EPA 353.2 | 341583 | | |
| 92322876001 | NORTH OF S-10+11 | SM 5310B | 341707 | | |
| 92322876002 | EB-JJZ-1 | SM 5310B | 341404 | | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 01/11/2017 02:35 PM

**Laboratory receiving samples:** Huntersville ☑  Raleigh ☐  Mechanicsville ☐
Asheville ☐  Eden ☐  Greenwood ☐

| Sample Condition Upon Receipt | | |
|---|---|---|

**Client Name:** Duke

**Project #:**

**WO#: 92322876**

92322876

**Courier:**
☐ Commercial
☐ Fed Ex  ☐ UPS  ☐ USPS  ☐ Client
☑ Pace  ☐ Other:_____

**Date/Initials Person Examining Contents:** BV+A
BV 12/12

**Custody Seal Present?** ☐ Yes ☑ No   **Seals Intact?** ☐ Yes ☑ No

**Packing Material:** ☐ Bubble Wrap  ☑ Bubble Bags  ☐ None  ☐ Other:_____

☑ Samples on ice, cooling process has begun

**Thermometer:** ☑ IR-Gun ID: T1603   **Type of Ice:** ☑ Wet ☐ Blue ☐ None

**Biological Tissue Frozen?** ☐ Yes ☑ No ☐ N/A

**Correction Factor:** _____  **Cooler Temp Corrected (°C):** 4.1
Temp should be above freezing to 6°C

**USDA Regulated Soil** (☑ N/A, water sample)?
Did samples originate in a quarantine zone within the United States: CA, NY, or SC (check maps)?
☐ Yes ☑ No

Did samples originate from a foreign source (internationally, including Hawaii and Puerto Rico? ☐ Yes ☑ No

| | | Comments/Discrepancy: |
|---|---|---|
| Chain of Custody Present? | ☑ Yes ☐ No ☐ N/A | 1. |
| Samples Arrived within Hold Time? | ☑ Yes ☐ No ☐ N/A | 2. |
| **Short Hold Time Analysis (<72 hr.)?** | ☐ Yes ☑ No ☐ N/A | 3. |
| **Rush Turn Around Time Requested?** | ☐ Yes ☑ No ☐ N/A | 4. |
| Sufficient Volume? | ☑ Yes ☐ No ☐ N/A | 5. |
| Correct Containers Used? | ☑ Yes ☐ No ☐ N/A | 6. |
| -Pace Containers Used? | ☑ Yes ☐ No ☐ N/A | |
| Containers Intact? | ☑ Yes ☐ No ☐ N/A | 7. |
| Samples Field Filtered? | ☐ Yes ☑ No ☐ N/A | 8. Note if sediment is visible in the dissolved container |
| Sample Labels Match COC? | ☑ Yes ☐ No ☐ N/A | 9. |
| -Includes Date/Time/ID/Analysis  Matrix: WT | | |
| Headspace in VOA Vials (>5-6mm)? | ☐ Yes ☑ No ☐ N/A | 10. |
| Trip Blank Present? | ☐ Yes ☑ No ☐ N/A | 11. |
| Trip Blank Custody Seals Present? | ☐ Yes ☑ No ☐ N/A | |

**Field Data Required?** ☐ Yes ☐ No

**CLIENT NOTIFICATION/RESOLUTION**

Date/Time: _____

Person Contacted: _____
Comments/Sample
Discrepancy: _____
_____
_____
_____
_____

**Project Manager SCURF Review:** KW   **Date:** 12/12/16

**Project Manager SRF Review:** KWA   **Date:** 12/12/16

Note: Whenever there is a discrepancy affecting North Carolina compliance samples, a copy of this form will be sent to the North Carolina DEHNR Certification Office (i.e.
Out of hold, incorrect preservative, out of temp, incorrect containers)



| Document Name: Sample Condition Upon Receipt(SCUR) | Document Revised: Sept. 21, 2016 Page 2 of 2 |
| Document No.: F-CAR-CS-033-Rev.01 | Issuing Authority: Pace Quality Office |

*Check mark top half of box if pH and/or dechlorination is verified and within the acceptance range for preservation samples.

**Bottom half of box is to list number of bottles

Project #

**WO# : 92322876**

PM: KLH1          Due Date: 12/19/16

CLIENT: 92-Duke Ener

| Item# | BP4U-125 mL Plastic Unpreserved (N/A) (Cl-) | BP3U-250 mL Plastic Unpreserved (N/A) | BP2U-500 mL Plastic Unpreserved (N/A) | BP1U-1 liter Plastic Unpreserved (N/A) | BP3S-250 mL Plastic H2SO4 (pH < 2) (Cl-) | BP3N-250 mL plastic HNO3 (pH < 2) | BP3Z-250 mL Plastic 2N Acetate & NaOH (>9) | BP3C-250 mL Plastic NaOH (pH > 12) (Cl-) | WGFU-Wide-mouthed Glass jar Unpreserved | AG1U-1 liter Amber Unpreserved (N/A) (Cl-) | AG1H-1 liter Amber HCl (pH < 2) | AG3U-250 mL Amber Unpreserved (N/A) (Cl-) | AG1S-1 liter Amber H2SO4 (pH < 2) | AG3S-250 mL Amber H2SO4 (pH < 2) | AG3A(DG3A)-250 mL Amber NH4Cl (N/A)(Cl-) | DG9H-40 mL VOA HCl (N/A) | VG9T-40 mL VOA Na2S2O3 (N/A) | VG9U-40 mL VOA Unp (N/A) | DG9P-40 mL VOA H3PO4 (N/A) | VOAK (6 vials per kit)-5035 kit (N/A) | V/GK (3 vials per kit)-VPH/Gas kit (N/A) | SP5T-125 mL Sterile Plastic (N/A – lab) | SP2T-250 mL Sterile Plastic (N/A – lab) | BP3A-250 mL Plastic (NH2)2SO4 (9.3-9.7) | Cubitainer | VSGU-20 mL Scintillation vials (N/A) | GN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1 | | 1 | 4 | 1 | | | | | | | | | | 3 | | | 3 | | | | | 3 | 1 | | |
| 2 | | | | | | | | | | | | 2 | | | | | | | | | | | | | | | |
| 3 | | 2 | | 1 | 2 | 1 | | | | | | | | | | 3 | | | 3 | | | | | 3 | | | |
| 4 | | | | | | | | | | | | 2 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## pH Adjustment Log for Preserved Samples

| Sample ID | Type of Preservative | pH upon receipt | Date preservation adjusted | Time preservation adjusted | Amount of Preservative added | Lot # |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case 1:17-cv-01097-LCB-JLW   Document 1-13   Filed 12/05/17   Page 54 of 55

# CHAIN OF CUSTODY RECORD AND ANALYSIS REQUEST FORM

**Duke Energy**
Analytical Laboratory
Chain of Custody &
Sample Log

Mail Code MG03A2 (Building 7405)
13339 Hagers Ferry Rd
Huntersville, N. C. 28078
(704) 875-5245
Fax: (704) 875-5239

Analytical Laboratory Use Only

| Customer Must Complete | |
|---|---|
| Project Name: | |
| | CSA AB GW Assessment water |
| Client | Duke Energy |
| Business Unit: | 980-875-5032 |
| Prepared ID: | Duke Energy |
| Waterbody: | |

| Activity ID: | Process: | Station: | Mat Code: MG03A3 | Resp. Center To: |

PO # Steady #
Element 1 #
1142133

Order #

Logged By

Vendor

Matrix: GW, WW

Sample originating From

Ground Water,
Drinking Water
RCRA Waste

SAMPLE PROGRAM
NPDES
UST

NCO
SC

COC REV DATE: 1/22/2015

ORIGINAL to LAB, COPY to CLIENT
DISTRIBUTION

Customer, important: please indicate desired turnaround

Requested Turnaround
14 Days
7 Days
* 48 Hr
*Other
*Add. Cost Will Apply
ASAP

ELEMENTS by ICP_MS (TRM): As, Be, Cd, Co, Cu, Cr, Mo, Ni, Pb, Sb, Sn, Tl, U, V (LL)
ELEMENTS by ICP (TRM): Al, Ba, B, Fe, Mn, Sr, Zn
Dissolved metals : all metals ICP, IMS, Hg
ICP_Undigrated: Ca, Mg, K, Na
Hg by 245.1

| Sample | Sample Description or ID | Date | Time | Signature | Comp. | Grab | TSS | TDS | Methane RSK-175 | Cl, SO4 | Alkalinity, Bicarbonate, Carbonate | Sulfide | TOC | Nitrate-Nitrite | Hex Chrom 218.7 | Radium 226 Radium 228 | LL Hg | Metals (see below) | Dissolved Metals | Total # Containers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Container Volume (mL) | | 1000 | 500 | 40 | 250 | 250 | 125 | 40 | 125 | 250 | 1000 | 250 | 250 | 250 | |
| | | | | | Preservative | | Ice | Ice | HCl | Ice | Ice | ZnAc | H2SO4 | Ice | | HNO3 | HCl | HNO3 | HNO3 | |
| | | | | | Container Type | | PET | PET | Glass | PET | PET | PET | Glass | PET | PET | PET | Glass | HDPE | HDPE | |
| 1 | NC-GW-CA 2-10-11 | 12/06/14 | 1430 | | | X | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 3 | 1 | 1 | 1 | |
| 2 | NC-PW5-10-11 BLANK | 12/06/14 | 1430 | | | X | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 3 | 1 | 2 | 1 | |
| 3 | FB-972-1 | 12/06/14 | 1530 | | | X | | | 1 | 1 | 1 | 1 | | 1 | 1 | | 1 | 1 | 0 | |
| 4 | EB-972-1 BLANK | 12/06/14 | 1530 | | | X | | | 1 | 1 | 1 | 1 | | 1 | 1 | 3 | 1 | 2 | 42 | 20 |
| 5 | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | |

Filtration (0-45 um)
Unfiltered
Cooler Temp (C)

| | Date/Time | | Date/Time |
|---|---|---|---|
| Relinquished By | 12/06/14 1730 | Accepted By: | |
| Relinquished By | | Accepted By: | 12/06/14 |
| Relinquished By | | Sealed/Lock Opened By | Date/Time |
| Seal/Locked By | | | Date/Time |

Comments

Customer to sign & date below:

Customer to complete all appropriate non-shaded areas.

Total