# Exhibit 14

Deposition of Zachary Hall
February 10, 2017

Page 1

STATE OF NORTH CAROLINA )  IN THE GENERAL COURT OF JUSTICE
                        )        SUPERIOR COURT DIVISION
MECKLENBURG COUNTY      )          13-CVS-11032

STATE OF NORTH CAROLINA ex rel.   )
NORTH CAROLINA DEPARTMENT OF       )
ENVIRONMENTAL QUALITY,             )
                                   )        DEPOSITION OF
     Plaintiff,                    )
                                   )  ZACHARY SCOTT HALL
   vs.                             )
                                   )
SIERRA CLUB WATERKEEPER ALLIANCE,  )  February 10, 2017
SOUND RIVERS, WINYAH RIVERS        )       9:36 A.M.
FOUNDATION, ROANOKE RIVER BASIN    )     Charlotte, NC
ASSOCIATION, and CAPE FEAR RIVER   )
WATCH, INC.,                       )
     Plaintiff-Intervenor,         )
                                   )
   vs.                             )
                                   )
DUKE ENERGY PROGRESS, LLC.,        )
     Defendant.                    )
_____     )

STATE OF NORTH CAROLINA )  IN THE GENERAL COURT OF JUSTICE
                        )        SUPERIOR COURT DIVISION
MECKLENBURG COUNTY      )          13-CVS-14661

STATE OF NORTH CAROLINA ex rel.   )
NORTH CAROLINA DEPARTMENT OF       )
ENVIRONMENT AND NATURAL RESOURCES, )
     Plaintiff,                    )
                                   )
   vs.                             )
                                   )
CATABA RIVERKEEPER FOUNDATION      )
INC., APPALACHIAN VOICES, YADKIN   )
RIVERKEEPER, MOUNTAINTRUE, DAN     )
RIVER BASIN ASSOCIATION, ROANOKE   )
RIVER BASIN ASSOCIATION, SOUTHERN  )
ALLIANCE FOR CLEAN ENERGY, and     )
WATERKEEPER ALLIANCE,              )
     Plaintiff-Intervenor,         )
                                   )
   vs.                             )
                                   )
DUKE ENERGY CAROLINAS, LLC,        )
     Defendant.                    )

Page 2

A P P E A R A N C E S

For the Plaintiff-
Intervenors:                    Ms. Myra Blake
                                Southern Environmental Law Center
                                601 West Rosemary Street, Suite 220
                                Chapel Hill, North Carolina 27516
                                919-967-1450
                                mblake@selcnc.org

For the Plaintiff:              Mr. Francisco Benzoni
                                North Carolina Department of
                                    Justice
                                Environmental Division
                                Post Office Box 629
                                114 West Edenton Street
                                Raleigh, North Carolina 27602
                                919-716-6600
                                tbenzoni@ncdoj.gov

For the Defendant:              Ms. Melissa Romanzo
                                Hunton & Williams, LLP
                                Bank of American Plaza, Suite 3500
                                101 South Tryon Street
                                Charlotte, North Carolina 28230
                                704-378-4783
                                mromanzo@hunton.com

* * * * * * * *

TABLE OF CONTENTS

|                |      By       |  Pages  |
| Examination    | Ms. Blake     | 5 - 85  |
| Examination    | Mr. Benzoni   | 85 - 90 |
| Examination    | Ms. Romanzo   | 90 - 92 |

* * * * * * * *

Page 3

E X H I B I T S

Plaintiff's                                              Page
Number              Description                     Reference

DeNeale 1    (Previously entered in the DeNeale          6
             deposition.)

DeNeale 2    (Previously entered in the DeNeale          6
             deposition.)

      1      2015 Water Quality Report City of          59
             Eden

      2      Letter to DEQ from Reginald Anderson       63
             Dated 10/25/16 Re: Belews Creek
             Bromide Reduction Evaluation Semi-
             Annual Report

      3      EPA National Primary Drinking              66
             Water Regulations

      4      E-Mail Chain                               68

      5      Summary of Bromide Issues in the           68
             WSRO 12/6/11

                    * * * * * * * *

Page 4

                This is the transcript of the deposition

of ZACHARY SCOTT HALL, being taken by Notice issued by

counsel for the Plaintiff/Intervenor, by consent of counsel

for the parties and in accordance with the North Carolina

Rules of Civil Procedure before Rebekah Gervin Creel,

Nationally Certified Verbatim Reporter and Notary Public,

in the offices of Hunton & Williams, LLP, 101 South Tryon

Street, Suite 3500, Charlotte, North Carolina, on the 10th

day of February, 2017, beginning at 9:36 A.M.


                IT IS FURTHER STIPULATED AND AGREED by

and between counsel for the parties that the review and

signing of this transcript by the witness is hereby

reserved.

                    *  *  *  *  *  *  *  *  *

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 5 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 5

1    ZACHARY SCOTT HALL, having produced a government issued

2         identification, was duly sworn and testified as

3         follows:

4    EXAMINATION BY MS. BLAKE:

5    **Q.   Mr. Hall, my name is Myra Blake; we met a moment**

6    **     ago.  I'm an attorney with the Southern**

7    **     Environmental Law Center, and I represent the**

8    **     conservation groups in this matter.**

9    A.   Okay.

10   **Q.   And we'll start with some questions to make sure you**

11   **     understand the deposition process.**

12   A.   Sure.

13   **Q.   Have you been deposed before?**

14   A.   No.

15   **Q.   Have you had the process explained to you by an**

16   **     attorney?**

17   A.   Yes.

18   **Q.   You understand you're under oath today?**

19   A.   I do.

20   **Q.   And your testimony will have the same effect as if**

21   **     it was given in a courtroom, even though we're not**

22   **     in a courtroom today.**

23   A.   Yes.

24   **Q.   And you understand that you need to give verbal**

25   **     responses to my questions instead of nods or**

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                          2/10/2017

Page 6

```
 1          gestures because it's being recorded --
 2    A.    I understand.
 3    Q.    Okay.  And if you don't understand a question that I
 4          ask, please just let me know what you don't
 5          understand about it so that I can phrase it better.
 6    A.    Sure.
 7    Q.    Okay.  And is there any reason that you wouldn't be
 8          able to give full, complete, and accurate testimony
 9          today?
10    A.    No.
11    Q.    Okay.  Do you understand that this is a -- what's
12          known as a 30(b)(6) deposition, and you're giving
13          testimony on behalf of Duke Energy that will bind
14          the company?
15    A.    I do.
16    Q.    And I'm going to hand you a document that has been
17          introduced in a previous exhibit.  This is just
18          Exhibit 1 from the DeNeale Exhibit -- DeNeale
19          deposition exhibit.
20              (WHEREUPON, DeNeale Deposition Exhibit Number
21                  1 was presented for identification.)
22    A.    Okay.
23    Q.    And also Exhibit 2 from the DeNeale deposition.
24              (WHEREUPON, DeNeale Deposition Exhibit Number
25                  2 was presented for identification.)
```

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                          2/10/2017

Page 7

1    A.    Okay.

2    Q.    Okay.  And if you can take a look at DeNeale Exhibit

3          2, which is an e-mail chain.

4    A.    Uh-huh (affirmative response).

5    Q.    And on the first page of that e-mail chain, do you

6          see that Duke Energy's counsel is putting forward

7          witnesses, and that you're listed to testify on

8          Topic 15 for Duke Energy?

9    A.    I do.

10   Q.    Okay.  And if you could take a look at Topic 15 as

11         it is presented in Exhibit 1 from the DeNeale

12         deposition.

13   A.    All right.

14   Q.    Okay.  And I believe that's on page 4.

15   A.    Uh-huh (affirmative response).

16   Q.    Topic 15 is,"All factual information regarding

17         contamination of drinking water intakes downstream

18         of the plants including the effectiveness of any

19         efforts to reduce the contamination."  Are you

20         prepared to testify about that topic today?

21   A.    I am.

22   Q.    Okay.  What did you do to prepare for your

23         deposition today?

24   A.    Well, I talked to Melissa.  I talked to Emma.  And

25         then I went through kind of my files on the

1       particular topic to see what I had.

2  **Q.**  **Okay.  And did you review any documents in**

3      **particular?**

4  A.  I did.

5  **Q.**  **Can you describe those documents?**

6  A.  So I have an Excel spreadsheet with data points on

7      it that we have collected with regards to

8      specifically bromide concentrations.

9  **Q.**  **And is that Excel spreadsheet from a particular time**

10     **period?**

11  A.  It's updated as we collect new data, so it's

12     ongoing.

13  **Q.**  **And when did it first -- how far back does it go?**

14  A.  To the time that we signed the plea agreement, so

15     summer of 2015.

16  **Q.**  **And does the Excel spreadsheet have a name or --**

17  A.  You know, I called it my bromide update spreadsheet.

18     It doesn't have a particular name.

19  **Q.**  **Okay.  And does it cover multiple sites or areas?**

20  A.  It does.

21  **Q.**  **Which areas does it -- which sites does it cover?**

22  A.  Yeah.  It's -- so it's -- it covers the Catawba

23     River Basin, the Dan River Basin.  And then limited

24     data from the French Broad and the Broad Basins.

25  **Q.**  **Okay.  And did you review any other documents in**

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                          2/10/2017

Page 9

1              your files?

2    A.       I did.

3    Q.       Tell me about those documents.

4    A.       I reviewed discharge permits from Belews Creek Steam

5             Station.

6    Q.       Is that the NPDS permit?

7    A.       It is; NPDES permit.

8    Q.       DES.  Thank you.  And is that -- did you review the

9             current permit or previous versions of it?

10   A.       The current permit.

11   Q.       Any other documents?

12   A.       No.

13   Q.       And about how much time did you spend preparing for

14            your deposition?

15   A.       Probably a couple of days.

16   Q.       Okay.  And did you speak with anyone else besides

17            counsel about your deposition?

18   A.       I did.

19   Q.       Who was that?

20   A.       I spoke with Bill Kennedy.

21   Q.       And who's Bill Kennedy?

22   A.       Bill is an engineer in our strategic engineering

23            group at Duke Energy.

24   Q.       And what are his responsibilities?

25   A.       He has responsibility for water treatment, for water

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

                                                          Page 10

1         that is being discharged from Duke Energy coal

2         facilities.

3   Q.    **Okay. And is he the individual at Duke with primary**

4         **responsibility for that or are there others as well?**

5   A.    There are others, but he's the primary one.

6   Q.    **And what were your discussions with Mr. Kennedy?**

7              MS. ROMANZO: I'm going to instruct you not to

8                   reveal those. It was a meeting with

9                   counsel where Mr. Kennedy was present to

10                  help prepare.

11             MS. BLAKE: Okay.

12  Q.    **Did you meet with anyone else?**

13  A.    No.

14  Q.    **Did you speak with anyone else over the phone in**

15        **preparing for your deposition?**

16  A.    No.

17  Q.    **And what is your position at Duke Energy?**

18  A.    I am director of environmental science for Duke

19        Energy.

20  Q.    **And how long have you had that position?**

21  A.    As a department, we reorganized at the end of 2014.

22        I've had that position since January of 2015.

23  Q.    **And what are your duties as director of**

24        **environmental science?**

25  A.    Sure.

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 11 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 11

1                    MS. ROMANZO:  And just to clarify, since this

2                         isn't covered by a topic this would be

3                         his individual opinion about these

4                         questions.

5                    MS. BLAKE:  Right.  Of course.

6    A.    Okay.  So I have the water resources group.  So

7          aquatic ecosystem health, surface water quality,

8          those surface water chemistry.  Those type of

9          things.  I have the natural resources group,

10         terrestrial rare, threatened, and endangered

11         species.  Those type of issues.  And I have the

12         corporate or in-house analytical chemistry

13         laboratory.  So those three groups are in my

14         organization.

15   Q.    **Okay.  And what was your -- were you at Duke prior**

16         **to January of 2015?**

17   A.    I was.

18   Q.    **What was your position before that?**

19   A.    I managed the analytical chemistry laboratory.

20   Q.    **And when did that position start?**

21   A.    I was hired to do that, that was in the fall of

22         2012.

23   Q.    **Okay.  And would contamination of downstream**

24         **drinking water intakes, would that fall under the**

25         **purview of the surface water quality group or other**

State of North Carolina ex rel., et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                          2/10/2017

Page 12

1          **groups as well?**

2    A.    That's correct.

3    **Q.    It would be the --**

4    A.    It would be --

5    **Q.    -- surface water quality?**

6    A.    -- the water resources organization.

7    **Q.    Okay.  Thank you for that.**

8    A.    Uh-huh (affirmative response).

9    **Q.    So going back to your testimony on behalf of Duke**

10         **Energy now.  Switching gears.  Have discharges from**

11         **Duke Energy's coal ash basins caused or contributed**

12         **to any contamination of downstream drinking water**

13         **intakes?**

14              MS. ROMANZO:  Objection to form.  You can

15                   answer.

16   A.    Okay.  What do you mean by contamination?  Can you

17         kind of explain the question a little more, please?

18   **Q.    So contamination meaning any constituent of concern.**

19   A.    So with regards to bromides, we have shown an impact

20         at downstream drinking water intakes, but that's the

21         only constituent that I know that would have shown

22         any impact.

23   **Q.    Okay.  And are those bromide impacts caused or**

24         **contributed to by any of Duke Energy's ash basins?**

25              MS. ROMANZO:  Objection to form.

Page 13

1    A.    So not the ash basin itself, but plant operations do

2          contribute bromides to the rivers in which we

3          discharge into.

4    **Q.    Okay.  And is that true at the Belews site?**

5    A.    It is.

6    **Q.    And at the Allen site?**

7    A.    It is.

8    **Q.    And at the Cliffside site?**

9    A.    It is.

10   **Q.    And at the Marshall site?**

11   A.    It is.

12   **Q.    And at the Mayo site?**

13   A.    It is.

14   **Q.    And last one, at the Roxboro site?**

15   A.    It is.

16   **Q.    Okay.  And when you say ash basin -- or I believe**

17         **you said plant operations contribute to the presence**

18         **of bromide.  Can you describe how that works?**

19              MS. ROMANZO:  Objection to form.

20   A.    Sure.  So bromide is naturally present within the

21         coal that's combusted at the plant itself.  So the

22         bromides that are naturally present within the coal

23         go through the combustion process.  They are pulled

24         out of the flue gas by the FGD system, the flue gas

25         desulfurization system.  And then they are present,

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 14

1    bromides are present in the FGD blowdown, the

2    wastewater that comes from the FGD scrubber.  That

3    is then discharged into the ash basin.  Bromides are

4    very soluble so they're present within the water

5    within the ash basin, and then they are ultimately

6    discharged through our outfalls.

7  Q.  **Okay.  So they're discharged from the ash basin**

8      **through --**

9  A.  That's correct.

10 Q.  **-- the outfalls?**

11 A.  That's correct.  I'd like to point out too there's

12     no regulatory limit for bromides.  They are not, in

13     and of themselves, a dangerous compound that can

14     harm humans, at least not in the quantities that

15     we're talking about.  And they're not on, aside from

16     Belews Creek, they're not listed on any of our NPDES

17     permits.

18 Q.  **And when you say listed on the permits --**

19 A.  We're not required -- we're not required to monitor

20     bromides outside of Belews Creek of which there's a

21     monitor and report.  There's not a limit.

22 Q.  **Okay.  And does that monitoring at Belews Creek**

23      **occur at the outfall or in the river?**

24 A.  It occurs at the outfall.

25 Q.  **Okay.  So there's no in-stream monitoring of bromide**

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                          2/10/2017

Page 15

1        **at the Belews site?**

2   A.   Not at Belews Creek.

3   **Q.   Okay.  Is there any in-stream --**

4   A.   When you say -- let me get a clarification there.

5        What do you mean by "in-stream"?

6   **Q.   In the receiving surface water.**

7   A.   Okay.  So by in-stream, I thought you meant within

8        the plant itself.

9   **Q.   I see.**

10  A.   So there -- I do have data.  We have collected data.

11       Belews ultimately discharges to the Dan River and we

12       do have data within the Dan River.

13  **Q.   And where is that data collected in the Dan River?**

14  A.   There are -- I think, there are five points, Myra,

15       that we routinely collect bromide data.  One is

16       upstream of Belews Creek itself.  So we know

17       concentrations in the water that we intake because

18       there are other anthropogenic sources of bromide out

19       there.  Not being a regulated constituent, it's

20       tough to get your arms around who's discharging

21       bromide.  It's not on anybody's NPDES permit.

22       So in order to identify, you know, kind of those

23       other anthropogenic sources, you know, we look

24       upstream to see what's coming -- what's coming in.

25       We have a sampling point at the town of Madison,

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 16 of 111

1        which is immediately downstream of the Belews Creek

2        discharge.  I think river miles -- again, I'm

3        speculating here -- but it's between probably 10 and

4        15 river miles.  We have a monitoring point on a

5        tributary, I think it's called Smith Creek to the

6        Dan.  So we know other anthropogenic sources, what's

7        coming in from a loading factor through the

8        tributary.  We have a sampling point at the town of

9        Eden, and we have a sampling point after the town of

10       Eden; after their wastewater treatment plant

11       discharge.

12  Q.   **Okay.  And a few questions about each of those, if**

13       **we can --**

14  A.   Sure.

15  Q.   **-- starting with the upstream sampling location in**

16       **the Dan River.  Approximately, how far upstream is**

17       **that upstream location?**

18  A.   It's far enough -- it's about a mile and a half.

19       It's far enough to not be influenced by our plant

20       operations.

21  Q.   **Okay.  And then the sampling point in the Smith**

22       **Creek that you mentioned.**

23  A.   Uh-huh (affirmative response).

24  Q.   **Is that tributary downstream of the Belews discharge**

25       **point or upstream?**

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 17 of 111

Page 17

1   A.   It's downstream of the Belews discharge point.  It's
2        downstream of Madison, but upstream of Eden.
3   **Q.   Okay.  And is there any sampling that occurs**
4        **downstream of the Belews discharge point anywhere**
5        **closer than Madison?**
6   A.   No.
7   **Q.   Okay.  And how long has Duke been sampling at these**
8        **five locations?  Or you can take them one at a time,**
9        **if you need to.**
10  A.   Yeah.  No.  We started them as a group and I'm
11       trying to remember the exact time frame.  I just --
12       it's 2011-2012 time frame.  So I don't remember
13       exactly, Myra.
14  **Q.   Okay.  And you said that that monitoring of surface**
15       **waters, that's occurring at Belews only, or is it**
16       **also occurring at any other sites?**
17  A.   No, it's occurring at the other sites as well.
18  **Q.   I see.  Okay.  Could you walk me through starting**
19       **with the Allen site?**
20  A.   So it would probably be easier because Allen's on
21       the Catawba if I walked you through the Catawba.
22  **Q.   Okay.  That's fine.**
23  A.   Okay.  So we sample, again, upstream, so up by the
24       northern reaches of Lake Norman.
25  **Q.   Okay.**

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 18 of 111

Page 18

1    A.    And then coming down, we sample near the -- near the

2          Mooresville -- city of Mooresville drinking water

3          intake.  And we have from Mooresville to Cowans Ford

4          Dam, which is down at the McGuire plant, we have

5          approximately ten different routine monitoring

6          stations on Lake Norman that we routinely collect

7          samples for.

8    Q.    Okay.

9    A.    So, and that is to gauge impact from our Marshall

10         Steam Station.

11   Q.    Okay.

12   A.    Okay.  So you go through Cowans Ford Dam, then you

13         get to Mountain Island Lake.  We have approximately

14         five locations on Mountain Island Lake, one of which

15         is near the city of Charlotte's main drinking water

16         intake.  And we -- you know, we set these up to

17         characterize concentrations within the basin, but

18         also at the municipal driving water intakes.  Okay.

19              So then getting into -- on down the Catawba

20         River, so past the Mountain Island Dam, we have, in

21         Lake Wylie -- we have approximately five locations

22         in Wylie itself that captures potential impacts from

23         Allen Steam Station.  And then we also have one

24         sampling point in the south fork of the Catawba

25         upstream in the south fork, so.

Page 19

1    Q.    So upstream of the Allen site?

2    A.    Upstream of the Allen site, yeah.  If you're

3          familiar with the geography, kind of the way it

4          looks, so --

5    Q.    Okay.  And so that covers --

6    A.    That covers the Catawba.

7    Q.    The Catawba, so the Allen, and the Marshall site,

8          and Riverbend too?

9    A.    Yeah.

10   Q.    And then what about in the French Broad?

11   A.    So a kind of paucity of data there.  We have one

12         sampling event, and that was downstream.  That was

13         -- let's see -- probably four locations downstream

14         of our Asheville site.

15   Q.    Okay.  And any upstream sampling --

16   A.    We did collect an upstream there as well, yeah.

17   Q.    And it was just one sampling event, though?

18   A.    Just one.

19   Q.    And how about sampling around the Cliffside site?

20   A.    We have approximately -- I'd say four or five events

21         of five locations upstream.  One upstream and five

22         locations downstream of Cliffside.

23   Q.    Okay.  And how far downstream do those extend?

24         What's kind of the range?

25   A.    So we sampled -- we stopped sampling points with the

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 20 of 111

1        -- and where we stopped with the claims process

2        notification.  So for -- I mean, we can go over each

3        one of them -- but from -- and on the Catawba, we go

4        down to the Wateree Reservoir, which is the

5        Lugoff-Elgin -- near the Lugoff-Elgin area.  On the

6        Dan, we go to the Kerr Reservoir.  On the French

7        Broad, we go through kind of a -- the North

8        Carolina-Tennessee line, it flows to kind of the

9        northwest.  And on the Broad, we go to -- we went to

10       approximately Columbia.

11   Q.   Okay.  And you mentioned a term I'm not familiar

12       with, the "claims process notification."  What is

13       that?

14   A.   Yeah.  So as part of our plea agreement that was

15       signed in 2015 with the Department of Justice, there

16       was a stipulation in that that we establish a

17       process by which municipalities that are downstream

18       of our scrubbed operations can file a claim for

19       damages, and that claim will be evaluated by the

20       court-appointed monitor.

21   Q.   Okay.

22   A.   So those notifications went out in April of 2016.

23   Q.   So the notifications to the municipalities?

24   A.   To the municipalities notifying them of the claims

25       process, yes.

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 21

1   Q.   **And have any claims come in from municipalities**

2        **since that time?**

3   A.   No.

4   Q.   **And you said the notification went out in --**

5   A.   April of -- April of last year.

6   Q.   **Okay.  And then did we cover -- could you describe**

7        **the sampling locations near the Roxboro and Mayo**

8        **sites?**

9   A.   Sure.  So those sites ultimately discharge to the

10       Dan.  So we collected a few samples.  Not on our

11       routine monitoring plan that I described earlier.

12       But we collected a few samples downstream near the

13       headwaters of the Kerr Reservoir where, after the

14       discharges from those two plants flow into the Dan

15       so that's where we collected those particular

16       samples.

17  Q.   **Okay.**

18  A.   Yeah.

19  Q.   **And approximately what time frame was that?**

20  A.   This all started after the signing of the plea

21       agreement.  So the routine stuff has being on since

22       2011, 2012.  But the stuff that I kind of just

23       described with some of the other specialized sample

24       locations started after the signing of the plea

25       agreement so that was May of 2015.

Page 22

1    Q.    Okay.  And when you say the "routine sampling," does
2          that include the sampling on the Dan River near the
3          Belews site?
4    A.    It does.  Yeah, those are routine sampling points.
5    Q.    Were any of the other sampling points routine?
6    A.    There was one or two on the Broad.  And
7          approximately 12 of the sampling points on the
8          Catawba were kind of part of our routine sampling
9          requirements.
10   Q.    And how often are the routine samples collected?
11   A.    Generally, quarterly.
12   Q.    Okay.
13   A.    But they can vary depending on need.
14   Q.    Okay.
15   A.    So, but, generally quarterly.
16   Q.    And are the samples taken at the -- for the routine
17         samples -- at the same location every time, like --
18   A.    So those locations are included.  I mean, the
19         purpose of those samples is different than the
20         purpose of characterizing bromide concentrations.
21         So they're included, because on that river, we're on
22         that reservoir so we include those at the same time
23         that we collect these others as well.
24   Q.    Sorry.  I think I got a little lost there.  I was
25         just asking for the routine samples.  Are they

Page 23

1        collected at the same spot on the river, the same
2        GPS location?
3    A.  The exact same spot every time we go, yes.
4    Q.  And what was your point about the inclusion of
5        those?
6    A.  So, they are collected for a different purpose, so
7        our routine samples are collected for a different
8        purpose.  But we fold that into the purpose of
9        trying to characterize bromide concentrations,
10       right?  So you're not going to make separate trips,
11       so.
12   Q.  Okay.  And so for the routine samples you're also
13       sampling for other constituents; is that right?
14   A.  That's correct.
15   Q.  And how are those other constituents determined or
16       is it something in the permit or --
17           MS. ROMANZO:  Objection to form.
18   A.  So, generally, they are, again, to support other
19       regulatory purposes, whether it's a 316(a), a
20       thermal discharge variance, something like that.  So
21       they are in study plans that have been submitted to
22       DEQ and the parameters are laid out in there.  But
23       they're in support of other regulatory obligations.
24   Q.  Okay.  And so would you look to those study plans to
25       see the specific locations where the testing occurs?

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 24 of 111

Page 24

1   A.      They would be in there, yes.

2   Q.      **And are the results of the routine testing submitted**

3           **to DEQ?**

4   A.      On an annual basis.

5   Q.      **Okay.  And that includes the results for bromide in**

6           **particular?**

7   A.      The bromides aren't required as part of those other

8           regulatory obligations, so they would not be

9           included.

10  Q.      **So they would be included in the sampling, but not**

11          **in the submission to --**

12  A.      That's correct.

13  Q.      **-- DEQ?**

14  A.      That's correct.

15  Q.      **Okay.  And how about for the nonroutine sampling**

16          **events that you discussed, would those have been --**

17  A.      There's no regulatory obligation.  Remember there's

18          no -- there's no standard for bromide.  So outside

19          of the Belews Creek discharge, which has been

20          submitted on the DMRs as a monitoring report.

21  Q.      **Okay.  So at Belews, the samples that are taken at**

22          **the pipe are submitted to DEQ?**

23  A.      They are submitted.

24  Q.      **Okay.**

25  A.      The samples that we have collected in the Dan are

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 25

```
 1            not.
 2     Q.     Okay.
 3     A.     Those data are not submitted.
 4     Q.     Okay.  Thank you for that.  I might have a few more
 5            questions --
 6     A.     Sure.
 7     Q.     -- if I think of them later, but I think I
 8            understand the general picture.
 9     A.     Sure.
10     Q.     Hang on just a moment.  Okay.  I believe you
11            mentioned some of the drinking water intakes that
12            are downstream of the Belews site.  Could you just
13            kind of list out those for me to make sure I have
14            them all?
15     A.     Yeah.  Let me see if I can remember them all.  So
16            there's Madison.
17     Q.     Okay.
18     A.     There's the town of Mayodan; M-a-y-o-d-a-n.
19     Q.     Okay.
20     A.     There's the town of Eden.  There is Danville,
21            Virginia.
22     Q.     Okay.
23     A.     There is South Boston, Virginia, and then the Dan
24            kind of turns back to the south, comes back into
25            North Carolina, and there is a multimunicipality
```

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 26 of 111

Page 26

1          intake called the Kerr Lake regional water intake,

2          you know, something along those lines.  But those

3          are the ones downstream of Belews that were notified

4          as part of the claims process.

5     Q.   I see.  Okay.  And have there been any bromide

6          concerns at the Mayodan water intake?

7               MS. ROMANZO:  Objection to form.

8     A.   Not that -- not at the Mayodan, that I'm aware of.

9     Q.   Any at the Danville water intake?

10    A.   Yes.

11    Q.   Okay.  Any at the South Boston?

12    A.   Not that I'm aware of.

13    Q.   And how about the Kerr Lake regional water intake?

14    A.   Not that I'm aware of.

15    Q.   Okay.  And are there any -- or what are the drinking

16         water intakes that are downstream of the Allen site?

17    A.   You know, I'm not going to remember each one of

18         them.  They're spelled out in the claims process in

19         the -- it's available on a publicly available

20         website, but it's Rock Hill, and then once you go

21         through Wylie Dam there's Camden and there's a

22         Lugoff-Elgin.

23    Q.   Okay.

24    A.   And I may be missing one, but that's the three that

25         I know of that are downstream of Allen.

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 27 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 27

1    Q.    And any downstream of Cliffside?

2    A.    Yes.

3    Q.    Okay.

4    A.    Shelby.  Gaffney.  At the very end it's Columbia,

5          and then there's one more in between Gaffney and

6          Columbia, and I'm sorry, Myra, I can't remember

7          exactly which one that is right now either.

8    Q.    Okay.  That's fine.  And you said that these are

9          also listed in a document?

10   A.    They are, yeah.  They're in -- so on Duke Energy's

11         website, there is a bromide section.  As part of the

12         plea agreement and the claims process was we had to

13         make that publicly available.  So that's available

14         via our website.

15   Q.    Okay.  And that document lists all the downstream --

16   A.    Yes.

17   Q.    -- drinking water intakes?

18   A.    Yes.

19   Q.    Okay.  All right.  I apologize that I don't have

20         that document here today.

21   A.    That's okay.

22   Q.    Could you list the Marshall downstream drinking

23         water intakes?

24   A.    Yeah.  So there was Mooresville.

25   Q.    Okay.

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 28

1   A.      Let me just kind of go down here.  There was

2           Charlotte's Intake Number 1, so Rock Hill and

3           Charlotte have two intakes.

4   **Q.      Okay.**

5   A.      So  Charlotte Intake Number 1.  Then you go through

6           Cowans Ford Dam, and now you're now on Mountain

7           Island, Charlotte Number 2 intake, which is their

8           main drinking water intake.

9   **Q.      Okay.**

10  A.      You have the city of Gastonia, you have the city of

11          Belmont, you have the city of Mount Holly.  I think

12          that's all.

13  **Q.      Okay.  And then for the Mayo site?**

14  A.      I'm missing -- I'm sitting here thinking I'm missing

15          one on the Catawba between -- but I just -- I'm

16          sorry.  I just don't remember right now what it is.

17  **Q.      Okay.**

18  A.      So with Mayo and Roxboro discharging into the Dan,

19          it's the same municipalities that were for Belews

20          Creek.

21  **Q.      Okay.**

22  A.      There's no municipalities between where they

23          discharge and their entrance into the Dan River;

24          there's no intake.  So it would be the same for

25          Belews Creek.

Case 1:17-cv-01097-LCB-JLW  Document 1-14  Filed 12/05/17  Page 29 of 111

Page  29

1    Q.    Okay.  Got it.  And is there also a drinking water
2          intake on Mayo Lake that served employees of the
3          Mayo power plant in the past?
4    A.    There was, and I don't know if it's still active or
5          not.
6    Q.    Okay.  Does it sound right to you that it was
7          stopped being used in approximately the 2007 time
8          frame?
9    A.    I'd be speculating.  I'm sorry.
10   Q.    Okay.  Is that one of the water intakes that you
11         evaluated as part of the claims process?
12   A.    Can we take a second?
13             MS. ROMANZO:  Do you have a question about
14                 privilege?  Otherwise, you need to
15                 answer her question.
16   A.    No, I don't have a question about privilege.  No.
17         It was -- that particular intake was not evaluated
18         in terms of this whole claims process.
19   Q.    Do you know why not?
20   A.    The agreement -- or the plea agreement specifically
21         stipulated municipal drinking water intakes.
22   Q.    I see.  Okay.  So the water intake on Mayo Lake
23         wasn't a municipal intake.  Was it a public intake,
24         water intake?
25   A.    I don't know.

Page 30

1    Q.    Okay.  Do you know if that water intake on Mayo Lake

2          has or has had any issues related to bromide?

3                MS. ROMANZO:  Objection to form.

4    A.    I don't know.

5    Q.    Okay.  And is there a drinking water intake in Hyco

6          Lake for the Roxboro site?

7    A.    Not that I'm aware of.

8    Q.    I guess for the Roxboro site, in general, is there

9          any drinking water intake, even if it's not directly

10         on Hyco Lake, that pulls from surface waters for the

11         plant?

12   A.    Not that I'm aware of.

13   Q.    Okay.  And I guess for the drinking water intake

14         that either exists or did exist on Mayo Lake, are

15         you aware of any contamination besides bromide in

16         that water intake?

17   A.    No.

18   Q.    Okay.  And so I believe you testified earlier -- and

19         you can always let me know if I get anything wrong

20         about your earlier testimony --

21   A.    Sure.

22   Q.    -- but the bromide is discharged from the ash basin

23         to surface waters at the sites that we talked about.

24         Does bromide also discharge from seeps from the ash

25         basin into surface waters?

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                        2/10/2017

Page 31

1          MS. ROMANZO:  Objection to form.  And to the

2                extent you're asking him to testify

3                about a topic that was covered by

4                Shannon Langley's deposition yesterday.

5  **Q.**    **Okay.  I guess I'm just asking regarding Topic 15,**

6       **all factual information regarding contamination of**

7       **drinking water intakes.  I'm just asking about the**

8       **source of or the origins of contamination, so.**

9  A.    Can you restate the question?  I'm sorry.

10  **Q.**    **Yes, absolutely.  So do discharges of bromide come**

11      **from seeps from the ash basin in addition to**

12      **discharges from the pipe at the ash basins?**

13          MS. ROMANZO:  Objection to form.

14  A.    So as far as I'm aware, we have not tested the seeps

15      for bromides.  So I wouldn't know.

16  **Q.**    **Is there any reason that bromide would not be**

17      **present in the seeps, that you know of?**

18         MS. ROMANZO:  Objection to form.

19  A.    It would be highly unlikely.  And the reason why, is

20      bromides are extremely soluble.  So they're a very,

21      very soluble compound.  So they -- in order to be

22      present within the seeps, they would have to be

23      present within the ash.  And the solubility dictates

24      that they would be present within the basin waters

25      themselves and not the ash.

Page 32

1   Q.   Are you familiar with the layout of the Belews Creek
2        site and the discharge --
3   A.   Vaguely.
4   Q.   Okay.  Well, I'll try to go through it without a
5        map.  I don't necessarily have one handy at this
6        moment.  But let me know if it would be -- if it's
7        necessary to --
8   A.   Sure.
9   Q.   -- see a map.  But are you aware that the pipe
10       leading out of the ash basin at Belews Creek comes
11       out on the -- sort of the northwest side of the ash
12       basin and then discharges into the tributary of the
13       Dan River?
14            MS. ROMANZO:  Objection to form.
15  A.   Uh-huh (affirmative response).
16  Q.   I'm sorry.  Was that a "Yes"?
17  A.   That was a "Yes."
18  Q.   Okay.  And so the pipe intersects that tributary,
19       you know, approximately halfway down or so; is that
20       your understanding?
21            MS. ROMANZO:  Objection to form.
22  Q.   Or discharges under that tributary approximately
23       halfway down the tributary?
24            MS. ROMANZO:  Same objection.
25  A.   It could be, yeah; yes.

Page  33

1    Q.    **Okay.  And there's at least some space where seepage**

2          **and flow of the tributary occurs that's upstream of**

3          **the pipe but downstream of the ash basin; is that**

4          **right?**

5                MS. ROMANZO:  Objection to form.

6    A.    I'm sorry.  I don't know the location of the seeps.

7    Q.    **Oh, okay.**

8    A.    If that's what you're asking.

9    Q.    **I guess, without getting into the location of the**

10         **seeps, there is water that emerges from the ash**

11         **basin upstream of the pipe but coming from the ash**

12         **basin; is that right?**

13               MS. ROMANZO:  Objection to form.  And this was

14                     covered yesterday by Shannon Langley's

15                     deposition in great detail.

16               MS. BLAKE:  And I just am getting into this

17                     because Mr. Hall testified that it was

18                     unlikely that there was bromide in the

19                     seepage, and I want to ask him about

20                     some facts that appears to be contrary

21                     to that.  So I'm just laying the context

22                     for that.

23               MS. ROMANZO:  Sure.  Well, to the extent

24                     you're asking about the locations of

25                     seep or surface water, that was covered

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                              2/10/2017

Page 34

1                        by Shannon Langley's deposition.  So if

2                        he knows, he can tell you in his

3                        personal capacity.

4            MS. BLAKE:  Okay.

5    **Q.    So are you able to answer?**

6    A.    What's the question?

7    **Q.    So the question is, are you aware that there is some**

8          **water that emerges from the ash basin that is**

9          **upstream of the pipe that comes out of the ash**

10         **basin?**

11   A.    No, I was not aware.

12   **Q.    Okay.  And are you aware that tests in that water**

13         **have shown, in that particular space of water**

14         **downstream of the ash basin but upstream of the**

15         **pipe, have shown elevated levels of bromide?**

16   A.    No.

17            MS. ROMANZO:  Objection to form.

18   **Q.    Okay.  That's not something you have evaluated?**

19   A.    As I stated earlier, we have not looked at bromide

20         concentrations from seeps, so we have not evaluated

21         that.

22   **Q.    Okay.  Or seeps or this particular surface water**

23         **that's upstream of the pipe?**

24            MS. ROMANZO:  Objection to form.  Also, to the

25                        extent you're using the word "pipe."  I

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 35

1              think Mr. Langley testified that there

2              wasn't a pipe, but we would have to look

3              at his testimony about that, so I just

4              wanted to clarify that.

5    Q.   **Okay.  So, I mean, I think we may disagree about**

6         **that but from the -- at least from the point where**

7         **the discharge from the pipe or other structure from**

8         **the ash basin discharges into this tributary of the**

9         **Dan River.  And the question was have you evaluated**

10        **the presence of bromides upstream of that location?**

11   A.   No.

12   Q.   **Okay.  Does Duke Energy have any plans to test the**

13        **seeps for bromide?**

14   A.   No.

15            MS. ROMANZO:  Objection to form.

16   Q.   **So when bromide enters a drinking water intake, does**

17        **it cause or lead to the formation of**

18        **trihalomethanes?**

19            MR. ROMANZO:  Objection to form.

20   A.   It can.  There are other constituents or causal

21        factors, other halogens.  I mean, that's what

22        trihalomethanes are, right?  They're a byproduct of

23        overchlorination.  So you don't just have the

24        trihalomethane form just solely from bromide.  It's

25        -- you have to have -- a big factor is total organic

Page 36

1      carbon, and then you have to have time.  So there's
2      a lot of factors that go into trihalomethane
3      formation.
4  Q.  Okay.  But, generally, is bromide -- if bromide is
5      present and mixes with chlorine, does that lead to
6      trihalomethane formation?
7           MS. ROMANZO:  Objection to form.
8  A.  No, not without the other factors.  You have to have
9      the -- the carbon has to come from somewhere, you
10     have to have the TOC.
11 Q.  Okay.
12 A.  You have to have time and there's a kinetic or
13     temperature kind of factor in here too.  So the
14     warmer the water, the quicker the reaction occurs.
15     So all of that factors in -- in together.
16 Q.  Okay.  Are there any other factors that affect the
17     formation?
18 A.  That's the reaction, halogens, total
19     trihalomethanes.  You have the halogens and you have
20     the carbon, so those -- and then the external
21     factors affecting the reaction, temperature, and
22     time.
23 Q.  And is bromide a type of halogen?
24 A.  It is.
25 Q.  Okay.  And has Duke Energy's discharges of bromide

Page 37

1      contributed to the formation of trihalomethanes in

2      downstream drinking water intakes?

3              MS. ROMANZO:  Objection to form.

4   A.  Along with other factors, we have seen -- we have

5      seen an increase in the brominated species of THMs

6      in municipal drinking waters.  There's -- with

7      increased concentrations of bromides from our

8      discharges.

9   Q.  Okay.  And does trihalomethane cause any health

10     problems?

11             MS. ROMANZO:  Objection to form.

12  A.  I'm not a toxicologist.  I can tell you it's a

13     regulated constituent.

14  Q.  Okay.  Is it a carcinogen?

15             MS. ROMANZO:  Objection to form.

16  A.  I think so.  Again, I'm not a hundred percent sure.

17     I know there's a regulatory limit on it.

18  Q.  Okay.  And going back through the particular

19     drinking water intakes, have bromide discharges from

20     ash basins contributed to trihalomethane formation

21     at the town of Madison?

22             MS. ROMANZO:  Objection to form.

23  A.  So I'm going to answer that by saying, yes, Madison,

24     in the past, has had exceedances.  The sole cause is

25     certainly not bromides from the Belews Creek Steam

Case 1:17-cv-01097-LCB-JLW  Document 1-14  Filed 12/05/17  Page 38 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                        2/10/2017

Page  38

1         Station.

2    Q.    Okay.  Has bromide from the Belews Creek Steam

3          Station contributed in any way to any exceedances?

4    A.    Yes.

5    Q.    Okay.  And you said in the past.  Approximately,

6          what time frame?

7    A.    The last exceedance for the town of Madison that I

8          know of was in 2012.  If they have had some since

9          then, Myra, I'm not -- I'm not aware.  So we -- we

10         worked cooperatively with the Town of Madison to

11         install aerators in their elevated storage tanks,

12         sparge system, to drive off trihalomethanes.

13         Remember, I told you water age is a big component of

14         this particular reaction.  So since we have worked

15         with them and done that, their trihalomethane

16         concentrations in their system have come down

17         dramatically.

18   Q.    And I believe you also mentioned the city of Eden;

19         is that right?

20   A.    That's correct.

21   Q.    Has bromide discharges from Duke Energy's ash basin

22         at Belews contributed to trihalomethane exceedances

23         at Eden?

24             MS. ROMANZO:  Objection to form.

25   A.    Yes.

Page 39

1   **Q.**   **Okay.  And how many drinking water tanks, if I'm**

2       **using the right word, are affected at Eden?**

3   A.   That was in Madison that we installed the sparge

4       system.

5   **Q.**   **Okay.**

6   A.   Not Eden.

7   **Q.**   **Yes.**

8   A.   And there were two, that I know of.

9   **Q.**   **Two --**

10   A.   Two elevated tanks.

11   **Q.**   **-- at Madison?**

12   A.   Uh-huh (affirmative response), at Madison.

13   **Q.**   **Okay.  And I guess I was just asking at Eden more**

14       **generally, are there different water tanks at Eden**

15       **or is it a single?**

16   A.   I don't know the exact setup of Eden's distribution

17       system.

18   **Q.**   **Okay.  And do you know approximately what time frame**

19       **exceedances have occurred at the Eden site?**

20   A.   It was approximately the same as Madison, say, 2010-

21       to-2012 time frame.

22   **Q.**   **And how many people does the --**

23   A.   I don't know.

24   **Q.**   **Sorry.  Let me get the question out first.**

25   A.   Yeah.

Page 40

1   Q.   How many people does the city of Eden serve?

2   A.   I don't know.

3   Q.   And do you know for the town of Madison?

4   A.   I don't know.

5   Q.   And I believe that you said there were also some

6        elevated levels at the Danville intake; is that

7        right?

8   A.   Yes.

9   Q.   Okay.  And does Duke Energy's coal ash or discharges

10       of bromide from Duke Energy's coal ash at Belews

11       contribute to levels of trihalomethane in Danville?

12            MS. ROMANZO:  Objection to form.

13  A.   So I'm going to answer that and say potentially.

14  Q.   Okay.

15  A.   And I'm going to explain why.  It's quite a bit

16       further downstream and there are other anthropogenic

17       sources of bromide between our discharge and their

18       drinking water intake.

19  Q.   Okay.  Have there been any exceedances of

20       trihalomethane standards at the Danville intake?

21  A.   Just speculating, I think there have been.  I don't

22       know the exact dates of them but, again, it's

23       available in the public record.  But I think there

24       probably have been.

25  Q.   Okay.  Just a general question about all of these.

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                           2/10/2017

Page 41

1       **Has Duke Energy kept any records of bromide and**
2       **trihalomethane levels -- sorry -- taking one at a**
3       **time -- of trihalomethane levels at various water**
4       **supply intakes downstream?**
5   A.  No.
6           MS. ROMANZO:  Objection to form.
7   Q.  **Okay.  But Duke Energy has kept records of bromide**
8       **levels of the intake locations that you have**
9       **discussed earlier?**
10  A.  As I outlined earlier, yes.
11  Q.  **Okay.  And you said that there had not been**
12      **exceedances that you were aware of of**
13      **trihalomethanes at Mayodan; is that right?  Do you**
14      **know what levels of trihalomethanes have been**
15      **detected there?**
16  A.  Not specifically, but I don't think it's -- 80 is
17      the limit.
18  Q.  **Okay.**
19  A.  Eighty parts per billion.  But one thing about
20      Mayodan, in particular, their intake is on the Mayo
21      River, which is a tributary to the Dan.  Now, they
22      do -- and I don't know the details of the
23      arrangement -- but they do share or buy water from
24      Madison in some sort of purchase agreement.  But I'm
25      not aware of the details of that.  But they have a

Page 42

1           permitted intake on the Mayo River.

2   Q.      Okay.  So they buy some water from Madison --

3   A.      From Madison, that's correct.

4   Q.      -- and have their own intake as well?

5   A.      Yeah, that's my understanding.

6   Q.      Okay.  Do you know how many people the Danville

7           intake serves?

8   A.      I do not.

9   Q.      Okay.  And shifting gears back to other parts of the

10          state, at the Rock Hill drinking water intake have

11          there been exceedances of trihalomethanes?

12  A.      Yes.

13  Q.      Do you know approximately what time frame?

14  A.      Twenty/twelve, 2011.

15  Q.      Okay.

16  A.      And let me explain what I mean by exceedances.

17  Q.      Yes.

18  A.      So let's define that.  The way a water system

19          measures trihalomethanes is at certain points within

20          their distribution system they keep a running

21          average, annual average, of those points.  And

22          that's what triggers an exceedance.  So if a certain

23          point averages about 80 parts per billion for the

24          year, then that would be an exceedance.  One

25          sampling point in one quarter does not constitute an

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 43 of 111

State of North Carolina ex rel., et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 43

1        exceedance, necessarily.

2   Q.   Okay.  And so, you know, given that definition of

3        exceedance, that's what you're using when you're

4        referring to exceedances --

5   A.   Yes.

6   Q.   -- in these responses?

7   A.   Yeah.

8   Q.   Okay.  Have there been an exceedances since 2012 at

9        Rock Hill?

10  A.   Not that I'm aware.

11  Q.   Okay.  And does Camden, the other drinking water

12       intake --

13  A.   Yes.

14  Q.   Okay.  And have there been an exceedances of

15       trihalomethanes there?

16  A.   Not that I'm aware of.

17  Q.   Okay.  Sorry.  You may have said this earlier, but

18       approximately how far downstream is Rock Hill from

19       the Allen site?

20  A.   So the Rock Hill, they have two intakes.  And both

21       are located fairly close to the Wylie dam.

22  Q.   Okay.

23  A.   So from the Allen site itself down to the Wylie dam,

24       it's a few miles.

25  Q.   Okay.

Page 44

1   A.    So roughly.

2   Q.    **And I might mispronounce this, was it the Lugoff?**

3   A.    Lugoff-Elgin.

4   Q.    **Okay.  At the Lugoff-Elgin water intake, have there**

5         **been any exceedances of trihalomethane?**

6   A.    Not that I'm aware.

7   Q.    **Okay.  I guess at -- going back to Camden, have**

8         **there been any increases in trihalomethanes that**

9         **you're aware of at that site?**

10  A.    Not that I'm aware.

11  Q.    **And how about at Lugoff-Elgin?**

12  A.    Not that I'm aware.  But, again, we don't

13        necessarily track trihalomethane levels at these

14        municipalities unless we're approached by them, you

15        know, with a question or issues, so.

16  Q.    **Okay.  And at the, I believe, downstream of the**

17        **Cliffside site, you said that Shelby was the first**

18        **one?**

19  A.    Uh-huh (affirmative response).

20  Q.    **The first drinking water intake?**

21  A.    Uh-huh (affirmative response).

22  Q.    **Have there been any exceedances of trihalomethanes**

23        **there?**

24  A.    Yes.

25  Q.    **Okay.  And approximately what time frame?**

Page 45

1   A.   That same time frame; 2011, 2012.

2   **Q.   Okay.  And approximately how far is Shelby from the**

3   **Cliffside site?**

4   A.   Roughly 20 miles.

5   **Q.   And are you aware of any exceedances since 2012 at**

6   **Shelby?**

7   A.   No.

8   **Q.   Okay.  And how about the Gaffney water intake, have**

9   **there been any trihalomethane exceedances?**

10  A.   Not that I'm aware.

11  **Q.   Okay.  And the Columbia drinking water intake, any**

12  **trihalomethane exceedances?**

13  A.   Not that I'm aware.

14  **Q.   Okay.  And downstream of the Marshall site,**

15  **Mooresville, have there been any trihalomethane**

16  **exceedances there?**

17  A.   Not that I'm aware.

18  **Q.   And how about at the Charlotte intake one?**

19  A.   No, no exceedances.

20  **Q.   Have there been any increases in trihalomethanes**

21  **there?**

22           MS. ROMANZO:  Objection to form.

23  A.   At one particular point within their distribution

24  system.

25  **Q.   Do you know where that point is?**

Page 46

1    A.    I don't know exactly.  I know, roughly, it's in the

2          Matthews area.

3    Q.    **Okay.**

4    A.    And I know that it was a water age issue.  It's

5          water that was at the end of the point.

6    Q.    **I see.  And do you know approximately what time**

7          **frame that was?**

8    A.    Twenty/fourteen.

9    Q.    **Okay.  And --**

10   A.    Maybe 2015 -- 2014, 2015, third quarter.

11   Q.    **Okay.**

12   A.    It was one of those years.  It was the year that we

13         had a pretty -- pretty good drought and there was

14         some extended long periods of hot weather.

15   Q.    **I see.  Okay.  And I think you said earlier hot**

16         **weather -- temperature and hot weather can**

17         **increase --**

18   A.    Big factor.

19   Q.    **Okay.  And how did you become aware of the**

20         **increasing trihalomethanes at the Charlotte 1**

21         **intake?**

22   A.    Publicly available data, publicly available website.

23   Q.    **Okay.  So that was something that Duke Energy**

24         **investigated?**

25               MS. ROMANZO:  Objection to form.

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 47 of 111

Page 47

1    A.    That's correct.

2    **Q.    Okay.**

3    A.    And we initially became aware -- we had -- there's a

4          Catawba water users group, of which Duke Energy is a

5          part of, where we meet with various entities that

6          use water along the Catawba and they expressed some

7          concern.

8    **Q.    Okay.  What time frame was that, approximately?**

9    A.    That would have been that 2014-2015 time frame.

10   **Q.    Okay.  And what were the concerns that were**

11         **expressed in that meeting?**

12   A.    The specific concerns were elevated bromide

13         concentrations in their intake waters.

14   **Q.    Okay.  And have discharges from Duke Energy's ash**

15         **basin at Marshall contributed to the increases in**

16         **trihalomethanes at the Charlotte intake?**

17   A.    They have.

18   **Q.    Okay.**

19   A.    So we were refining coal at Marshall and at Allen.

20         And what that means is there is a -- you can add

21         coal -- add brominated -- calcium bromide solution

22         prior to combustion.  And bromide being very

23         reactive during the combustion process, it helps to

24         sequester mercury.  So we were doing it to meet MATS

25         compliance obligations.  During that time frame that

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 48

1    we were refining coal, bromide concentrations

2    increased substantially.  And when I say

3    "substantially," I mean about an 80 percent

4    increase --

5  Q.   Okay.

6  A.   -- in our ash basin.  And consequently there was an

7       increase in Catawba River bromide concentrations

8       that was manifesting itself through increased

9       trihalomethane formation at the Catawba drinking

10      water plants.  So we ceased refining coal once the

11      plea agreement was signed May of 2015, and

12      subsequent bromide concentrations have --

13      subsequently, bromide concentrations have reduced

14      about 80 percent in our ash basin and roughly 75

15      percent in the Catawba River itself.

16  Q.   **Okay.  And in the Charlotte Intake 2, have there**

17       **been any exceedances of trihalomethanes, or is that**

18       **all part of -- sorry -- go ahead.  I may be**

19       **misunderstanding how their intakes are laid out.**

20  A.   Again, the trihalomethane wouldn't be at their

21       intake.  It's in their system.

22  Q.   **I see.**

23  A.   So bromides -- that there was an increase in bromide

24       concentrations within the river.

25  Q.   **Okay.  And were there any exceedances of**

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 49 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page  49

1          trihalomethanes within the system?

2    A.    The same point, the Matthews location.  So --

3    Q.    Okay.

4    A.    -- it all goes to the same drinking water plant.

5    Q.    Okay.

6    A.    Regardless of intake.

7    Q.    Okay.  And then at the Gastonia water intake, in

8          that system, have there been any increases in

9          trihalomethanes?

10   A.    Not that I'm aware of.

11   Q.    Okay.  And have there been any exceedances within

12         the Belmont system of trihalomethanes?

13   A.    Not that I'm aware of.

14   Q.    How about in Mount Holly?

15   A.    Not that I'm aware of.

16   Q.    Okay.  And are the Mayo and Roxboro sites upstream

17         of the Danville drinking water intake?

18   A.    I'm trying to picture the map where they directly

19         flow in.  I'd have to reference a map, so I would be

20         speculating.  But I think the answer is yes, they're

21         upstream of the Danville water intake.

22   Q.    Okay.

23   A.    But I would need -- I would need to look at a map,

24         Myra, to answer definitively.

25   Q.    Okay.  I apologize I don't have a map at the moment.

Page 50

1        But if just assuming for a moment that you're

2        correct, that they are upstream of the Danville

3        drinking water intake, would bromide discharges from

4        Mayo and Roxboro also be contributing to the

5        trihalomethane formation in that water intake?

6                MS. ROMANZO:  Objection to form.

7    A.    Potentially.

8    Q.    Is there any reason you know of that they would not

9        be contributing to any trihalomethane increases?

10   A.    Again, trihalomethane is not just a function of

11       halogen content.  It's the way a system is operated.

12       Every municipality operates their system either more

13       efficiently, less efficiently, some better, some

14       worse.  So depending on how the system is operated,

15       the way the system is engineered, sometimes halogen

16       aren't as large a factor in their trihalomethane

17       formation as it is at others.  Specific types of

18       disinfection systems aren't as susceptible to

19       halogens.  So, you know, when you ask did we

20       contribute to, I don't have the knowledge of the

21       particular drinking water system and the way it's

22       engineered to be able to answer that question so

23       that's why I say potentially.

24   Q.    Okay.  So for the Mayo and Roxboro site, there's the

25       potential that they have contributed?

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 51 of 111

Page 51

1    A.    Potentially.

2    **Q.    Okay.  When did Duke Energy first become aware that**

3    **their -- this trihalomethane contamination in**

4    **downstream drinking water intakes?**

5           MS. ROMANZO:  Objection to form.

6    A.    So it would have been late 2011, early 2012 time

7    frame because the agreement that we have with the

8    City of Madison to install the sparge systems that I

9    mentioned earlier, was signed January of 2012.  So

10    sometime prior to that is when we became aware of

11    the issue.

12    **Q.    Okay.  And how did Duke Energy first become aware of**

13    **the trihalomethane issue?**

14    A.    I am -- I am not aware of how we first became aware.

15    You know, in preparation for this, I thought this

16    question may come up.  Unfortunately, the people

17    that were working on this particular agreement are

18    no longer with the company so I was not able to fact

19    check that.

20    **Q.    Okay.  Who were those individuals?**

21    A.    Specifically Allen Stowe.

22    **Q.    Anyone else?**

23    A.    No.

24    **Q.    Okay.  But is it -- was it the Madison contamination**

25    **that Duke Energy first became aware of of all the**

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 52 of 111

Page 52

1          drinking water intakes that we have discussed?

2     A.   That's my understanding, yes; Madison and Eden.

3     Q.   **Okay.  And when did Duke Energy first become aware**

4          **that there were bromide discharges coming from its**

5          **ash basins?**

6               MS. ROMANZO:  Objection to form.

7     A.   That same time frame.

8     Q.   **Okay.  Was it before or after Duke became aware of**

9          **trihalomethane concerns?**

10    A.   It was -- it was along with, kind of at the same

11         time.

12    Q.   **Okay.  And so before Duke Energy became aware of the**

13         **trihalomethane concerns, it was not aware that there**

14         **was bromide coming out of the ash basin?**

15    A.   That's correct.  But keep in mind, it's not a

16         regulated -- it's not something that's on a permit.

17         There's not a surface water quality standard, so

18         it's not something that we -- was on our radar.

19    Q.   **And was Duke Energy aware that there was bromide in**

20         **the ash basin area before that time?**

21    A.   No, no.

22    Q.   **Okay.  And when did Duke Energy first disclose its**

23         **bromide discharges to the North Carolina Department**

24         **of Environmental Quality?**

25    A.   When it became apparent that bromide was going to be

Page 53

1          on the -- or was on the Belews Creek NPDES permit.

2          So a subsequent permit was issued in October of

3          2012.  And subsequently we had to put bromide

4          concentrations from the discharge on our DMRs.

5    Q.    **Okay.  So it was not disclosed prior to the time**

6          **that the trihalomethane concerns came to light?**

7                MS. ROMANZO:  Objection to form.

8    A.    It was not disclosed prior to -- that I know of --

9          it was not disclosed prior to it being on our Belews

10         Creek discharge permit.  So there was no

11         communication with DEQ, that I'm aware of, you know,

12         prior to that.

13   Q.    **Okay.  And do you know approximately when bromides**

14         **would have been present in discharges starting with**

15         **the Belews Creek site?**

16               MS. ROMANZO:  Objection to form.

17   A.    So, again, bromides are -- they're present within

18         coal.  So if there's no -- during the combustion

19         process, if there's no FGD scrubber, they go out the

20         flue gas.  So not necessarily into the water stream.

21         So once an FGD scrubber is installed, it captures

22         them and it goes into the waste stream for the FGD

23         scrubber itself.  So at Belews Creek, time frame for

24         the scrubber installation was '08, maybe.

25   Q.    **And so for all of the sites it would have been --**

Page 54

1   A.    During the scrubber installation process.

2   Q.    **Okay.  Have there been any attempts to treat the**

3         **trihalomethane in the downstream drinking water**

4         **intakes starting with the Belews site?  I think you**

5         **touched on some of these earlier.**

6         MS. ROMANZO:  Objection to form.

7   A.    I'm -- when you say "treat the trihalomethanes,"

8         that would be done at the municipal water treatment

9         plant.

10  Q.    **Okay.  And so what have those treatments entailed at**

11        **the -- I think you talked about the Madison site**

12        **earlier.  Have there been any additional treatments,**

13        **other than the aeration systems that have been**

14        **installed at the two tanks that you referred to?**

15        MS. ROMANZO:  Objection to form.

16  A.    Not at Madison.

17  Q.    **Okay.**

18  A.    But we entered into an agreement with Eden.

19  Q.    **Okay.**

20  A.    And they are installing a -- or are in the process

21        of installing a chloramine system, disinfectant

22        system.  And that particular system isn't as

23        susceptible to bromides in the source water.

24  Q.    **And what do you mean by it's not as susceptible to**

25        **bromides?**

Page 55

1  A.  Increased bromide concentrations in the source water

2      for a chloramine system won't lead to elevated

3      trihalomethane formations in their distribution

4      system.

5  Q.  **Okay.  So the bromides, even if it's still there,**

6      **will not lead to as much trihalomethane?**

7  A.  That's correct.

8  Q.  **Is it any trihalomethane or just not as much?**

9  A.  Not as much of that group of compounds;

10     trihalomethanes.

11 Q.  **Okay.  And I guess taking them one at a time,**

12     **starting with the Madison aeration systems, have**

13     **those been successful at eliminating trihalomethanes**

14     **caused by bromide at the Madison intake?**

15 A.  No, not eliminating.

16 Q.  **Okay.**

17 A.  They have been successful at reducing -- about a 60

18     percent reduction in trihalomethanes within their

19     distribution system.

20 Q.  **And back to the Eden --**

21 A.  Chloramine.

22 Q.  **-- chloramine system, has that been successful at**

23     **reducing trihalomethanes?**

24 A.  So it's not operable yet.

25 Q.  **Okay.**

Page 56

1    A.    The way the agreements between the parties read is
2          Duke was providing the funding, and the
3          municipalities contracted with engineering firms to
4          construct -- to engineer and construct their
5          systems.  So the last that I understand is that
6          they're not -- the chloramine system is not
7          operable.  It's constructed, it's in place, but I
8          don't think the switch has been flipped yet,
9          basically.
10   Q.    **Okay.  So the extent to which that will reduce**
11         **trihalomethane remains to be seen?**
12   A.    That's correct.
13   Q.    **Do you know approximately when that system, the**
14         **chloramine system, will be put in place?**
15   A.    It's in place.  When it will be operable, it will
16         just be speculation on my part.  Again, that's Eden
17         working with their engineering contractor.
18   Q.    **Do you know approximately how long they have been**
19         **working on getting that --**
20   A.    That agreement was signed in June of 2012; that
21         agreement between us and the Town of Eden.
22   Q.    **Okay.  And for the Danville system, do you know if**
23         **any treatments have been installed there?**
24   A.    Not that I'm aware.
25   Q.    **And has Duke Energy provided any funding for**

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 57

1          treatment at Danville?

2     A.   No.

3     Q.   Okay.

4     A.   There may be some.  I mean, we had a settlement with

5          the City of Danville based on the Dan River spill.

6     Q.   Okay.

7     A.   So if some of those monies went to a treatment

8          system, I was not aware of that.  But specifically

9          like we have with Eden and Madison, to answer the

10         question, is no.

11    Q.   Okay.  And at the Rock Hill site, downstream of

12         Allen, have there been any treatments started there?

13    A.   Yes.

14    Q.   Can you describe those?

15    A.   I don't know the details.  I know they have -- this

16         isn't anything that Duke Energy funded.  But I know

17         through conversations through that Catawba water

18         users group that they have done some studies and had

19         some capital expenditures to treat bromides in

20         source water and trihalomethanes within their

21         system.

22    Q.   Okay.  And do you know what type of treatment

23         they're using?  Is it the aeration or the

24         chloramines?

25    A.   I don't.

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                    2/10/2017

Page 58

1  Q.   Okay.  Are there any other treatments that you know

2       of besides the ones that we have discussed already

3       for treating the bromide-caused trihalomethanes in

4       the drinking water intakes?

5            MS. ROMANZO:  Objection to form.

6  A.   So I know that several municipalities, including the

7       city of Charlotte, have actively flushed water to

8       reduce water age within their system.

9  Q.   Okay.

10 A.   The others were along the Catawba.  I want to say it

11      was Mount Holly and Gastonia as well have had to

12      flush water.

13 Q.   Any other treatments that you know of?

14 A.   No.

15 Q.   And at the Shelby water intake location, have any

16      treatments been put there?

17 A.   Not that I'm aware.

18 Q.   Are you aware of any discussions about treatments at

19      the Shelby site?

20 A.   No.

21 Q.   And has Duke Energy provided any funding to the

22      Shelby --

23 A.   No.

24 Q.   And you said that at the Charlotte intake they were

25      flushing or they had started flushing the water.  Is

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                          2/10/2017

Page 59

1          that something that Duke Energy has provided any

2          funding for?

3     A.   No.

4               MS. BLAKE:  This might be a good moment to

5                    take a quick break.

6          (WHEREUPON, a brief recess was observed.)

7     Q.   I'm going to hand you an exhibit to be marked, I

8          guess, Hall Exhibit 1.  Let me know once you have

9          had a chance to take a look at it.

10              (WHEREUPON, Hall Exhibit Number 1 was

11                   presented for identification.)

12    A.   Okay.

13    Q.   Do you recognize this document?

14    A.   I have not seen this document, no.

15    Q.   Does it appear to be a copy of the City of Eden's

16         water quality report for the year 2015?

17    A.   It does.

18    Q.   If you haven't seen this document, are you familiar

19         with the content of the document?  Have you seen it

20         in another form, for example?

21    A.   So I have seen some of the data on the section for

22         disinfection byproduct, certainly the TTHM data

23         that's listed here.

24    Q.   Okay.  And so turning to that data, which I believe

25         is on page 5.

Page 60

1   A.   Right.

2   Q.   **The TTHM is that total trihalomethanes?**

3   A.   That's correct.

4   Q.   **And does the data present a range of trihalomethanes**

5        **that were detected during the year 2015?**

6   A.   It does.

7   Q.   **Okay.  Do you know how many times the drinking water**

8        **intake was sampled at Eden during this time?**

9            MS. ROMANZO:  Objection to form.

10  A.   The intake itself?  Near the intake and the Dan

11       River, or do you mean within their system here?

12  Q.   **I'm sorry to be confusing.  Let me clarify.  I'm**

13       **asking about how many times Eden sampled within**

14       **their water system.**

15  A.   Yes.  So, it's my understanding, that in order to

16       calculate these numbers, these averages, they take

17       quarterly samples at these four locations.

18  Q.   **And are those -- do you know where the four**

19       **locations are?**

20  A.   I do not.

21  Q.   **Okay.**

22  A.   They're labeled -- you know, they're just kind of

23       anonymously labeled, B-01 through B-04.

24  Q.   **But somewhere within the drinking water system,**

25       **right?**

Page 61

1   A.    That's correct.

2   Q.    Okay.  And for the MCL for total trihalomethanes is

3         listed as ED on this document; is that right?

4   A.    Yes.

5   Q.    And are there some detections at some point in 2015

6         that were above ED in the city of Eden?

7               MS. ROMANZO:  Objection to form.

8   A.    There are.  B-01 has a high of 86; B-02, has a high

9         of 89; and B-04 has a high of 87.

10  Q.    Okay.  And does the -- if you looked at -- towards

11        the bottom of that page, do you see a note just at

12        the bottom of the chart that says, "For TTHM, some

13        people who drink water containing trihalomethanes in

14        excess of the MCL over many years may experience

15        problems with their liver, kidneys or central

16        nervous systems, and may have an increased risk of

17        getting cancer."  Do you see that statement?

18  A.    I don't.  I'm sorry.

19  Q.    Oh, it's in kind of italics.

20  A.    There we go.  I see it, yes.

21  Q.    Does Duke Energy have any reason to disagree with

22        that statement?

23              MS. ROMANZO:  Objection to form.

24  A.    I don't know.  Again, I'm not a toxicologist.  But I

25        would like to point out that in that -- in that

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 62

1        range that you had me look at, there is a low in
2        there of 38, 34, and 33.  So what that says to me is
3        that somebody near that particular location isn't
4        consistently consuming water that's high in
5        trihalomethanes.
6   Q.   **Okay.**
7   A.   And the average -- averages, which are actually --
8        are actually in the 57, 57, 47, 56 range.  So right
9        around that 50 to 55 range.
10  Q.   **And if you take a look at that next paragraph**
11       **underneath the sentence that we were just looking**
12       **at.**
13  A.   Uh-huh (affirmative response).
14  Q.   **It talks about the changes that are being worked on**
15       **at the city of Eden's water supply system.  And it**
16       **talks about chloraminated water, and in the very**
17       **last sentence it says, "There are three groups that**
18       **need to take special precautions when using**
19       **chloraminated water; kidney dialysis patient, fish**
20       **pond and aquarium owners, and specialized businesses**
21       **using high-quality treated water."  Does Duke Energy**
22       **have any reason to disagree with that statement?**
23            MS. ROMANZO:  Objection to form.
24  A.   No.
25  Q.   **Are you familiar at all with any of these groups**

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 63 of 111

Page 63

1          that need to take special precautions when using

2          chloraminated water?

3               MS. ROMANZO:  Objection to form.

4    A.   I am not.

5    Q.   Okay.  And the chloraminated water, just to be

6          clear, is the treatment or the -- the "fix," if we

7          can call it that, that Eden is pursuing for

8          trihalomethane?

9    A.   That's correct.

10   Q.   Okay.  I'm going to hand you another document.  You

11        can set that one aside for now.

12   A.   Okay.

13   Q.   So this is will be Exhibit Hall 2.  Okay.  Do you

14        recognize Exhibit 2?

15             (WHEREUPON, Hall Exhibit Number 2 was

16                  presented for identification.)

17   A.   I do.

18   Q.   Can you identify the document for the record?

19   A.   This is the October or the fall of 2016, submittal

20        to DEQ satisfying a permit requirement, A-14, of our

21        NPDES for the Belews Creek Steam Station.

22   Q.   Okay.  And it's a semiannual progress report on

23        bromide reduction evaluation?

24   A.   That's correct.

25   Q.   Okay.  And how frequently are the semiannual reports

Page 64

1          submitted?  It is once a year or multiple times a
2          year?
3    A.    It's semiannually; twice a year.
4    Q.    Okay.  And is this the most recent progress report?
5    A.    It is.
6    Q.    Okay.  And if you take a look on the second page.
7    A.    Uh-huh (affirmative response).
8    Q.    The progress report itself, and there's a heading
9          for the city of Eden.  And it says, "City of Eden is
10          continuing work on its chloramines conversation
11          project.  The project has been delayed due to
12          chemical feed control issues."  Do you know what the
13          chemical feed control issues are that are listed
14          there  -- or mentioned there?
15    A.    I don't.  So that would have been a communication
16          from their engineering contractor that I mentioned
17          earlier.  I think it's Hazen and Sawyer is who they
18          had contracted to do that.  So that would have been
19          a comment from them, you know, that we included into
20          this.
21    Q.    Do you know if the chemical feed control issues have
22          been resolved at this point?
23    A.    I don't.  My understanding that they have not.
24    Q.    Okay.  You can set that aside for now too.  Are you
25          aware that there are -- because I think you had

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 65

1              mentioned earlier that the trihalomethanes are a
2              group of contaminants or constituents and there are
3              four different constituents within that group; is
4              that right?
5     A.    That's correct.
6     Q.    Okay.  And are those -- and I hope I'm pronouncing
7              this right -- bromodichloromethane and bromoform.
8     A.    Correct.
9     Q.    And dibromochloromethane.
10    A.    Chloromethane.
11    Q.    Okay.  And chloroform?
12    A.    That's correct.
13    Q.    So are there any others besides those four?
14    A.    Those are the four that are regulated.
15    Q.    Okay.  And are the ones that have bromo in the name,
16             are those bromide-related trihalomethanes?
17    A.    That's correct.
18    Q.    Okay.  And are there maximum contaminant levels set
19             federally for the individual subcomponents of
20             trihalomethane?
21             MS. ROMANZO:  Objection to form.
22    A.    No, it's a summation of the four.
23    Q.    Okay.  And are there maximum contaminant level goals
24             for any of the four?
25             MS. ROMANZO:  Objection to form.

Page 66

1    A.    Not that I'm aware of.

2    Q.    I can hand you a document to help refresh or -- I'll

3          put that before you.  This is Hall Exhibit 3.  And

4          I'll just represent to you that this is a page taken

5          from EPA's website that lists national primary

6          drinking water regulations and it has MCLs for a

7          number of contaminants.  And feel free to look over

8          the whole thing, but I'm going to ask you about Note

9          9 on the second to last page.

10                (WHEREUPON, Hall Exhibit Number 3 was

11                     presented for identification.)

12   A.    I see it.

13   Q.    Okay.  And does Note 9 describe individual maximum

14         contamination level goals for several of the

15         trihalomethane constituents?

16   A.    It does.

17   Q.    And the MCL goal for bromodichloromethane is zero as

18         listed here; is that right?

19   A.    That's correct.

20   Q.    And for bromoform it's also zero?

21   A.    For bromoform it's listed as zero.

22   Q.    Okay.  And for dibromochloromethane it's 0.06

23         milligrams per liter?

24   A.    That's correct.

25   Q.    And does that refresh your recollection about

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                     2/10/2017

Page 67

1          whether there are MCL goals for these types of

2          trihalomethanes?

3    A.    Well, it's something that I haven't seen before --

4    Q.    Okay.

5    A.    -- I'll say that.  So without, you know, taking some

6          time to understand it, I'd have to go through it a

7          little bit because it's -- up to this point it's

8          been my understanding, again, this isn't an area

9          that we're particularly regulated in, but it's my

10         understanding from the municipalities that they're

11         regulated on a summation of the four in the ED.

12         Kind of like that was listed in the Eden document.

13   Q.    Okay.

14   A.    Rather than the individual compounds.

15   Q.    Okay.  And other than what you have learned from the

16         municipalities, have you -- do you have any reason

17         to think that these are not the -- the --

18   A.    Yeah.

19   Q.    (inaudible) at this time?

20   A.    Yeah.  Again, I don't know -- I'm not sure where

21         this document came from, but I would have to kind of

22         go through it in a little more detail in order to

23         understand it.

24   Q.    Okay.

25   A.    So.

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

                                                        Page 68

1    Q.    Okay.  And thank you.  You can set that document

2          aside for now.  And I'm going to hand you a couple

3          more exhibits.

4    A.    Sure.

5    Q.    This will be Exhibit 5.

6                COURT REPORTER:  No, this is 4.

7    Q.    Excuse me; four.  I'm getting ahead of myself.

8          Thank you.  And just so you have them side by side

9          this will be Exhibit 5.  So let me know once you

10         have had a chance to familiarize yourself with

11         Exhibits 4 and 5.

12               (WHEREUPON, Hall Exhibit Numbers 4 and 5 were

13                     presented for identification.)

14   A.    Okay.

15   Q.    Okay.  So have you seen -- or, I guess, starting

16         with Exhibit 4 --

17   A.    I have not.

18   Q.    Okay.  And could you, based on what you're seeing

19         right now, could you identify it for the record,

20         Exhibit 4?

21   A.    Sure.  Exhibit 4 looks like an e-mail exchange

22         within the North Carolina Public Water Section from

23         Jessica Godreau with an attachment.  It's kind of

24         summarizing disinfection byproducts generated for

25         the town of Eden generated presumably from

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 69 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 69

1           discharges from Belews Creek Power Plant.

2    Q.    Okay.  And is it dated December 13, 2011?

3    A.    It is.

4    Q.    And the attachment is labeled "Summary of Bromide

5          Issues in the WSRO."  Is that right?

6    A.    That's correct.

7    Q.    Okay.  And does Exhibit 5 appear to be that

8          attachment?

9    A.    It is, yes.

10   Q.    Okay.  So taking a look at Exhibit 5, the summary of

11         the Bromide issues, could you take a look at page 3

12         of that document in particular?

13   A.    Uh-huh (affirmative response).

14   Q.    And does page 3 include -- there's some chart

15         showing trihalomethanes.

16   A.    It does.

17   Q.    And it's for the town of Madison and the city of

18         Eden; is that right?

19   A.    That's correct.

20   Q.    Okay.  And did the -- are the levels broken down --

21         are the trihalomethane levels broken down into the

22         four different components that we were talking about

23         earlier?

24   A.    They are.

25   Q.    And just looking at the total amount, do they appear

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 70

1              to increase over time starting in the 2008 time

2              frame or 2009 time frame for Madison?

3     A.       They do.  They seemed to have increased starting in

4              about 2008.

5     Q.       **Okay.**

6     A.       Two-thousand/nine.

7     Q.       **And then looking at the city of Eden, does this --**

8              **there appears to be some kind of -- I'm not entirely**

9              **sure what the "x" axis of this chart means, but**

10             **would a fair guess be that this is showing temporal**

11             **concentrations of trihalomethanes as well?**

12                     MS. ROMANZO:  Objection to form.

13    A.       That could be one interpretation.

14    Q.       **Okay.  And do the levels of the types of**

15             **trihalomethane that are composed and part of**

16             **bromide, do those appear to have increased in**

17             **particular?**

18                     MS. ROMANZO:  Objection to form.

19    A.       They do.

20    Q.       **Okay.  And in particular, bromoform, appears for the**

21             **first time in the 2009 time frame; is that right?**

22    A.       That's correct.

23    Q.       **Okay.  And dibromodichloromethane also appears for**

24             **the first time -- it increases significantly in that**

25             **2009 time frame; is that right?**

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 71 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                          2/10/2017

Page 71

1                    MS. ROMANZO:  Objection to form.

2    A.    That's correct.

3    Q.    **And the same thing for bromodichloromethane**

4          **increases in the -- starting in 2009?**

5                    MS. ROMANZO:  Objection to form.

6    A.    That's correct.

7    Q.    **Okay.  And so if you take a look at the next page,**

8          **there's some pie charts on that page.  And the, I**

9          **think, the -- what it's showing here is that the**

10         **percentage of trihalomethanes that are brominated**

11         **has increased between 2006 and 2011; is that right?**

12                   MS. ROMANZO:  Objection to form.

13   A.    That's correct.

14   Q.    **Okay.  And so in 2006, about a little over 80**

15         **percent of the trihalomethanes were chloroforms; is**

16         **that right?**

17   A.    That's correct.

18   Q.    **And then in 2011, it's down to about 2 percent are**

19         **chloroforms; is that right?**

20   A.    That's correct.

21   Q.    **Okay.  So is it fair to say that these charts and**

22         **graphs kind of collectively show that, you know,**

23         **starting in the 2009 time frame, trihalomethanes**

24         **increased, and also the brominated trihalomethanes,**

25         **in particular, increased a lot; is that fair?**

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 72 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 72

1           MS. ROMANZO:  Objection to form.

2    A.    I think that's a fair statement.

3    Q.    **Okay.  Thank you.  You can set that document aside**

4          **now.  Approximately how much has Duke Energy spent**

5          **on funding for treatment of trihalomethanes in**

6          **downstream water supplies?**

7           MS. ROMANZO:  Objection to form.

8    A.    So with the city of Madison, approximately seven to

9          $750,000.  With the city of Eden, slightly in excess

10         of $2 million.

11   Q.    **Okay.  Are there any other fundings that Duke Energy**

12         **has provided to any other downstream drinking water**

13         **intakes?**

14   A.    No.

15   Q.    **Okay.  Is that the -- is Duke Energy continuing to**

16         **provide funding to Madison and Eden or have the**

17         **amounts provided been the total?**

18   A.    That's the total.  That fulfilled our kind of

19         agreement; contractual requirement, so.

20   Q.    **Okay.  And has Duke Energy made any attempts or**

21         **efforts to reduce bromide discharges at any of its**

22         **ash basins?**

23           MS. ROMANZO:  Objection to form.

24   A.    Yes.

25   Q.    **Okay.**

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 73 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                      2/10/2017

Page 73

1    A.      We have.  So, for instance, at Belews Creek, you

2            know, we have seen kind of the same numbers that are

3            -- that are -- you just outlined here.  So remember

4            I told you that the bromides are naturally present

5            in the coal, so one of the steps that we have taken

6            at the Belews Creek Steam Station is to

7            preferentially run low-halogen coal.

8                    In addition to that, the units themselves have

9            -- they just haven't been running as much.

10           Consequently, through those two steps, bromide

11           concentrations within the Dan River are within --

12           excuse me -- within our outfall have gone in the

13           early 2013 time frame until now, have been reduced

14           by approximately 20, 22 percent.  And, you know,

15           subsequently, we have seen reductions in the Dan

16           River itself.

17                   I mentioned earlier over on the Catawba that

18           we were refining coal.  So we ceased the refining

19           coal process in May of 2015, and that led to a

20           considerable reduction of bromide in our ash basins,

21           as well as the Catawba River itself.

22                   We have also, at the Catawba Nuclear Station,

23           we were using a brominated disinfectant.  Bromides

24           are a very good disinfectant, which is they're

25           fairly ubiquitous in the industry.  So they've used

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 74

1       quite a bit at cooling towers as a disinfectant and

2       algaecide.  We switched off of that bromide

3       disinfectant at the cooling towers at Catawba.

4               And then at the other plants, at Cliffside, we

5       have, again, run, preferentially run, lower-halogen

6       fuel to try and reduce bromide concentrations in the

7       Broad River there.

8    Q.  **Okay.  Thank you for that.  Is there anything else**

9        **beyond that?**

10   A.  Yeah.  I can -- so in addition, we have started

11       looking -- again, we didn't have a lot of data in

12       these basins on bromide because it's something that

13       we haven't looked at.  It's not something that was

14       really regulated.  So we started trying to define

15       what contributions we were having to these systems,

16       which led to the sampling plans that we discussed

17       earlier.

18               In addition to those steps, we identified

19       other anthropogenic sources, other industry and

20       specifically municipal wastewater treatment plants,

21       that presumably have industries that discharge to

22       their POTW.  They're not treating for bromide, so

23       they're adding to the system as well.  So it's kind

24       of a -- it's a really complex, you know, scenario

25       that's been set up.  But we have actively kind of

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                          2/10/2017

Page 75

1        looked to identify some of that.

2               We -- as required by the plea agreement, we

3        have instituted the claims process and notified all

4        these municipalities that there could be a potential

5        issue, and outlined the process by which they could

6        seek reimbursement from Duke Energy for legitimate

7        issues that are related to this.  And, you know,

8        those are kind of the steps that we have taken in

9        regards to this issue.

10   Q.   Okay.  So in a -- I believe you said at Belews and

11        at Cliffside, one of the steps is running low-

12        halogen coal?

13   A.   Lower-halogen coal.

14   Q.   Lower-halogen coal.

15   A.   Yeah, preferentially.  That's correct.

16   Q.   And where, if you know, in the US is lower-halogen

17        coal sourced?

18   A.   Yeah.  It's -- that's a tough one because coal -- we

19        traditionally run mid-Appalachian coal and it can

20        vary by seam, right?  So you avoid running Powder

21        River Basin coal, which is higher in halogens, and

22        you preferentially run some of the lower-halogen

23        seam coal from the central Appalachian belt.

24   Q.   Okay.

25   A.   So.

Page 76

1   Q.   And you said that also at the Belews site, the units
2        had not been running as much.
3   A.   That's correct.
4   Q.   And by that, you mean the coal -- the generation
5        units?
6   A.   The generation units.
7   Q.   Okay.
8   A.   Yeah.  As gas becomes less expensive, the coal units
9        just aren't running as much.
10  Q.   And is that true at Cliffside as well?
11  A.   It is.
12  Q.   Okay.  And you said you -- Duke Energy has been
13       looking at other sources of bromides.  Is there a
14       list or a document that Duke Energy has developed of
15       those other potential sources?
16            MS. ROMANZO:  Objection to form.
17  A.   We haven't developed a specific document, but we do
18       have data that point to certain municipal wastewater
19       treatment plants in certain industries.  In addition
20       to just -- I mean, bromides are naturally occurring,
21       so, for instance, in saltwater, they're, you know,
22       three times the concentrations that we're talking
23       about here.  So there is naturally occurring bromide
24       out there.  So trying to define exactly what that is
25       as well, so.  But, you know, we have -- the

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 77

1          municipal wastewater treatment plants, presumably
2          manufacturers, industries within those
3          municipalities that discharge to the POTW, water
4          goes to the municipal wastewater treatment plant,
5          not treated for bromides, and then discharged.
6          That's the -- you know, that's kind of what we have
7          been finding.
8    Q.    **Okay.  And has Duke Energy developed a background**
9          **level or range of bromide at any of the sites?**
10         MS. ROMANZO:  Objection.
11   Q.    **Or calculated a background level?**
12         MS. ROMANZO:  Objection to form.
13   A.    We have, yes.  We have -- when you say "background,"
14         you mean naturally occurring, or do you mean kind of
15         at present state with things running?
16   Q.    **Yes, yes.**
17   A.    Okay.
18   Q.    **Let's start at present state absent the influence of**
19         **the basins.**
20   A.    Yes.  So --
21   Q.    **Okay.**
22   A.    -- upstream of our operations on the Catawba, except
23         where there are spikes near potential other
24         anthropogenic sources, the background concentrations
25         seem to be in the 20 or 30 parts per billion range.

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                          2/10/2017

Page 78

1    Q.    Okay.

2    A.    Downstream of our operations they are in the 50 to

3          60 parts per billion range.

4    Q.    Okay.

5    A.    On the Dan, upstream, again, it's in the 20 to 25

6          parts per billions range.  Downstream of Belews

7          Creek it's in the 90 to 100 to 110 part per billion

8          range.

9    Q.    Okay.

10   A.    The difference there is a function of more water for

11         dilution in the Catawba than in the Dan.  Levels

12         remain very low on the French Broad; in the 20 to 30

13         parts per billion range, either in front of and

14         after our outfall.  And on the Broad River itself,

15         again, naturally occurring or upstream is 20 to 30.

16         Downstream is in that -- it's a little bit higher

17         than the Catawba, but not much, maybe 60 parts per

18         billion range.

19   Q.    Okay.  And how about upstream versus downstream of

20         the Mayo and Roxboro sites?

21   A.    I don't have that data.

22   Q.    Okay.  And has Duke Energy conducted any studies of

23         other possible treatments of bromides at the source?

24   A.    Yes.  So, as a matter of fact, it was outlined in

25         the semiannual submittal to DEQ.

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 79 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                          2/10/2017

                                                                Page 79

1    Q.      Okay.

2    A.      We have partnered with the engineering folks out at

3            UNC-Charlotte to work on a solution to sequester

4            halides, halogens, from our waste stream.  We are at

5            the point now that we are ready for field trials

6            with that project and we're going to institute that

7            this year at Belews Creek.  Removing the halides

8            from the water stream is fairly straightforward.

9            Sequestering the halides in such a way that they

10           don't come back out because the solubility factor is

11           more difficult.  So that's what UNC-Charlotte and

12           their engineering team is helping us with.

13   Q.      Okay.  And how does that relate to -- is that

14           different from transitioning to zero liquid

15           discharge at the sites?

16   A.      It's different.

17   Q.      Okay.  Can you explain that difference to me?

18   A.      Sure.  So with the zero liquid discharge, you're

19           still -- you're not sluicing ash, right?  So -- but

20           you're still going to have the -- what we call

21           "blowdown," the wastewater from the FGD scrubber.

22   Q.      Okay.

23   A.      So the bromides, you know, are still going to be

24           there.  This process works to sequester or remove

25           the halides, the bromide, from the waste stream

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 80

1              itself.  So two totally different things.  I mean --

2    Q.        Okay.  Sorry.  Were you going to say something more?

3    A.        No.

4    Q.        Okay.  And would the -- is there a name for the

5              process of removing the halides from the waste

6              stream?

7    A.        We just refer to it as halide sequestration --

8    Q.        Okay.

9    A.        -- study.

10   Q.        Okay.  And has Duke Energy engaged in any studies of

11             methods of removing the bromides from the ash basin?

12             The bromides that have already been discharged into

13             the ash basin?

14   A.        No.  From the basin itself?

15   Q.        Yes.

16   A.        No, no.

17   Q.        Okay.

18   A.        No.

19   Q.        Sorry.  I didn't mean to cut you off.  You sounded

20             like you might want to say something else.

21   A.        No.

22   Q.        Okay.  And for the halide sequestration studies and

23             implementation, do you know approximately how much

24             Duke Energy has spent on that to date?

25   A.        I don't know.

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                          2/10/2017

Page 81

1  Q.  **And how about for the running of lower-halogen coal,**
2      **do you have a cost estimate of how much that costs?**
3          MS. ROMANZO:  Objection to form.
4  A.  I don't know.
5  Q.  **Okay.**
6  A.  I'll say in general, lower-halogen coal is more
7      expensive than higher-halogen coal.
8  Q.  **Okay.  Are you aware of any efforts by Stokes County**
9      **to install a new municipal water drinking intake on**
10     **the Dan River?**
11 A.  I am not.
12 Q.  **Okay.  Are you aware of any new or proposed drinking**
13     **water intakes downstream of any of the plants that**
14     **we have talked about?**
15 A.  I am not.
16 Q.  **Okay.  And I believe we have talked about how Duke**
17     **Energy became aware of the trihalomethane issues at**
18     **Eden and Madison and at Catawba.  How did Duke**
19     **Energy become aware of the trihalomethane issues at**
20     **the Rock Hill intake?**
21         MS. ROMANZO:  Objection to form.
22 A.  Through the meeting that I had mentioned earlier of
23     the Catawba water users group.
24 Q.  **Okay.**
25 A.  So we have attempted to be -- once we became --

Page 82

1      there was some awareness around this issue, we have

2      attempted to be as open and transparent as possible

3      in dealing with these municipalities.  We truly

4      consider them a partner on the Catawba.  So we held

5      a meeting with the Catawba water users group and

6      shared data with them, so.  And that's where at that

7      meeting, that's where we found out, you know, that

8      Rock Hill was having an issue through that group.

9   Q.   **Okay.  And was that the meeting in the -- what time**

10       **frame was that meeting in again?**

11  A.   So there were a series of meetings.

12  Q.   **Okay.**

13  A.   Beginning in about the fall of 2015, I think there's

14       been three meetings.

15  Q.   **Okay.**

16  A.   I'd have to look up the exact dates.  But,

17       essentially, from the fall of 2015 through maybe the

18       summer of 2015.  But, anyway, that kind of time

19       frame through the middle of last year.

20  Q.   **Okay.**

21  A.   So.

22  Q.   **Okay.**

23  A.   And we found out at those meetings as well that with

24       the cessation of the refined coal process and some

25       of our other changes, the recent THM numbers in

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 83

1        these municipalities are showing are down quite a

2        bit.  So their concern has been diminished.

3               MS. BLAKE:  Okay.  Can we go off the record

4                    for a second.

5               (WHEREUPON, a brief recess was observed.)

6   Q.   **So just a few follow-up questions.  We talked**

7        **earlier about drinking water intake in Mayo Lake.**

8        **Do you know approximately where that intake is or**

9        **was located in relation to the coal ash at Mayo?**

10  A.   I'm sorry, I don't know.

11  Q.   **Okay.  And are you aware that Duke Energy has**

12       **recently submitted a permit application requesting**

13       **use of halide salts to treat mercury and other toxic**

14       **air emissions at the Allen Steam Station?**

15              MS. ROMANZO:  Objection to form.  And to the

16                   extent you're asking about permit terms,

17                   that would have also been covered by

18                   Shannon Langley yesterday.  He can

19                   answer, if he knows.

20  A.   No, I don't know about that.

21  Q.   **And this is an air permit, but it relates to the**

22       **halide issues that you were testifying about**

23       **earlier.  And you're not aware of the draft permit**

24       **that DEQ recently issued that would allow the use of**

25       **halide salts at the Allen Steam Station?**

Page 84

1              MS. ROMANZO:  Objection to form.

2    A.   I was not aware of that.

3    Q.   Okay.

4    A.   But I will say --

5    Q.   Yes.

6    A.   -- that we have set up a process at Duke before any

7         halogenated compound is used at one of our coal

8         facilities it comes through my group in

9         environmental for review.  So, you know, any kind of

10        halogenated compound, we will be notified of prior

11        to use.

12   Q.   Okay.  And would that raise any concerns for you if

13        there was a proposal to increase use of halide salts

14        with regard to bromide issues?

15             MS. ROMANZO:  Objection to form.

16   A.   Yes.

17   Q.   And what are those concerns, just to sum up?

18             MS. ROMANZO:  Objection to form.

19   A.   The concerns would be increased halogen

20        concentrations within the ash basin itself.

21   Q.   And could that increase discharges downstream or --

22             MS. ROMANZO:  Objection.

23   Q.   Go ahead.

24             MS. ROMANZO:  Objection to form.

25   A.   Yes.

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 85

1              MS. BLAKE:  Okay.  That's all the questions

2                that I have for today.

3        WITNESS:  Okay.

4              MR. BENZONI:  I have just a few questions.

5        WITNESS:  Okay, sure.

6  EXAMINATION BY MR. BENZONI:

7  Q.    **The sampling in the Catawba River that you**

8        **mentioned, is that -- if I understood you correctly,**

9        **you said that is not part of the routine sampling?**

10 A.    No.  So there are points that are the routine

11       sampling within the Catawba, but there were

12       additional locations added in order to characterize

13       bromide concentrations in that basin.

14 Q.    **And how often are those additional locations -- how**

15       **often are those sampled?**

16 A.    So initially -- and when I say "initially," I mean

17       right after the signing of the plea agreement --

18       that would have been spring of 2015, it was monthly.

19       Again, we were trying to characterize bromide

20       concentrations.  We just, like I said, there was a

21       paucity of data out there.  We just didn't know.

22              So, subsequently, with the cessation of the

23       refined coal process and kind of a better

24       understanding of halogen levels within the basin, we

25       have switched that back to once every three months.

Page 86

1              The concentrations, as I said earlier, have

2          stabilized in that 50 to 60 parts per billion range.

3          So there's just not the need to go out there on a --

4          as frequent basis.

5     Q.   **And so but that sampling regimen is ongoing?**

6     A.   It is.  It is, yes.

7     Q.   **And the concentrations in downstream from Belews**

8          **Creek, I believe you said it was 90 to 110?**

9     A.   Ninety to a hundred ten.

10    Q.   **And you may have mentioned this, but I think I**

11         **missed it.  Why is that so much higher than the**

12         **concentrations in the Catawba, French Broad, and**

13         **Broad?**

14    A.   Yeah.  It's a good -- it's higher in the Catawba

15         simply because of dilution.  So there's just more

16         water in the Catawba, okay?  So remember the

17         background waters are in that 20 range; so absent

18         any anthropogenic sources that we have seen.

19              So in the Dan, there's just a lot less water,

20         so the percentage that our discharge makes up of

21         waters within the Dan is greater.  Cliffside, the

22         Broad's a little bit bigger than the Dan from a flow

23         regime.  And then, you know, it's just a function of

24         Belews Creek runs more, even though it hasn't been

25         running as much, it runs more than some of those

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 87

1          others, so.

2    Q.    **In that 90 to a hundred and ten parts per billion**

3          **figure downstream of Belews Creek, did you testify**

4          **that you don't know if it includes Mayo or Roxboro**

5          **or that it does not include Mayo or Roxboro?**

6    A.    It does -- the concentrations increase as you get

7          closer to Belews.  The confluence of the tributary

8          of which Roxboro and Mayo operate with the Dan is

9          pretty far downstream.  Now, you do see another

10         increase from -- at that point where that comes in.

11         But it's only about a 10 to 11 ppb increase at that

12         particular point.  And it gets even more complicated

13         because of the multiple municipal wastewater

14         treatment plants that are located in that area too,

15         having a causal -- contributing factor as well.

16   Q.    **Okay.  And what is the total after the confluence?**

17         **What is --**

18   A.    It's in the 95 range.

19   Q.    **Okay.**

20   A.    And I'm giving you averages.  There are highs and

21         lows, right?  But that's an average.

22   Q.    **And in terms of the inclusion of bromide in the**

23         **NPDES permit for Belews Creek, was that triggered**

24         **specifically by the findings at Madison and Eden?**

25   A.    So I don't know the genesis of that.  That would

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                          2/10/2017

Page 88

1          have been something -- I know when we submitted for

2          the draft permit in August of 2011, bromides were

3          not on there.  And I know bromides were not on the

4          previous permit.  And during that time frame, there

5          were conversations that took place of which there's

6          no record that -- I'm not aware -- that led to --

7          between Eden, Madison, Duke, and DEQ obviously, now

8          that I've seen today were involved in that in some

9          capacity, that led to an April notification from DEQ

10         that they were going to add bromides to -- as a

11         monitoring report -- to our Belews Creek permit.

12         That's the earliest kind of documentation that I've

13         seen; communication from the State that actually had

14         it on there.  But we were aware of it prior to that,

15         because we signed the Madison agreement in January

16         of 2012.  So, you know, but what that looked like,

17         you know, I can't say or how we exactly became aware

18         of it.  But there were some conversations there.

19    Q.   **And do you know if there's been any conversations to**

20         **include bromide in any other NPDES permits besides**

21         **Belews Creek?**

22    A.   I don't; not that I'm aware.

23    Q.   **In the halide sequestration study that you**

24         **mentioned, I believe that you testified that the**

25         **real challenge is that bromide is so soluble that**

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 89

1       **keeping it sequestered is a challenge; is that --**
2    A.  That's exactly correct.  So there's going to be a
3        waste stream.  When you treat that water, there's
4        going to be some sort of waste stream generated,
5        some sort of reject water.  What to do with that, if
6        you take it to -- you can't take it to the basin,
7        obviously.  So you take it to a landfill, it's going
8        to come out in the leachate.  So the work is to kind
9        of solidify it, to sequester it so that it can be
10       appropriately landfill.  That's the driver behind
11       the work.
12   Q.  **Okay.  So it's to solidify it and then keep it in**
13       **that form not letting it get --**
14   A.  Correct.  Correct.
15   Q.  **Okay.**
16   A.  There are other options.  You could take it and
17       generate bromine gas.  But we have eliminated that
18       pretty quick because of the toxicity of bromine gas
19       and you don't want those trucks.  That would -- that
20       would not be a good solution.  So those were
21       eliminated fairly quickly.
22   Q.  **You said that the field studies are -- or field**
23       **trials, rather, are being developed for that?**
24   A.  This year.  So they have demonstrated it on a bench-
25       scale level in the laboratory.  The 2017 plan is to

Page 90

1          field trial that.  So that's being implemented kind
2          of as we speak, really, so.
3     Q.   And where is it going to be implemented?
4     A.   Belews Creek.
5     Q.   Belews Creek.
6     A.   Uh-huh (affirmative response), yes.
7     Q.   And will that be -- or is there any plans to expand
8          it to other facilities if it's successful?
9     A.   Depending on the success.  Yeah, depending on the
10         success, so.
11              MR. BENZONI:  Thank you, Mr. Hall.  That's all
12                   my questions.
13              WITNESS:  Sure thing.
14    EXAMINATION BY MS. ROMANZO:
15    Q.   I just have a couple of questions for you just to
16         clarify some things that you said.  Regarding
17         exceedances of trihalomethane you were talking about
18         earlier, do you recall talking about those?
19    A.   I do.
20    Q.   In the most recent sampling data that you have, are
21         you aware of exceedances of trihalomethanes near any
22         of the plants?
23    A.   No.  So with the cessation of the refined coal and
24         then some of the changes at Madison, and the kind of
25         greater awareness of halogen content of coal at

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 91 of 111

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 91

1      Belews Creek, recent data have been pretty positive,
2      very positive.  There have been no exceedances of
3      the ED that I've seen, that we have been made aware
4      of.
5  Q.  Okay.  You also talked about a claims process for
6      the municipalities.  Do you remember discussing
7      that?
8  A.  I do.
9  Q.  Is there a deadline for municipalities to make
10     claims under that process?
11 A.  Yeah.  So the claims process is very specific and
12     detailed.  But the municipalities have until
13     November of this year, 2017, to file their intent to
14     file a claim.  And then they have through February
15     of 2018 to file the claim.  So, you know, this
16     claims process was developed about a year ago.  Sent
17     out in April of 2016 with, you know, the
18     municipalities became aware of it and became aware
19     of the process.
20          We have given them, you know, this long
21     because there's seasonal effects to the THM
22     formation.  So they have been given a long time, a
23     year and a half or so, to come up with their data.
24     And the way the claims process worked -- works, they
25     submit that to the court-appointed monitor, who then

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 92

1    is kind of the arbiter of that whole process.  We

2    can support, you know, our arguments as well.  But

3    he is the ultimate decision-maker there.  If either

4    party disagrees with the decision that the CAM

5    makes, then we can go to the federal judge for

6    appeal.  But that's in general the way it works.

7    But in terms of time frames, they have until

8    November of this year to file their intent to file a

9    claim.

10              MS. ROMANZO:  Okay.  No further questions.

11              MS. BLAKE:  No further questions from me as

12                   well.

13              MR. BENZONI:  No further questions.

14              (WHEREUPON, the deposition was concluded at

15                   12:15 P.M.)

16                   * * * * * * * * *

17

18

19

20

21

22

23

24

25

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 93 of 111

Page 93

1           I have read the foregoing

2           pages 1 through 92,

3           inclusive, and find that

4           they contain a true and

5           accurate transcript of my

6           testimony given therein;

7           with the exception of

8           corrections on the attached

9           errata sheet, if any.

10

11          _____

12          ZACHARY SCOTT HALL

13  Sworn and subscribed before me

14  this 21st day of March ____, 2017.

15

16  _____

17  Notary Public
    Kristi L. Aiken

18  My Commission Expires: 1/29/2022

19

20

21

22

23

24

25

Case 1:17-cv-01097-LCB-JLW   Document 1-14   Filed 12/05/17   Page 94 of 111

Page 94

1                    E R R A T A   S H E E T

2  RE:    STATE OF NORTH CAROLINA ex rel, v DUKE ENERGY

3         PROGRESS, LLC.

4  CASE NOS.:  13-CVS-11032 and 13-CVS-14461

5  WITNESS:  ZACHARY SCOTT HALL

6

7         Please read this transcript with care, and if you

8  find any corrections or changes you wish made, list them

9  by page and line number below.  There is no need to return

10 the condensed transcript.

11        To assist you in making any such corrections, please

12 use the form below.  If supplemental or additional pages

13 are necessary, please furnish same and attach them to this

14 errata sheet.  Please return this information within

15 thirty (30) days of receipt.

16 Page _____ Line _____ should

17 read: _____

18 Page _____ Line _____ should

19 read: _____

20 Page _____ Line _____ should

21 read: _____

22 Page _____ Line _____ should

23 read: _____

24 Page _____ Line _____ should

25 read: _____

Page 95

1                    C E R T I F I C A T E

2    STATE OF NORTH CAROLINA

3    COUNTY OF MECKLENBURG

4              I, Rebekah Gervin Creel, Nationally Certified

5    Verbatim Reporter and Notary Public in and for the County

6    of Mecklenburg, State of North Carolina, do hereby

7    certify;

8              That there appeared before me the foregoing

9    witness at the time and place herein aforementioned; that

10   the foregoing pages constitute a true and correct

11   transcription of the proceedings.

12             I do further certify that the persons were

13   present as stated in the appearances.

14             I do further certify that I am not of counsel

15   for or in the employment of any of the parties to this

16   action, nor do I have any interest, financial or

17   otherwise, in the result thereof.

18             IN WITNESS WHEREOF, I have hereunto set my

19   hand this 17th day of February, 2017.

20

21

22             _____

23             Rebekah Gervin Creel, N.P.

24             Notary Public No.: 19942760095

25

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                              2/10/2017

Page 96

## A

**A-14** 63:20
**A.M** 1:7 4:9
**able** 6:8 34:5
  50:22 51:18
**absent** 77:18
  86:17
**absolutely** 31:10
**accurate** 6:8 93:5
**action** 95:16
**active** 29:4
**actively** 58:7
  74:25
**add** 47:20,21
  88:10
**added** 85:12
**adding** 74:23
**addition** 31:11
  73:8 74:10,18
  76:19
**additional** 54:12
  85:12,14 94:12
**aeration** 54:13
  55:12 57:23
**aerators** 38:11
**affect** 36:16
**affirmative** 7:4,15
  12:8 16:23 32:15
  39:12 44:19,21
  62:13 64:7 69:13
  90:6
**aforementioned**
  95:9
**age** 38:13 46:4
  58:8
**ago** 5:6 91:16
**AGREED** 4:11
**agreement** 8:14
  20:14 21:21,25
  27:12 29:20,20
  41:24 48:11 51:7
  51:17 54:18
  56:20,21 72:19
  75:2 85:17 88:15

**agreements** 56:1
**ahead** 48:18 68:7
  84:23
**air** 83:14,21
**algaecide** 74:2
**Allen** 13:6 17:19
  18:23 19:1,2,7
  26:16,25 43:19
  43:23 47:19
  51:21 57:12
  83:14,25
**Allen's** 17:20
**ALLIANCE** 1:7
  1:21,22
**allow** 83:24
**American** 2:12
**amount** 69:25
**amounts** 72:17
**analytical** 11:12
  11:19
**Anderson** 3:11
**annual** 3:14 24:4
  42:21
**anonymously**
  60:23
**answer** 12:15
  29:15 34:5 37:23
  40:13 49:20,24
  50:22 57:9 83:19
**anthropogenic**
  15:18,23 16:6
  40:16 74:19
  77:24 86:18
**anybody's** 15:21
**anyway** 82:18
**apologize** 27:19
  49:25
**Appalachian** 1:19
  75:23
**apparent** 52:25
**appeal** 92:6
**appear** 59:15 69:7
  69:25 70:16
**appearances**
  95:13

**appeared** 95:8
**appears** 33:20
  70:8,20,23
**application** 83:12
**approached** 44:14
**appropriately**
  89:10
**approximately**
  16:16 18:5,13,21
  19:20 20:10
  21:19 22:7 29:7
  32:19,22 38:5
  39:18,20 42:13
  43:18 44:25 45:2
  46:6 47:8 53:13
  56:13,18 72:4,8
  73:14 80:23 83:8
**April** 20:22 21:5,5
  88:9 91:17
**aquarium** 62:20
**aquatic** 11:7
**arbiter** 92:1
**area** 20:5 46:2
  52:20 67:8 87:14
**areas** 8:19,21
**arguments** 92:2
**arms** 15:20
**arrangement**
  41:23
**ash** 12:11,24 13:1
  13:16 14:3,5,7
  30:22,24 31:11
  31:12,23,25
  32:10,11 33:3,10
  33:11 34:8,9,14
  35:8 37:20 38:21
  40:9,10 47:14
  48:6,14 52:5,14
  52:20 72:22
  73:20 79:19
  80:11,13 83:9
  84:20
**Asheville** 19:14
**aside** 14:15 63:11
  64:24 68:2 72:3

**asking** 22:25 31:2
  31:5,7 33:8,24
  39:13 60:13
  83:16
**assist** 94:11
**ASSOCIATION**
  1:8,20,21
**assuming** 50:1
**attach** 94:13
**attached** 93:8
**attachment** 68:23
  69:4,8
**attempted** 81:25
  82:2
**attempts** 54:2
  72:20
**attorney** 5:6,16
**August** 88:2
**available** 26:19,19
  27:13,13 40:23
  46:22,22
**average** 42:21,21
  62:7 87:21
**averages** 42:23
  60:16 62:7 87:20
**avoid** 75:20
**aware** 26:8,12,14
  30:7,12,15 31:14
  32:9 34:7,11,12
  38:9 41:12,25
  43:10,16 44:6,9
  44:10,12 45:5,10
  45:13,17 46:19
  47:3 49:10,13,15
  51:2,10,12,14,14
  51:25 52:3,8,12
  52:13,19 53:11
  56:24 57:8 58:17
  58:18 64:25 66:1
  81:8,12,17,19
  83:11,23 84:2
  88:6,14,17,22
  90:21 91:3,18,18
**awareness** 82:1
  90:25

**axis** 70:9

## B

**B** 3:1
**B-01** 60:23 61:8
**B-02** 61:8
**B-04** 60:23 61:9
**back** 8:13 12:9
  25:24,24 37:18
  42:9 44:7 55:20
  79:10 85:25
**background** 77:8
  77:11,13,24
  86:17
**Bank** 2:12
**based** 57:5 68:18
**basically** 56:9
**basin** 1:8,20,21
  8:23,23 13:1,16
  14:3,5,7 18:17
  30:20,22,25 31:11
  31:24 32:10,12
  33:3,11,12 34:8
  34:10,14 35:8
  38:21 47:15 48:6
  48:14 52:14,20
  75:21 80:11,13
  80:14 84:20
  85:13,24 89:6
**basins** 8:24 12:11
  12:24 31:12
  37:20 52:5 72:22
  73:20 74:12
  77:19
**basis** 24:4 86:4
**beginning** 4:9
  82:13
**behalf** 6:13 12:9
**Belews** 3:12 9:4
  13:4 14:16,20,22
  15:1,2,11,16
  16:1,24 17:1,4
  17:15 22:3 24:19
  24:21 25:12 26:3
  28:19,25 32:1,10

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 97

**37:25** 38:2,22
40:10 53:1,9,15
53:23 54:4 63:21
69:1 73:1,6
75:10 76:1 78:6
79:7 86:7,24
87:3,7,23 88:11
88:21 90:4,5
91:1
**believe** 7:14 13:16
25:10 30:18
38:18 40:5 44:16
59:24 75:10
81:16 86:8 88:24
**Belmont** 28:11
49:12
**belt** 75:23
**bench-** 89:24
**Benzoni** 2:6,21
85:4,6 90:11
92:13
**better** 6:5 50:13
85:23
**beyond** 74:9
**big** 35:25 38:13
46:18
**bigger** 86:22
**Bill** 9:20,21,22
**billion** 41:19
42:23 77:25 78:3
78:7,13,18 86:2
87:2
**billions** 78:6
**bind** 6:13
**bit** 40:15 67:7
74:1 78:16 83:2
86:22
**Blake** 2:3,19 5:4,5
10:11 11:5 33:16
34:4 59:4 83:3
85:1 92:11
**blowdown** 14:1
79:21
**Boston** 25:23
26:11

**bottom** 61:11,12
**Box** 2:8
**break** 59:5
**brief** 59:6 83:5
**Broad** 8:24,24
19:10 20:7,9
22:6 74:7 78:12
78:14 86:12,13
**Broad's** 86:22
**broken** 69:20,21
**bromide** 3:13,21
8:8,17 12:23
13:18,20 14:25
15:15,18,21
22:20 23:9 24:5
24:18 26:5 27:11
30:2,15,22,24
31:10,16 33:18
34:15,19 35:13
35:16,24 36:4,4
36:23,25 37:19
38:2,21 40:10,17
41:1,7 47:12,21
47:22 48:1,7,12
48:13,23 50:3
52:4,14,19,23,25
53:3 55:1,14
63:23 69:4,11
70:16 72:21
73:10,20 74:2,6
74:12,22 76:23
77:9 79:25 84:14
85:13,19 87:22
88:20,25
**bromide-caused**
58:3
**bromide-related**
65:16
**bromides** 12:19
13:2,22 14:1,3
14:12,20 24:7
31:15,20 35:10
37:7,25 48:23
53:13,17 54:23
54:25 55:5 57:19

73:4,23 76:13,20
77:5 78:23 79:23
80:11,12 88:2,3
88:10
**brominated** 37:5
47:21 71:10,24
73:23
**bromine** 89:17,18
**bromo** 65:15
**bromodichloro...**
65:7 66:17 71:3
**bromoform** 65:7
66:20,21 70:20
**businesses** 62:20
**buy** 41:23 42:2
**byproduct** 35:22
59:22
**byproducts** 68:24

---

## C

**C** 2:1 95:1,1
**calcium** 47:21
**calculate** 60:16
**calculated** 77:11
**call** 63:7 79:20
**called** 8:17 16:5
26:1
**CAM** 92:4
**Camden** 26:21
43:11 44:7
**cancer** 61:17
**capacity** 34:3 88:9
**CAPE** 1:8
**capital** 57:19
**captures** 18:22
53:21
**carbon** 36:1,9,20
**carcinogen** 37:14
**care** 94:7
**Carolina** 1:1,3,3
1:13,15,16 2:4,7
2:9,13 4:4,8
25:25 52:23
68:22 94:2 95:2
95:6

**Carolina-Tenne...**
20:8
**CAROLINAS**
1:24
**CASE** 94:4
**Catawba** 1:19
8:22 17:21,21
18:19,24 19:6,7
20:3 22:8 28:15
47:4,6 48:7,9,15
57:17 58:10
73:17,21,22 74:3
77:22 78:11,17
81:18,23 82:4,5
85:7,11 86:12,14
86:16
**causal** 35:20 87:15
**cause** 35:17 37:9
37:24
**caused** 12:11,23
55:14
**ceased** 48:10
73:18
**Center** 2:3 5:7
**central** 61:15
75:23
**certain** 42:19,22
76:18,19
**certainly** 37:25
59:22
**Certified** 4:6 95:4
**certify** 95:7,12,14
**cessation** 82:24
85:22 90:23
**chain** 3:19 7:3,5
**challenge** 88:25
89:1
**chance** 59:9 68:10
**changes** 62:14
82:25 90:24 94:8
**Chapel** 2:4
**characterize**
18:17 23:9 85:12
85:19
**characterizing**

22:20
**Charlotte** 1:8 2:13
4:8 28:3,5,7
45:18 46:20
47:16 48:16 58:7
58:24
**Charlotte's** 18:15
28:2
**chart** 61:12 69:14
70:9
**charts** 71:8,21
**check** 51:19
**chemical** 64:12,13
64:21
**chemistry** 11:8,12
11:19
**chloraminated**
62:16,19 63:2,5
**chloramine** 54:21
55:2,21,22 56:6
56:14
**chloramines** 57:24
64:10
**chlorine** 36:5
**chloroform** 65:11
**chloroforms** 71:15
71:19
**Chloromethane**
65:10
**city** 3:8 18:2,15
28:10,10,11
38:18 40:1 51:8
57:5 58:7 59:15
61:6 62:15 64:9
64:9 69:17 70:7
72:8,9
**Civil** 4:5
**claim** 20:18,19
91:14,15 92:9
**claims** 20:1,12,24
21:1 26:4,18
27:12 29:11,18
75:3 91:5,10,11
91:16,24
**clarification** 15:4

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 98

clarify 11:1 35:4
  60:12 90:16
CLEAN 1:21
clear 63:6
Cliffside 13:8
  19:19,22 27:1
  44:17 45:3 74:4
  75:11 76:10
  86:21
close 43:21
closer 17:5 87:7
CLUB 1:7
coal 10:1 12:11
  13:21,22 40:9,10
  47:19,21 48:1,10
  53:18 73:5,7,18
  73:19 75:12,13
  75:14,17,18,19
  75:21,23 76:4,8
  81:1,6,7 82:24
  83:9 84:7 85:23
  90:23,25
collect 8:11 15:15
  18:6 19:16 22:23
collected 8:7
  15:10,13 21:10
  21:12,15 22:10
  23:1,6,7 24:25
collectively 71:22
Columbia 20:10
  27:4,6 45:11
combusted 13:21
combustion 13:23
  47:22,23 53:18
come 21:1 31:10
  36:9 38:16 51:16
  79:10 89:8 91:23
comes 14:2 25:24
  32:10 34:9 84:8
  87:10
coming 15:24,24
  16:7 18:1 33:11
  52:4,14
comment 64:19
Commission

93:18
communication
  53:11 64:15
  88:13
company 6:14
  51:18
complete 6:8
complex 74:24
compliance 47:25
complicated 87:12
component 38:13
components 69:22
composed 70:15
compound 14:13
  31:21 84:7,10
compounds 55:9
  67:14
concentrations
  8:8 15:17 18:17
  22:20 23:9 34:20
  37:7 38:16 47:13
  48:1,7,12,13,24
  53:4 55:1 70:11
  73:11 74:6 76:22
  77:24 84:20
  85:13,20 86:1,7
  86:12 87:6
concern 12:18
  47:7 83:2
concerns 26:6
  47:10,12 52:9,13
  53:6 84:12,17,19
concluded 92:14
condensed 94:10
conducted 78:22
confluence 87:7
  87:16
confusing 60:12
consent 4:3
consequently 48:6
  73:10
conservation 5:8
consider 82:4
considerable
  73:20

consistently 62:4
constituent 12:18
  12:21 15:19
  37:13
constituents 23:13
  23:15 35:20 65:2
  65:3 66:15
constitute 42:25
  95:10
construct 56:4,4
constructed 56:7
consuming 62:4
contain 93:4
containing 61:13
contaminant
  65:18,23
contaminants
  65:2 66:7
contamination
  7:17,19 11:23
  12:12,16,18
  30:15 31:6,8
  51:3,24 66:14
content 50:11
  59:19 90:25
CONTENTS 2:17
context 33:21
continuing 64:10
  72:15
contracted 56:3
  64:18
contractor 56:17
  64:16
contractual 72:19
contrary 33:20
contribute 13:2
  13:17 40:11
  50:20
contributed 12:11
  12:24 37:1,20
  38:3,22 47:15
  50:25
contributing 50:4
  50:9 87:15
contributions

74:15
control 64:12,13
  64:21
conversation
  64:10
conversations
  57:17 88:5,18,19
cooling 74:1,3
cooperatively
  38:10
copy 59:15
corporate 11:12
correct 12:2 14:9
  14:11 23:14
  24:12,14 38:20
  42:3 47:1 50:2
  52:15 55:7 56:12
  60:3 61:1 63:9
  63:24 65:5,8,12
  65:17 66:19,24
  69:6,19 70:22
  71:2,6,13,17,20
  75:15 76:3 89:2
  89:14,14 95:10
corrections 93:8
  94:8,11
correctly 85:8
cost 81:2
costs 81:2
counsel 4:3,3,12
  7:6 9:17 10:9
  95:14
County 1:2,14
  81:8 95:3,5
couple 9:15 68:2
  90:15
course 11:5
COURT 1:1,1,13
  1:14 68:6
court-appointed
  20:20 91:25
courtroom 5:21
  5:22
cover 8:19,21 21:6
covered 11:2 31:3

33:14,25 83:17
covers 8:22 19:5,6
Cowans 18:3,12
  28:6
Creek 3:12 9:4
  14:16,20,22 15:2
  15:16 16:1,5,22
  24:19 28:20,25
  32:1,10 37:25
  38:2 53:1,10,15
  53:23 63:21 69:1
  73:1,6 78:7 79:7
  86:8,24 87:3,23
  88:11,21 90:4,5
  91:1
Creel 4:5 95:4,23
current 9:9,10
cut 80:19

─────────
D
─────────
dam 18:4,12,20
  26:21 28:6 43:21
  43:23
damages 20:19
Dan 1:20 8:23
  15:11,12,13 16:6
  16:16 20:6 21:10
  21:14 22:2 24:25
  25:23 28:18,23
  32:13 35:9 41:21
  57:5 60:10 73:11
  73:15 78:5,11
  81:10 86:19,21
  86:22 87:8
dangerous 14:13
Danville 25:20
  26:9 40:6,11,20
  42:6 49:17,21
  50:2 56:22 57:1
  57:5
data 8:6,11,24
  15:10,10,12,13
  15:15 19:11 25:3
  46:22 59:21,22
  59:24 60:4 74:11

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 99

76:18 78:21 82:6
85:21 90:20 91:1
91:23
**date** 80:24
**dated** 3:12 69:2
**dates** 40:22 82:16
**day** 4:9 93:14
95:19
**days** 9:15 94:15
**deadline** 91:9
**dealing** 82:3
**December** 69:2
**decision** 92:4
**decision-maker**
92:3
**Defendant** 1:12
1:25 2:11
**define** 42:18 74:14
76:24
**definition** 43:2
**definitively** 49:24
**delayed** 64:11
**demonstrated**
89:24
**DeNeale** 3:4,4,6,6
6:18,18,20,23,24
7:2,11
**department** 1:3
1:16 2:7 10:21
20:15 52:23
**depending** 22:13
50:14 90:9,9
**deposed** 5:13
**deposition** 1:4 3:5
3:6 4:1 5:11 6:12
6:19,20,23,24
7:12,23 9:14,17
10:15 31:4 33:15
34:1 92:14
**DEQ** 3:11 23:22
24:3,13,22 53:11
63:20 78:25
83:24 88:7,9
**DES** 9:8
**describe** 8:5 13:18

21:6 57:14 66:13
**described** 21:11
21:23
**Description** 3:3
**desulfurization**
13:25
**detail** 33:15 67:22
**detailed** 91:12
**details** 41:22,25
57:15
**detected** 41:15
60:5
**detections** 61:5
**determined** 23:15
**developed** 76:14
76:17 77:8 89:23
91:16
**dialysis** 62:19
**dibromochloro...**
65:9 66:22
**dibromodichlor...**
70:23
**dictates** 31:23
**difference** 78:10
79:17
**different** 18:5
22:19 23:6,7
39:14 65:3 69:22
79:14,16 80:1
**difficult** 79:11
**dilution** 78:11
86:15
**diminished** 83:2
**directly** 30:9
49:18
**director** 10:18,23
**disagree** 35:5
61:21 62:22
**disagrees** 92:4
**discharge** 9:4 13:3
16:2,11,24 17:1
17:4 21:9 23:20
24:19 28:23
30:24 32:2 35:7
40:17 53:4,10

74:21 77:3 79:15
79:18 86:20
**discharged** 10:1
14:3,6,7 30:22
77:5 80:12
**discharges** 12:10
15:11 21:14
31:10,12 32:12
32:22 35:8 36:25
37:8,19 38:21
40:9 47:14 50:3
52:4,23 53:14
69:1 72:21 84:21
**discharging** 15:20
28:18
**disclose** 52:22
**disclosed** 53:5,8,9
**discussed** 24:16
41:9 52:1 58:2
74:16
**discussing** 91:6
**discussions** 10:6
58:18
**disinfectant** 54:21
73:23,24 74:1,3
**disinfection** 50:18
59:22 68:24
**distribution** 39:16
42:20 45:23 55:3
55:19
**Division** 1:1,14
2:8
**DMRs** 24:20 53:4
**document** 6:16
27:9,15,20 59:13
59:14,18,19 61:3
63:10,18 66:2
67:12,21 68:1
69:12 72:3 76:14
76:17
**documentation**
88:12
**documents** 8:2,5
8:25 9:3,11
**doing** 47:24

**downstream** 7:17
11:23 12:12,20
16:1,24 17:1,2,4
19:12,13,22,23
20:17 21:12
25:12 26:3,16,25
27:1,15,22 33:3
34:14 37:2 40:16
41:4 43:18 44:16
45:14 51:4 54:3
57:11 72:6,12
78:2,6,16,19
81:13 84:21 86:7
87:3,9
**draft** 83:23 88:2
**dramatically**
38:17
**drink** 61:13
**drinking** 3:16
7:17 11:24 12:12
12:20 18:2,15
25:11 26:15
27:17,22 28:8
29:1,21 30:5,9
30:13 31:7 35:16
37:2,6,19 39:1
40:18 42:10
43:11 44:20
45:11 48:9 49:4
49:17 50:3,21
51:4 52:1 54:3
58:4 60:7,24
66:6 72:12 81:9
81:12 83:7
**drive** 38:12
**driver** 89:10
**driving** 18:18
**drought** 46:13
**due** 64:11
**Duke** 1:11,24 6:13
7:6,8 9:23 10:1,3
10:17,18 11:15
12:9,11,24 17:7
27:10 35:12
36:25 38:21 40:9

40:10 41:1,7
46:23 47:4,14
51:2,12,25 52:3
52:8,12,19,22
56:2,25 57:16
58:21 59:1 61:21
62:21 72:4,11,15
72:20 75:6 76:12
76:14 77:8 78:22
80:10,24 81:16
81:18 83:11 84:6
88:7 94:2
**duly** 5:2
**duties** 10:23

---

**E**

**E** 2:1,1 3:1 94:1,1
94:1 95:1,1
**e-mail** 3:19 7:3,5
68:21
**earlier** 21:11
30:18,20 34:19
41:9,10 43:17
46:15 51:9 54:5
54:12 64:17 65:1
69:23 73:17
74:17 81:22 83:7
83:23 86:1 90:18
**earliest** 88:12
**early** 51:6 73:13
**easier** 17:20
**ecosystem** 11:7
**ED** 61:3,6 67:11
91:3
**Eden** 3:9 16:9,10
17:2 25:20 38:18
38:23 39:2,6,13
39:14,19 40:1
52:2 54:18 55:20
56:16,21 57:9
60:8,13 61:6
63:7 64:9,9
67:12 68:25
69:18 70:7 72:9
72:16 81:18

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                                2/10/2017

Page 100

87:24 88:7
**Eden's** 39:16
  59:15 62:15
**Edenton** 2:9
**effect** 5:20
**effectiveness** 7:18
**effects** 91:21
**efficiently** 50:13
  50:13
**efforts** 7:19 72:21
  81:8
**Eighty** 41:19
**either** 27:7 30:14
  50:12 78:13 92:3
**elevated** 34:15
  38:11 39:10 40:6
  47:12 55:2
**eliminated** 89:17
  89:21
**eliminating** 55:13
  55:15
**emerges** 33:10
  34:8
**emissions** 83:14
**Emma** 7:24
**employees** 29:2
**employment**
  95:15
**endangered** 11:10
**Energy** 1:11,21,24
  6:13 7:8 9:23
  10:1,17,19 12:10
  35:12 41:1,7
  46:23 47:4 51:2
  51:12,25 52:3,12
  52:19,22 56:25
  57:16 58:21 59:1
  61:21 62:21 72:4
  72:11,15,20 75:6
  76:12,14 77:8
  78:22 80:10,24
  81:17,19 83:11
  94:2
**Energy's** 7:6
  12:11,24 27:10

36:25 38:21 40:9
  40:10 47:14
**engaged** 80:10
**engineer** 9:22 56:4
**engineered** 50:15
  50:22
**engineering** 9:22
  56:3,17 64:16
  79:2,12
**entailed** 54:10
**entered** 3:4,6
  54:18
**enters** 35:16
**entirely** 70:8
**entities** 47:5
**entrance** 28:23
**ENVIRONME...**
  1:16
**environmental** 1:4
  2:3,8 5:7 10:18
  10:24 52:24 84:9
**EPA** 3:16
**EPA's** 66:5
**errata** 93:9 94:14
**essentially** 82:17
**establish** 20:16
**estimate** 81:2
**evaluated** 20:19
  29:11,17 34:18
  34:20 35:9
**evaluation** 3:13
  63:23
**event** 19:12,17
**events** 19:20
  24:16
**ex** 1:3,15 94:2
**exact** 17:11 23:3
  39:16 40:22
  82:16
**exactly** 17:13 27:7
  46:1 76:24 88:17
  89:2
**Examination** 2:19
  2:21,23 5:4 85:6
  90:14

**example** 59:20
**exceedance** 38:7
  42:22,24 43:1,3
**exceedances** 37:24
  38:3,22 39:19
  40:19 41:12
  42:11,16 43:4,8
  43:14 44:5,22
  45:5,9,12,16,19
  48:17,25 49:11
  90:17,21 91:2
**Excel** 8:6,9,16
**exception** 93:7
**excess** 61:14 72:9
**exchange** 68:7
**excuse** 68:7 73:12
**exhibit** 6:17,18,18
  6:19,20,23,24
  7:2,11 59:7,8,10
  63:13,14,15 66:3
  66:10 68:5,9,12
  68:16,20,21 69:7
  69:10
**exhibits** 68:3,11
**exist** 30:14
**exists** 30:14
**expand** 90:7
**expenditures**
  57:19
**expensive** 76:8
  81:7
**experience** 61:14
**Expires** 93:18
**explain** 12:17
  40:15 42:16
  79:17
**explained** 5:15
**expressed** 47:6,11
**extend** 19:23
**extended** 46:14
**extent** 31:2 33:23
  34:25 56:10
  83:16
**external** 36:20
**extremely** 31:20

**F**

**F** 95:1
**facilities** 10:2 84:8
  90:8
**fact** 51:18 78:24
**factor** 16:7 35:25
  36:13 46:18
  50:16 79:10
  87:15
**factors** 35:21 36:2
  36:8,15,16,21
  37:4
**facts** 33:20
**factual** 7:16 31:6
**fair** 70:10 71:21
  71:25 72:2
**fairly** 43:21 73:25
  79:8 89:21
**fall** 11:21,24 63:19
  82:13,17
**familiar** 19:3
  20:11 32:1 59:18
  62:25
**familiarize** 68:10
**far** 8:13 16:16,18
  16:19 19:23
  31:14 43:18 45:2
  87:9
**FEAR** 1:8
**February** 1:7 4:9
  91:14 95:19
**federal** 92:5
**federally** 65:19
**feed** 64:12,13,21
**feel** 66:7
**FGD** 13:24 14:1,2
  53:19,21,22
  79:21
**field** 79:5 89:22,22
  90:1
**figure** 87:3
**file** 20:18 91:13,14
  91:15 92:8,8
**files** 7:25 9:1

**financial** 95:16
**find** 93:3 94:8
**finding** 77:7
**findings** 87:24
**fine** 17:22 27:8
**firms** 56:3
**first** 7:5 8:13
  39:24 44:17,20
  51:2,12,14,25
  52:3,22 70:21,24
**fish** 62:19
**five** 15:14 17:8
  18:14,21 19:20
  19:21,21
**fix** 63:6
**flipped** 56:8
**flow** 21:14 33:2
  49:19 86:22
**flows** 20:8
**flue** 13:24,24
  53:20
**flush** 58:12
**flushed** 58:7
**flushing** 58:25,25
**fold** 23:8
**folks** 79:2
**follow-up** 83:6
**follows** 5:3
**Ford** 18:3,12 28:6
**foregoing** 93:1
  95:8,10
**fork** 18:24,25
**form** 12:14,25
  13:19 23:17 26:7
  30:3 31:1,13,18
  32:14,21 33:5,13
  34:17,24 35:15
  35:19,24 36:7
  37:3,11,15,22
  38:24 40:12 41:6
  45:22 46:25 50:6
  51:5 52:6 53:7
  53:16 54:6,15
  58:5 59:20 60:9
  61:7,23 62:23

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall
2/10/2017

Page 101

63:3 65:21,25
70:12,18 71:1,5
71:12 72:1,7,23
76:16 77:12 81:3
81:21 83:15 84:1
84:15,18,24
89:13 94:12
**formation** 35:17
36:3,6,17 37:1
37:20 48:9 50:5
50:17 91:22
**formations** 55:3
**forward** 7:6
**found** 82:7,23
**FOUNDATION**
1:8,19
**four** 19:13,20
60:17,18 65:3,13
65:14,22,24
67:11 68:7 69:22
**frame** 17:11,12
21:19 29:8 38:6
39:18,21 42:13
44:25 45:1 46:7
47:8,9,25 51:7
52:7 53:23 70:2
70:2,21,25 71:23
73:13 82:10,19
88:4
**frames** 92:7
**Francisco** 2:6
**free** 66:7
**French** 8:24 19:10
20:6 78:12 86:12
**frequent** 86:4
**frequently** 63:25
**front** 78:13
**fuel** 74:6
**fulfilled** 72:18
**full** 6:8
**function** 50:10
78:10 86:23
**funded** 57:16
**funding** 56:2,25
58:21 59:2 72:5

72:16
**fundings** 72:11
**furnish** 94:13
**further** 4:11 40:16
92:10,11,13
95:12,14

_____

**G**

**Gaffney** 27:4,5
45:8
**gas** 13:24,24 53:20
76:8 89:17,18
**Gastonia** 28:10
49:7 58:11
**gauge** 18:9
**gears** 12:10 42:9
**general** 1:1,13
25:8 30:8 40:25
81:6 92:6
**generally** 22:11,15
23:18 36:4 39:14
**generate** 89:17
**generated** 68:24
68:25 89:4
**generation** 76:4,6
**genesis** 87:25
**geography** 19:3
**Gervin** 4:5 95:4
95:23
**gestures** 6:1
**getting** 18:19 33:9
33:16 56:19
61:17 68:7
**give** 5:24 6:8
**given** 5:21 43:2
91:20,22 93:6
**giving** 6:12 87:20
**go** 8:13 13:23
18:12 20:2,3,6,7
20:9 23:3 26:20
28:1,5 32:4 36:2
48:18 53:19
61:20 67:6,22
83:3 84:23 86:3
92:5

**goal** 66:17
**goals** 65:23 66:14
67:1
**Godreau** 68:23
**goes** 49:4 53:22
77:4
**going** 6:16 10:7
12:9 23:10 26:17
37:18,23 40:13
40:15 44:7 52:25
59:7 63:10 66:8
68:2 79:6,20,23
80:2 88:10 89:2
89:4,7 90:3
**good** 46:13 59:4
73:24 86:14
89:20
**government** 5:1
**GPS** 23:2
**graphs** 71:22
**great** 33:15
**greater** 86:21
90:25
**group** 9:23 11:6,9
11:25 17:10 47:4
55:9 57:18 65:2
65:3 81:23 82:5
82:8 84:8
**groups** 5:8 11:13
12:1 62:17,25
**guess** 30:8,13 31:5
33:9 39:13 44:7
55:11 59:8 68:15
70:10

_____

**H**

**H** 3:1 94:1
**half** 16:18 91:23
**halfway** 32:19,23
**halide** 80:7,22
83:13,22,25
84:13 88:23
**halides** 79:4,7,9
79:25 80:5
**Hall** 1:5 4:2 5:1,5

33:17 59:8,10
63:13,15 66:3,10
68:12 90:11
93:12 94:5
**halogen** 36:23
50:11,15 75:12
84:19 85:24
90:25
**halogenated** 84:7
84:10
**halogens** 35:21
36:18,19 50:19
75:21 79:4
**hand** 6:16 59:7
63:10 66:2 68:2
95:19
**handy** 32:5
**Hang** 25:10
**harm** 14:14
**Hazen** 64:17
**heading** 64:8
**headwaters** 21:13
**health** 11:7 37:9
**held** 82:4
**help** 10:10 66:2
**helping** 79:12
**helps** 47:23
**hereunto** 95:18
**high** 61:8,8,9 62:4
**high-quality**
62:21
**higher** 75:21
78:16 86:11,14
**higher-halogen**
81:7
**highly** 31:19
**highs** 87:20
**Hill** 2:4 26:20 28:2
42:10 43:9,18,20
57:11 81:20 82:8
**hired** 11:21
**Holly** 28:11 49:14
58:11
**hope** 65:6
**hot** 46:14,15,16

**humans** 14:14
**hundred** 37:16
86:9 87:2
**Hunton** 2:12 4:7
**Hyco** 30:5,10

_____

**I**

**identification** 5:2
6:21,25 59:11
63:16 66:11
68:13
**identified** 74:18
**identify** 15:22
63:18 68:19 75:1
**immediately** 16:1
**impact** 12:19,22
18:9
**impacts** 12:23
18:22
**implementation**
80:23
**implemented** 90:1
90:3
**in-house** 11:12
**in-stream** 14:25
15:3,5,7
**inaudible** 67:19
**include** 22:2,22
69:14 87:5 88:20
**included** 22:18,21
24:9,10 64:19
**includes** 24:5 87:4
**including** 7:18
58:6
**inclusion** 23:4
87:22
**inclusive** 93:3
**increase** 37:5
46:17 48:4,7,23
70:1 84:13,21
87:6,10,11
**increased** 37:7
48:2,8 55:1
61:16 70:3,16
71:11,24,25

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 102

84:19
**increases** 44:8
  45:20 47:15 49:8
  50:9 70:24 71:4
**increasing** 46:20
**individual** 10:3
  11:3 65:19 66:13
  67:14
**individuals** 51:20
**industries** 74:21
  76:19 77:2
**industry** 73:25
  74:19
**influence** 77:18
**influenced** 16:19
**information** 7:16
  31:6 94:14
**initially** 47:3
  85:16,16
**install** 38:11 51:8
  81:9
**installation** 53:24
  54:1
**installed** 39:3
  53:21 54:14
  56:23
**installing** 54:20,21
**instance** 73:1
  76:21
**institute** 79:6
**instituted** 75:3
**instruct** 10:7
**intake** 15:17 18:3
  18:16 26:1,1,6,9
  26:13 28:2,5,7,8
  28:24 29:2,17,22
  29:23,23,24 30:1
  30:5,9,13,16
  35:16 40:6,18,20
  41:8,20 42:1,4,7
  42:10 43:12 44:4
  44:20 45:8,11,18
  46:21 47:13,16
  48:16,21 49:6,7
  49:17,21 50:3,5

55:14 58:15,24
  60:8,10,10 81:9
  81:20 83:7,8
**intakes** 7:17 11:24
  12:13,20 18:18
  25:11 26:16
  27:17,23 28:3
  29:10,21 31:7
  37:2,19 41:4
  43:20 48:19 51:4
  52:1 54:4 58:4
  72:13 81:13
**intent** 91:13 92:8
**interest** 95:16
**interpretation**
  70:13
**intersects** 32:18
**Intervenors** 2:3
**introduced** 6:17
**investigated** 46:24
**involved** 88:8
**Island** 18:13,14,20
  28:7
**issue** 46:4 51:11
  51:13 75:5,9
  82:1,8
**issued** 4:2 5:1 53:2
  83:24
**issues** 3:21 11:11
  30:2 44:15 64:12
  64:13,21 69:5,11
  75:7 81:17,19
  83:22 84:14
**italics** 61:19

**J**

**January** 10:22
  11:16 51:9 88:15
**Jessica** 68:23
**judge** 92:5
**June** 56:20
**Justice** 1:1,13 2:7
  20:15

**K**

**keep** 42:20 52:15
  89:12
**keeping** 89:1
**Kennedy** 9:20,21
  10:6,9
**kept** 41:1,7
**Kerr** 20:6 21:13
  26:1,13
**kidney** 62:19
**kidneys** 61:15
**kind** 7:25 12:17
  15:22 19:3,11,24
  20:7,8 21:22
  22:8 25:13,24
  28:1 36:13 52:10
  60:22 61:19
  67:12,21 68:23
  70:8 71:22 72:18
  73:2 74:23,25
  75:8 77:6,14
  82:18 84:9 85:23
  88:12 89:8 90:1
  90:24 92:1
**kinetic** 36:12
**know** 6:4 8:17
  12:21 15:16,22
  15:23 16:6 18:16
  26:2,17,25 29:4
  29:19,25 30:1,4
  30:19 31:15,17
  32:6,19 33:6
  37:17 38:8 39:8
  39:16,18,23 40:2
  40:3,4,22 41:14
  41:22 42:6,13
  43:2 44:15 45:25
  46:1,1,4,6 50:8
  50:19 51:15 53:8
  53:11,13 56:13
  56:18,22 57:15
  57:15,16,22 58:1
  58:6,13 59:8
  60:7,18,22 61:24
  64:12,19,21 67:5
  67:20 68:9 71:22

73:2,14 74:24
  75:7,16 76:21,25
  77:6 79:23 80:23
  80:25 81:4 82:7
  83:8,10,20 84:9
  85:21 86:23 87:4
  87:25 88:1,3,16
  88:17,19 91:15
  91:17,20 92:2
**knowledge** 50:20
**known** 6:12
**knows** 34:2 83:19

**L**

**labeled** 60:22,23
  69:4
**laboratory** 11:13
  11:19 89:25
**laid** 23:22 48:19
**Lake** 17:24 18:6
  18:13,14,21 26:1
  26:13 29:2,22
  30:1,6,10,14
  83:7
**landfill** 89:7,10
**Langley** 35:1
  83:18
**Langley's** 31:4
  33:14 34:1
**large** 50:16
**late** 51:6
**Law** 2:3 5:7
**laying** 33:21
**layout** 32:1
**leachate** 89:8
**lead** 35:17 36:5
  55:2,6
**leading** 32:10
**learned** 67:15
**led** 73:19 74:16
  88:6,9
**legitimate** 75:6
**let's** 19:13 42:18
  77:18
**Letter** 3:11

**letting** 89:13
**level** 65:23 66:14
  77:9,11 89:25
**levels** 34:15 40:6
  40:11 41:2,3,8
  41:14 44:13
  65:18 69:20,21
  70:14 78:11
  85:24
**light** 53:6
**limit** 14:12,21
  37:17 41:17
**limited** 8:23
**line** 20:8 94:9,16
  94:18,20,22,24
**lines** 26:2
**liquid** 79:14,18
**list** 25:13 27:22
  76:14 94:8
**listed** 7:7 14:16,18
  27:9 59:23 61:3
  64:13 66:18,21
  67:12
**lists** 27:15 66:5
**liter** 66:23
**little** 12:17 22:24
  67:7,22 71:14
  78:16 86:22
**liver** 61:15
**LLC** 1:11,24 94:3
**LLP** 2:12 4:7
**loading** 16:7
**located** 43:21 83:9
  87:14
**location** 16:15,17
  22:17 23:2 33:6
  33:9 35:10 49:2
  58:15 62:3
**locations** 17:8
  18:14,21 19:13
  19:21,22 21:7,24
  22:18 23:25
  33:24 41:8 60:17
  60:19 85:12,14
**long** 10:20 17:7

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 103

46:14 56:18
91:20,22
**longer** 51:18
**look** 7:2,10 15:23
23:24 35:2 49:23
59:9 62:1,10
64:6 66:7 69:10
69:11 71:7 82:16
88:16
**looked** 34:19
61:10 74:13 75:1
88:16
**looking** 62:11
69:25 70:7 74:11
76:13
**looks** 19:4 68:21
**lost** 22:24
**lot** 36:2 71:25
74:11 86:19
**low** 62:1 78:12
**low-** 75:11
**low-halogen** 73:7
**lower-halogen**
74:5 75:13,14,16
75:22 81:1,6
**lows** 87:21
**Lugoff** 44:2
**Lugoff-Elgin** 20:5
20:5 26:22 44:3
44:4,11

_____

**M**

**M-a-y-o-d-a-n**
25:18
**Madison** 15:25
17:2,5 25:16
37:21,23 38:7,10
39:3,11,12,20
40:3 41:24 42:2
42:3 51:8,24
52:2 54:11,16
55:12,14 57:9
69:17 70:2 72:8
72:16 81:18
87:24 88:7,15
90:24

**main** 18:15 28:8
**making** 94:11
**managed** 11:19
**manifesting** 48:8
**manufacturers**
77:2
**map** 32:5,9 49:18
49:19,23,25
**marked** 59:7
**Marshall** 13:10
18:9 19:7 27:22
45:14 47:15,19
**MATS** 47:24
**matter** 5:8 78:24
**Matthews** 46:2
49:2
**maximum** 65:18
65:23 66:13
**Mayo** 13:12 21:7
28:13,18 29:2,3
29:22 30:1,14
41:20 42:1 49:16
50:4,24 78:20
83:7,9 87:4,5,8
**Mayodan** 25:18
26:6,8 41:13,20
**mblake@selcnc....**
2:5
**McGuire** 18:4
**MCL** 61:2,14
66:17 67:1
**MCLs** 66:6
**mean** 12:16 15:5
20:2 22:18 35:5
35:21 42:16 48:3
54:24 57:4 60:11
76:4,20 77:14,14
80:1,19 85:16
**meaning** 12:18
**means** 47:20 70:9
**meant** 15:7
**measures** 42:19
**Mecklenburg** 1:2
1:14 95:3,6
**meet** 10:12 47:5

47:24
**meeting** 10:8
47:11 81:22 82:5
82:7,9,10
**meetings** 82:11,14
82:23
**Melissa** 2:11 7:24
**mentioned** 16:22
20:11 25:11
38:18 51:9 64:14
64:16 65:1 73:17
81:22 85:8 86:10
88:24
**mercury** 47:24
83:13
**met** 5:5
**methods** 80:11
**mid-Appalachian**
75:19
**middle** 82:19
**mile** 16:18
**miles** 16:2,4 43:24
45:4
**milligrams** 66:23
**million** 72:10
**mind** 52:15
**mispronounce**
44:2
**missed** 86:11
**missing** 26:24
28:14,14
**misunderstandi...**
48:19
**mixes** 36:5
**moment** 5:5 25:10
32:6 49:25 50:1
59:4
**monies** 57:7
**monitor** 14:19,21
20:20 91:25
**monitoring** 14:22
14:25 16:4 17:14
18:5 21:11 24:20
88:11
**monthly** 85:18

**months** 85:25
**Mooresville** 18:2
18:2,3 27:24
45:15
**Mount** 28:11
49:14 58:11
**Mountain** 18:13
18:14,20 28:6
**MOUNTAINT...**
1:20
**mromanzo@hu...**
2:14
**multimunicipality**
25:25
**multiple** 8:19 64:1
87:13
**municipal** 18:18
29:21,23 37:6
54:8 74:20 76:18
77:1,4 81:9
87:13
**municipalities**
20:17,23,24 21:1
28:19,22 44:14
56:3 58:6 67:10
67:16 75:4 77:3
82:3 83:1 91:6,9
91:12,18
**municipality**
50:12
**Myra** 2:3 5:5
15:14 17:13 27:6
38:9 49:24

_____

**N**

**N** 2:1
**N.P** 95:23
**name** 5:5 8:16,18
65:15 80:4
**national** 3:16 66:5
**Nationally** 4:6
95:4
**natural** 1:16 11:9
**naturally** 13:20,22
73:4 76:20,23

77:14 78:15
**NC** 1:8
**near** 18:1,1,15
20:5 21:7,12
22:2 60:10 62:3
77:23 90:21
**necessarily** 32:5
43:1 44:13 53:20
**necessary** 32:7
94:13
**need** 5:24 17:9
22:13 29:14
49:23,23 62:18
63:1 86:3 94:9
**nervous** 61:16
**new** 8:11 81:9,12
**Ninety** 86:9
**nods** 5:25
**nonroutine** 24:15
**Norman** 17:24
18:6
**North** 1:1,3,3,13
1:15,16 2:4,7,9
2:13 4:4,8 20:7
25:25 52:23
68:22 94:2 95:2
95:6
**northern** 17:24
**northwest** 20:9
32:11
**NOS** 94:4
**Notary** 4:6 93:17
95:5,24
**note** 61:11 66:8,13
**Notice** 4:2
**notification** 20:2
20:12 21:4 88:9
**notifications**
20:22,23
**notified** 26:3 75:3
84:10
**notifying** 20:24
**November** 91:13
92:8
**NPDES** 9:7 14:16

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 104

15:21 53:1 63:21
87:23 88:20
**NPDS** 9:6
**Nuclear** 73:22
**number** 3:3 6:20
6:24 28:2,5,7
59:10 63:15 66:7
66:10 94:9
**numbers** 60:16
68:12 73:2 82:25

**O**

**oath** 5:18
**objection** 12:14
12:25 13:19
23:17 26:7 30:3
31:1,13,18 32:14
32:21,24 33:5,13
34:17,24 35:15
35:19 36:7 37:3
37:11,15,22
38:24 40:12 41:6
45:22 46:25 50:6
51:5 52:6 53:7
53:16 54:6,15
58:5 60:9 61:7
61:23 62:23 63:3
65:21,25 70:12
70:18 71:1,5,12
72:1,7,23 76:16
77:10,12 81:3,21
83:15 84:1,15,18
84:22,24
**obligation** 24:17
**obligations** 23:23
24:8 47:25
**observed** 59:6
83:5
**obviously** 88:7
89:7
**occur** 14:23
**occurred** 39:19
**occurring** 17:15
17:16,17 76:20
76:23 77:14

78:15
**occurs** 14:24 17:3
23:25 33:2 36:14
**October** 53:2
63:19
**Office** 2:8
**offices** 4:7
**Oh** 33:7 61:19
**okay** 5:9 6:3,7,11
6:22 7:1,2,10,14
7:22 8:2,19,25
9:16 10:3,11
11:6,15,23 12:7
12:16,23 13:4,16
14:7,22,25 15:3
15:7 16:12,21
17:3,7,14,18,22
17:23,25 18:8,11
18:12,18 19:5,15
19:23 20:11,21
21:6,17 22:1,12
22:14 23:12,24
24:5,15,21,24
25:2,4,10,17,19
25:22 26:5,11,15
26:23 27:3,8,15
27:19,21,25 28:4
28:9,13,17,21
29:1,6,10,22
30:1,5,13,18
31:5 32:4,18
33:1,7 34:4,12
34:18,22 35:5,12
36:4,11,16,25
37:9,14,18 38:2
38:5 39:1,5,13
39:18 40:9,14,19
40:25 41:7,11,18
42:2,6,9,15 43:2
43:8,11,14,17,22
43:25 44:4,7,16
44:25 45:2,8,11
45:14 46:3,9,11
46:15,19,23 47:2
47:8,10,14,18

48:5,16,25 49:3
49:5,7,11,16,22
49:25 50:24 51:2
51:12,20,24 52:3
52:8,12,22 53:5
53:13 54:2,10,17
54:19 55:5,11,16
55:25 56:10,22
57:3,6,11,22
58:1,9 59:12,24
60:7,21 61:2,10
62:6 63:5,10,12
63:13,22,25 64:4
64:6,24 65:6,11
65:15,18,23
66:13,22 67:4,13
67:15,24 68:1,14
68:15,18 69:2,7
69:10,20 70:5,14
70:20,23 71:7,14
71:21 72:3,11,15
72:20,25 74:8
75:10,24 76:7,12
77:8,17,21 78:1
78:4,9,19,22
79:1,13,17,22
80:2,4,8,10,17
80:22 81:5,8,12
81:16,24 82:9,12
82:15,20,22 83:3
83:11 84:3,12
85:1,3,5 86:16
87:16,19 89:12
89:15 91:5 92:10
**once** 26:20 48:10
53:21 59:8 64:1
68:9 81:25 85:25
**ones** 26:3 58:2
65:15
**ongoing** 8:12 86:5
**open** 82:2
**operable** 55:24
56:7,15
**operate** 87:8
**operated** 50:11,14

**operates** 50:12
**operations** 13:1
13:17 16:20
20:18 77:22 78:2
**opinion** 11:3
**options** 89:16
**order** 15:22 31:21
60:15 67:22
85:12
**organic** 35:25
**organization**
11:14 12:6
**origins** 31:8
**outfall** 14:23,24
73:12 78:14
**outfalls** 14:6,10
**outlined** 41:10
73:3 75:5 78:24
**outside** 14:20
24:18
**overchlorination**
35:23
**owners** 62:20

**P**

**P** 2:1,1
**P.M** 92:15
**page** 3:2 7:5,14
59:25 61:11 64:6
66:4,9 69:11,14
71:7,8 94:9,16
94:18,20,22,24
**pages** 2:18 93:2
94:12 95:10
**paragraph** 62:10
**parameters** 23:22
**part** 20:14 22:8
24:7 26:4 27:11
29:11 47:5 48:18
56:16 70:15 78:7
85:9
**particular** 8:1,3,9
8:18 21:15 24:6
29:17 34:13,22
37:18 38:14

41:20 45:23
50:21 51:17
54:22 62:3 69:12
70:17,20 71:25
87:12
**particularly** 67:9
**parties** 4:4,12
56:1 95:15
**partner** 82:4
**partnered** 79:2
**parts** 41:19 42:9
42:23 77:25 78:3
78:6,13,17 86:2
87:2
**party** 92:4
**patient** 62:19
**paucity** 19:11
85:21
**people** 39:22 40:1
42:6 51:16 61:13
**percent** 37:16
48:3,14,15 55:18
71:15,18 73:14
**percentage** 71:10
86:20
**period** 8:10
**periods** 46:14
**permit** 9:6,7,9,10
15:21 23:16
52:16 53:1,2,10
63:20 83:12,16
83:21,23 87:23
88:2,4,11
**permits** 9:4 14:17
14:18 88:20
**permitted** 42:1
**personal** 34:3
**persons** 95:12
**phone** 10:14
**phrase** 6:5
**picture** 25:8 49:18
**pie** 71:8
**pipe** 24:22 31:12
32:9,18 33:3,11
34:9,15,23,25

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 105

35:2,7
**place** 56:7,14,15
    88:5 95:9
**Plaintiff** 1:5,17
    2:6
**Plaintiff's** 3:2
**Plaintiff-** 2:2
**Plaintiff-Interv...**
    1:9,22
**Plaintiff/Interve...**
    4:3
**plan** 21:11 89:25
**plans** 23:21,24
    35:12 74:16 90:7
**plant** 13:1,17,21
    15:8 16:10,19
    18:4 29:3 30:11
    49:4 54:9 69:1
    77:4
**plants** 7:18 21:14
    48:10 74:4,20
    76:19 77:1 81:13
    87:14 90:22
**Plaza** 2:12
**plea** 8:14 20:14
    21:20,24 27:12
    29:20 48:11 75:2
    85:17
**please** 6:4 12:17
    94:7,11,13,14
**point** 14:11 15:25
    16:4,8,9,21,25
    17:1,4 18:24
    23:4 35:6 42:23
    42:25 45:23,25
    46:5 49:2 61:5
    61:25 64:22 67:7
    76:18 79:5 87:10
    87:12
**points** 8:6 15:14
    19:25 22:4,5,7
    42:19,21 85:10
**pond** 62:20
**position** 10:17,20
    10:22 11:18,20

**positive** 91:1,2
**possible** 78:23
    82:2
**Post** 2:8
**potential** 18:22
    50:25 75:4 76:15
    77:23
**potentially** 40:13
    50:7,23 51:1
**POTW** 74:22 77:3
**Powder** 75:20
**power** 29:3 69:1
**ppb** 87:11
**precautions** 62:18
    63:1
**preferentially**
    73:7 74:5 75:15
    75:22
**preparation** 51:15
**prepare** 7:22
    10:10
**prepared** 7:20
**preparing** 9:13
    10:15
**presence** 13:17
    35:10
**present** 10:9 13:20
    13:22,25 14:1,4
    31:17,22,23,24
    36:5 53:14,17
    60:4 73:4 77:15
    77:18 95:13
**presented** 6:21,25
    7:11 59:11 63:16
    66:11 68:13
**presumably** 68:25
    74:21 77:1
**pretty** 46:13,13
    87:9 89:18 91:1
**previous** 6:17 9:9
    88:4
**Previously** 3:4,6
**primary** 3:16 10:3
    10:5 66:5
**prior** 11:15 47:22

51:10 53:5,8,9
    53:12 84:10
    88:14
**privilege** 29:14,16
**probably** 9:15
    16:3 17:20 19:13
    40:24
**problems** 37:10
    61:15
**Procedure** 4:5
**proceedings** 95:11
**process** 5:11,15
    13:23 20:1,12,17
    20:25 26:4,18
    27:12 29:11,18
    47:23 53:19 54:1
    54:20 73:19 75:3
    75:5 79:24 80:5
    82:24 84:6 85:23
    91:5,10,11,16,19
    91:24 92:1
**produced** 5:1
**progress** 1:11
    63:22 64:4,8
    94:3
**project** 64:11,11
    79:6
**pronouncing** 65:6
**proposal** 84:13
**proposed** 81:12
**provide** 72:16
**provided** 56:25
    58:21 59:1 72:12
    72:17
**providing** 56:2
**public** 4:6 29:23
    40:23 68:22
    93:17 95:5,24
**publicly** 26:19
    27:13 46:22,22
**pulled** 13:23
**pulls** 30:10
**purchase** 41:24
**purpose** 22:19,20
    23:6,8,8

**purposes** 23:19
**pursuing** 63:7
**purview** 11:25
**put** 53:3 56:14
    58:16 66:3
**putting** 7:6

_____
        **Q**
**quality** 1:4 3:8
    11:7,25 12:5
    52:17,24 59:16
**quantities** 14:14
**quarter** 42:25
    46:10
**quarterly** 22:11
    22:15 60:17
**question** 6:3 12:17
    29:13,15,16 31:9
    34:6,7 35:9
    39:24 40:25
    44:15 50:22
    51:16 57:10
**questions** 5:10,25
    11:4 16:12 25:5
    83:6 85:1,4
    90:12,15 92:10
    92:11,13
**quick** 59:5 89:18
**quicker** 36:14
**quickly** 89:21
**quite** 40:15 74:1
    83:1

_____
        **R**
**R** 2:1 94:1,1 95:1
**radar** 52:18
**raise** 84:12
**Raleigh** 2:9
**range** 19:24 60:4
    62:1,8,9 77:9,25
    78:3,6,8,13,18
    86:2,17 87:18
**rare** 11:10
**reaches** 17:24
**reaction** 36:14,18

36:21 38:14
**reactive** 47:23
**read** 56:1 93:1
    94:7,17,19,21,23
    94:25
**ready** 79:5
**real** 88:25
**really** 74:14,24
    90:2
**reason** 6:7 31:16
    31:19 50:8 61:21
    62:22 67:16
**Rebekah** 4:5 95:4
    95:23
**recall** 90:18
**receipt** 94:15
**receiving** 15:6
**recess** 59:6 83:5
**recognize** 59:13
    63:14
**recollection** 66:25
**record** 40:23
    63:18 68:19 83:3
    88:6
**recorded** 6:1
**records** 41:1,7
**reduce** 7:19 56:10
    58:8 72:21 74:6
**reduced** 48:13
    73:13
**reducing** 55:17,23
**reduction** 3:13
    55:18 63:23
    73:20
**reductions** 73:15
**refer** 80:7
**reference** 3:3
    49:19
**referred** 54:14
**referring** 43:4
**refined** 82:24
    85:23 90:23
**refining** 47:19
    48:1,10 73:18,18
**refresh** 66:2,25

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall    2/10/2017

Page 106

**regard** 84:14
**regarding** 7:16
  31:5,6 90:16
**Regardless** 49:6
**regards** 8:7 12:19
  75:9
**regime** 86:23
**regimen** 86:5
**Reginald** 3:11
**regional** 26:1,13
**regulated** 15:19
  37:13 52:16
  65:14 67:9,11
  74:14
**regulations** 3:17
  66:6
**regulatory** 14:12
  23:19,23 24:8,17
  37:17
**reimbursement**
  75:6
**reject** 89:5
**rel** 1:3,15 94:2
**relate** 79:13
**related** 30:2 75:7
**relates** 83:21
**relation** 83:9
**remain** 78:12
**remains** 56:11
**remember** 17:11
  17:12 24:17
  25:15 26:17 27:6
  28:16 38:13 73:3
  86:16 91:6
**remove** 79:24
**removing** 79:7
  80:5,11
**reorganized** 10:21
**report** 3:8,14
  14:21 24:20
  59:16 63:22 64:4
  64:8 88:11
**Reporter** 4:6 68:6
  95:5
**reports** 63:25

**represent** 5:7 66:4
**requesting** 83:12
**required** 14:19,19
  24:7 75:2
**requirement**
  63:20 72:19
**requirements** 22:9
**reserved** 4:14
**reservoir** 20:4,6
  21:13 22:22
**resolved** 64:22
**resources** 1:16
  11:6,9 12:6
**response** 7:4,15
  12:8 16:23 32:15
  39:12 44:19,21
  62:13 64:7 69:13
  90:6
**responses** 5:25
  43:6
**responsibilities**
  9:24
**responsibility**
  9:25 10:4
**restate** 31:9
**result** 95:17
**results** 24:2,5
**return** 94:9,14
**reveal** 10:8
**review** 4:12 8:2,25
  9:8 84:9
**reviewed** 9:4
**right** 7:13 11:5
  23:10,13 27:7,19
  28:16 29:6 33:4
  33:12 35:22
  38:19 39:2 40:7
  41:13 60:1,25
  61:3 62:8 65:4,7
  66:18 68:19 69:5
  69:18 70:21,25
  71:11,16,19
  75:20 79:19
  85:17 87:21
**risk** 61:16

**river** 1:8,8,20,21
  8:23,23 14:23
  15:11,12,13 16:2
  16:4,16 18:20
  22:2,21 23:1
  28:23 32:13 35:9
  41:21 42:1 48:7
  48:15,24 57:5
  60:11 73:11,16
  73:21 74:7 75:21
  78:14 81:10 85:7
**Riverbend** 19:8
**RIVERKEEPER**
  1:19,20
**rivers** 1:7,7 13:2
**ROANOKE** 1:8
  1:20
**Rock** 26:20 28:2
  42:10 43:9,18,20
  57:11 81:20 82:8
**Romanzo** 2:11,23
  10:7 11:1 12:14
  12:25 13:19
  23:17 26:7 29:13
  30:3 31:1,13,18
  32:14,21,24 33:5
  33:13,23 34:17
  34:24 35:15,19
  36:7 37:3,11,15
  37:22 38:24
  40:12 41:6 45:22
  46:25 50:6 51:5
  52:6 53:7,16
  54:6,15 58:5
  60:9 61:7,23
  62:23 63:3 65:21
  65:25 70:12,18
  71:1,5,12 72:1,7
  72:23 76:16
  77:10,12 81:3,21
  83:15 84:1,15,18
  84:22,24 90:14
  92:10
**Rosemary** 2:4
**roughly** 44:1 45:4

          46:1 48:14
**routine** 18:5 21:11
  21:21 22:1,4,5,8
  22:10,16,25 23:7
  23:12 24:2 85:9
  85:10
**routinely** 15:15
  18:6
**Roxboro** 13:14
  21:7 28:18 30:6
  30:8 49:16 50:4
  50:24 78:20 87:4
  87:5,8
**Rules** 4:5
**run** 73:7 74:5,5
  75:19,22
**running** 42:20
  73:9 75:11,20
  76:2,9 77:15
  81:1 86:25
**runs** 86:24,25

          **S**

**S** 2:1 3:1 94:1
**salts** 83:13,25
  84:13
**saltwater** 76:21
**sample** 17:23 18:1
  21:23
**sampled** 19:25
  60:8,13 85:15
**samples** 18:7
  21:10,12,16
  22:10,16,17,19
  22:25 23:7,12
  24:21,25 60:17
**sampling** 15:25
  16:8,9,15,21
  17:3,7 18:24
  19:12,15,17,19
  19:25 21:7 22:1
  22:2,4,5,7,8
  23:13 24:10,15
  42:25 74:16 85:7
  85:9,11 86:5

          90:20
**satisfying** 63:20
**Sawyer** 64:17
**saying** 37:23
**says** 61:12 62:2,17
  64:9
**scale** 89:25
**scenario** 74:24
**science** 10:18,24
**SCOTT** 1:5 4:2
  5:1 93:12 94:5
**scrubbed** 20:18
**scrubber** 14:2
  53:19,21,23,24
  54:1 79:21
**seam** 75:20,23
**seasonal** 91:21
**second** 29:12 64:6
  66:9 83:4
**section** 27:11
  59:21 68:22
**see** 7:6 8:1 15:9,24
  17:18 19:13
  23:25 25:15 26:5
  29:22 32:9 46:6
  46:15 48:22
  61:11,17,20
  66:12 87:9
**seeing** 68:18
**seek** 75:6
**seen** 37:4,5 56:11
  59:14,18,19,21
  67:3 68:15 73:2
  73:15 86:18 88:8
  88:13 91:3
**seep** 33:25
**seepage** 33:1,19
**seeps** 30:24 31:11
  31:14,17,22 33:6
  33:10 34:20,22
  35:13
**Semi-** 3:13
**semiannual** 63:22
  63:25 78:25
**semiannually** 64:3

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                                    2/10/2017

Page 107

**Sent** 91:16
**sentence** 62:11,17
**separate** 23:10
**sequester** 47:24
  79:3,24 89:9
**sequestered** 89:1
**Sequestering** 79:9
**sequestration**
  80:7,22 88:23
**series** 82:11
**serve** 40:1
**served** 29:2
**serves** 42:7
**set** 18:16 63:11
  64:24 65:18 68:1
  72:3 74:25 84:6
  95:18
**settlement** 57:4
**setup** 39:16
**seven** 72:8
**Shannon** 31:4
  33:14 34:1 83:18
**share** 41:23
**shared** 82:6
**sheet** 93:9 94:14
**Shelby** 27:4 44:17
  45:2,6 58:15,19
  58:22
**shifting** 42:9
**show** 71:22
**showing** 69:15
  70:10 71:9 83:1
**shown** 12:19,21
  34:13,15
**side** 32:11 68:8,8
**SIERRA** 1:7
**signed** 8:14 20:15
  48:11 51:9 56:20
  88:15
**significantly**
  70:24
**signing** 4:13 21:20
  21:24 85:17
**simply** 86:15
**single** 39:15

**site** 13:4,6,8,10,12
  13:14 15:1 17:19
  19:1,2,7,14,19
  22:3 25:12 26:16
  28:13 30:6,8
  32:2 39:19 43:19
  43:23 44:9,17
  45:3,14 50:24
  53:15 54:4,11
  57:11 58:19 76:1
**sites** 8:19,21 17:16
  17:17 21:8,9
  30:23 49:16
  53:25 77:9 78:20
  79:15
**sitting** 28:14
**slightly** 72:9
**sluicing** 79:19
**Smith** 16:5,21
**sole** 37:24
**solely** 35:24
**solidify** 89:9,12
**solubility** 31:23
  79:10
**soluble** 14:4 31:20
  31:21 88:25
**solution** 47:21
  79:3 89:20
**somebody** 62:3
**sorry** 22:24 27:6
  28:16 29:9 31:9
  32:16 33:6 39:24
  41:2 43:17 48:18
  60:12 61:18 80:2
  80:19 83:10
**sort** 32:11 41:24
  89:4,5
**sound** 1:7 29:6
**sounded** 80:19
**source** 31:8 54:23
  55:1 57:20 78:23
**sourced** 75:17
**sources** 15:18,23
  16:6 40:17 74:19
  76:13,15 77:24

86:18
**south** 2:13 4:7
  18:24,25 25:23
  25:24 26:11
**Southern** 1:21 2:3
  5:6
**space** 33:1 34:13
**sparge** 38:12 39:3
  51:8
**speak** 9:16 10:14
  90:2
**special** 62:18 63:1
**specialized** 21:23
  62:20
**species** 11:11 37:5
**specific** 23:25
  47:12 50:17
  76:17 91:11
**specifically** 8:8
  29:20 41:16
  51:21 57:8 74:20
  87:24
**speculating** 16:3
  29:9 40:21 49:20
**speculation** 56:16
**spelled** 26:18
**spend** 9:13
**spent** 72:4 80:24
**spikes** 77:23
**spill** 57:5
**spoke** 9:20
**spot** 23:1,3
**spreadsheet** 8:6,9
  8:16,17
**spring** 85:18
**stabilized** 86:2
**standard** 24:18
  52:17
**standards** 40:20
**start** 5:10 11:20
  77:18
**started** 17:10
  21:20,24 57:12
  58:25 74:10,14
**starting** 16:15

17:18 53:14 54:4
  55:12 68:15 70:1
  70:3 71:4,23
**state** 1:1,3,13,15
  42:10 77:15,18
  88:13 94:2 95:2
  95:6
**stated** 34:19 95:13
**statement** 61:17
  61:22 62:22 72:2
**Station** 9:5 18:10
  18:23 38:1,3
  63:21 73:6,22
  83:14,25
**stations** 18:6
**Steam** 9:4 18:10
  18:23 37:25 38:2
  63:21 73:6 83:14
  83:25
**steps** 73:5,10
  74:18 75:8,11
**stipulated** 4:11
  29:21
**stipulation** 20:16
**Stokes** 81:8
**stopped** 19:25
  20:1 29:7
**storage** 38:11
**Stowe** 51:21
**straightforward**
  79:8
**strategic** 9:22
**stream** 53:20,22
  79:4,8,25 80:6
  89:3,4
**Street** 2:4,9,13 4:8
**structure** 35:7
**studies** 57:18
  78:22 80:10,22
  89:22
**study** 23:21,24
  80:9 88:23
**stuff** 21:21,22
**subcomponents**
  65:19

**submission** 24:11
**submit** 91:25
**submittal** 63:19
  78:25
**submitted** 23:21
  24:2,20,22,23
  25:3 64:1 83:12
  88:1
**subscribed** 93:13
**subsequent** 48:12
  53:2
**subsequently**
  48:13 53:3 73:15
  85:22
**substantially** 48:2
  48:3
**success** 90:9,10
**successful** 55:13
  55:17,22 90:8
**Suite** 2:4,12 4:8
**sum** 84:17
**summarizing**
  68:24
**summary** 3:21
  69:4,10
**summation** 65:22
  67:11
**summer** 8:15
  82:18
**SUPERIOR** 1:1
  1:14
**supplemental**
  94:12
**supplies** 72:6
**supply** 41:4 62:15
**support** 23:18,23
  92:2
**sure** 5:10,12 6:6
  10:25 13:20
  16:14 21:9 25:6
  25:9,13 30:21
  32:8 33:23 37:16
  67:20 68:4,21
  70:9 79:18 85:5
  90:13

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                    2/10/2017

Page 108

**surface** 11:7,8,25
  12:5 15:6 17:14
  30:10,23,25
  33:25 34:22
  52:17
**susceptible** 50:18
  54:23,24
**switch** 56:8
**switched** 74:2
  85:25
**Switching** 12:10
**sworn** 5:2 93:13
**system** 13:24,25
  38:12,16 39:4,17
  42:18,20 45:24
  48:21 49:1,8,12
  50:11,12,14,15
  50:21 54:21,22
  54:22 55:2,4,19
  55:22 56:6,13,14
  56:22 57:8,21
  58:8 60:11,14,24
  62:15 74:23
**systems** 50:18
  51:8 54:13 55:12
  56:5 61:16 74:15

**T**

**T** 3:1 94:1,1 95:1
  95:1
**TABLE** 2:17
**take** 7:2,10 17:8
  29:12 59:5,9
  60:16 62:10,18
  63:1 64:6 69:11
  71:7 89:6,6,7,16
**taken** 4:2 22:16
  24:21 66:4 73:5
  75:8
**talked** 7:24,24
  30:23 54:11
  81:14,16 83:6
  91:5
**talking** 14:15
  69:22 76:22

  90:17,18
**talks** 62:14,16
**tanks** 38:11 39:1
  39:10,14 54:14
**tbenzoni@ncdo...**
  2:10
**team** 79:12
**tell** 9:3 34:2 37:12
**temperature**
  36:13,21 46:16
**temporal** 70:10
**ten** 18:5 86:9 87:2
**term** 20:11
**terms** 29:18 83:16
  87:22 92:7
**terrestrial** 11:10
**test** 35:12
**tested** 31:14
**testified** 5:2 30:18
  33:17 35:1 88:24
**testify** 7:7,20 31:2
  87:3
**testifying** 83:22
**testimony** 5:20
  6:8,13 12:9
  30:20 35:3 93:6
**testing** 23:25 24:2
**tests** 34:12
**thank** 9:8 12:7
  25:4 68:1,8 72:3
  74:8 90:11
**thereof** 95:17
**thermal** 23:20
**thing** 41:19 66:8
  71:3 90:13
**things** 1:9 77:15
  80:1 90:16
**think** 15:14 16:2,5
  22:24 25:7,7
  28:11 35:1,5
  37:16 40:21,23
  41:16 46:15
  49:20 54:4,11
  56:8 64:17,25
  67:17 71:9 72:2

  82:13 86:10
**thinking** 28:14
**third** 46:10
**thirty** 94:15
**THM** 82:25 91:21
**THMs** 37:5
**thought** 15:7
  51:15
**threatened** 11:10
**three** 11:13 26:24
  62:17 76:22
  82:14 85:25
**time** 8:9,14 9:13
  17:8,11,12 21:2
  21:19 22:17,22
  23:3 29:7 36:1
  36:12,22 38:6
  39:18,21 41:3
  42:13 44:25 45:1
  46:6 47:8,9,25
  51:6 52:7,11,20
  53:5,23 55:11
  60:8 67:6,19
  70:1,1,2,21,21
  70:24,25 71:23
  73:13 82:9,18
  88:4 91:22 92:7
  95:9
**times** 60:7,13 64:1
  76:22
**to-2012** 39:21
**TOC** 36:10
**today** 5:18,22 6:9
  7:20,23 27:20
  85:2 88:8
**told** 38:13 73:4
**topic** 7:8,10,16,20
  8:1 11:2 31:3,5
**total** 35:25 36:18
  60:2 61:2 69:25
  72:17,18 87:16
**totally** 80:1
**touched** 54:5
**tough** 15:20 75:18
**towers** 74:1,3

**town** 15:25 16:8,9
  25:18,20 37:21
  38:7,10 40:3
  56:21 68:25
  69:17
**toxic** 83:13
**toxicity** 89:18
**toxicologist** 37:12
  61:24
**track** 44:13
**traditionally**
  75:19
**transcript** 4:1,13
  93:5 94:7,10
**transcription**
  95:11
**transitioning**
  79:14
**transparent** 82:2
**treat** 54:2,7 57:19
  83:13 89:3
**treated** 62:21 77:5
**treating** 58:3
  74:22
**treatment** 9:25
  16:10 54:8 57:1
  57:7,22 63:6
  72:5 74:20 76:19
  77:1,4 87:14
**treatments** 54:10
  54:12 56:23
  57:12 58:1,13,16
  58:18 78:23
**trial** 90:1
**trials** 79:5 89:23
**tributary** 16:5,8
  16:24 32:12,18
  32:22,23 33:2
  35:8 41:21 87:7
**triggered** 87:23
**triggers** 42:22
**trihalomethane**
  35:24 36:2,6
  37:9,20 38:15,22
  40:11,20 41:2,3

  44:5,13 45:9,12
  45:15 48:9,20
  50:5,9,10,16
  51:3,13 52:9,13
  53:6 54:3 55:3,6
  55:8 56:11 63:8
  65:20 66:15
  69:21 70:15
  81:17,19 90:17
**trihalomethanes**
  35:18,22 36:19
  37:1 38:12 41:13
  41:14 42:11,19
  43:15 44:8,22
  45:20 46:20
  47:16 48:17 49:1
  49:9,12 54:7
  55:10,13,18,23
  57:20 58:3 60:2
  60:4 61:2,13
  62:5 65:1,16
  67:2 69:15 70:11
  71:10,15,23,24
  72:5 90:21
**trips** 23:10
**trucks** 89:19
**true** 13:4 76:10
  93:4 95:10
**truly** 82:3
**try** 32:4 74:6
**trying** 17:11 23:9
  49:18 74:14
  76:24 85:19
**Tryon** 2:13 4:7
**TTHM** 59:22 60:2
  61:12
**turning** 59:24
**turns** 25:24
**Twenty/fourteen**
  46:8
**Twenty/twelve**
  42:14
**twice** 64:3
**two** 21:14 22:6
  28:3 39:8,9,10

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                            2/10/2017

Page 109

43:20 54:14
73:10 80:1
**Two-thousand/...**
70:6
**type** 11:8,11 36:23
57:22
**types** 50:17 67:1
70:14

**U**

**ubiquitous** 73:25
**Uh-huh** 7:4,15
12:8 16:23 32:15
39:12 44:19,21
62:13 64:7 69:13
90:6
**ultimate** 92:3
**ultimately** 14:5
15:11 21:9
**UNC-Charlotte**
79:3,11
**underneath** 62:11
**understand** 5:11
5:18,24 6:2,3,5
6:11 25:8 56:5
67:6,23
**understanding**
32:20 42:5 52:2
60:15 64:23 67:8
67:10 85:24
**understood** 85:8
**Unfortunately**
51:16
**units** 73:8 76:1,5,6
76:8
**update** 8:17
**updated** 8:11
**upstream** 15:16
15:24 16:15,16
16:17,25 17:2,23
18:25 19:1,2,15
19:16,21,21 33:2
33:11 34:9,14,23
35:10 49:16,21
50:2 77:22 78:5

78:15,19
**use** 47:6 83:13,24
84:11,13 94:12
**users** 47:4 57:18
81:23 82:5

**V**

**v** 94:2
**Vaguely** 32:3
**variance** 23:20
**various** 41:3 47:5
**vary** 22:13 75:20
**verbal** 5:24
**Verbatim** 4:6 95:5
**versions** 9:9
**versus** 78:19
**Virginia** 25:21,23
**VOICES** 1:19
**vs** 1:6,10,18,23

**W**

**walk** 17:18
**walked** 17:21
**want** 33:19 58:10
80:20 89:19
**wanted** 35:4
**warmer** 36:14
**wasn't** 29:23 35:2
**waste** 53:22 79:4
79:25 80:5 89:3
89:4
**wastewater** 14:2
16:10 74:20
76:18 77:1,4
79:21 87:13
**WATCH** 1:9
**water** 3:8,17 7:17
9:25,25 11:6,7,8
11:24,25 12:5,6
12:12,20 14:4
15:6,17 18:2,15
18:18 25:11 26:1
26:6,9,13,16
27:17,23 28:8
29:1,10,21,22,24

30:1,5,9,13,16
31:7 33:10,25
34:8,12,13,22
35:16 36:14 37:2
37:19 38:13 39:1
39:14 40:18 41:3
41:23 42:2,10,18
43:11 44:4,20
45:8,11 46:4,5
47:4,6 48:10
49:4,7,17,21
50:3,5,21 51:4
52:1,17 53:20
54:3,8,23 55:1
57:17,20 58:4,7
58:8,12,15,25
59:16 60:7,14,24
61:13 62:4,15,16
62:19,21 63:2,5
66:6 68:22 72:6
72:12 77:3 78:10
79:8 81:9,13,23
82:5 83:7 86:16
86:19 89:3,5
**Wateree** 20:4
**WATERKEEP...**
1:7,22
**waters** 17:15
30:10,23,25
31:24 37:6 47:13
86:17,21
**way** 19:3 38:3
42:18 50:11,15
50:21 56:1 79:9
91:24 92:6
**we'll** 5:10
**we're** 5:21 14:15
14:19,19 22:21
44:14 67:9 76:22
79:6
**weather** 46:14,16
46:16
**website** 26:20
27:11,14 46:22
66:5

**went** 7:25 20:9,22
21:4 57:7
**West** 2:4,9
**WHEREOF**
95:18
**Williams** 2:12 4:7
**WINYAH** 1:7
**wish** 94:8
**witness** 4:13 85:3
85:5 90:13 94:5
95:9,18
**witnesses** 7:7
**word** 34:25 39:2
**work** 64:10 79:3
89:8,11
**worked** 38:10,14
62:14 91:24
**working** 51:17
56:17,19
**works** 13:18 79:24
91:24 92:6
**worse** 50:14
**wouldn't** 6:7
31:15 48:20
**wrong** 30:19
**WSRO** 3:22 69:5
**Wylie** 18:21,22
26:21 43:21,23

**X**

**x** 3:1 70:9

**Y**

**YADKIN** 1:19
**yeah** 8:22 17:10
19:2,9,16 20:14
21:18 22:4 25:15
27:10,24 32:25
39:25 42:5 43:7
67:18,20 74:10
75:15,18 76:8
86:14 90:9 91:11
**year** 21:5 42:24
46:12 59:16 60:5
64:1,2,3 79:7

82:19 89:24
91:13,16,23 92:8
**years** 46:12 61:14
**yesterday** 31:4
33:14 83:18

**Z**

**ZACHARY** 1:5
4:2 5:1 93:12
94:5
**zero** 66:17,20,21
79:14,18

**0**

**0.06** 66:22
**08** 53:24

**1**

**1** 3:4,8 6:18,21
7:11 28:2,5
46:20 59:8,10
93:2
**10** 1:7 16:3 87:11
**10/25/16** 3:12
**100** 78:7
**101** 2:13 4:7
**10th** 4:8
**11** 87:11
**110** 78:7 86:8
**114** 2:9
**12** 22:7
**12/6/11** 3:22
**12:15** 92:15
**13** 69:2
**13-CVS-11032** 1:2
94:4
**13-CVS-14461**
94:4
**13-CVS-14661**
1:14
**15** 7:8,10,16 16:4
31:5
**17th** 95:19
**19942760095**
95:24

State of North Carolina ex rel, et al., v Duke Energy Progress, LLC, et al.
Zachary Scott Hall                                    2/10/2017

Page 110

### 2

**2** 3:6,11 6:23,25
7:3 28:7 48:16
63:13,14,15
71:18 72:10
**20** 45:4 73:14
77:25 78:5,12,15
86:17
**2006** 71:11,14
**2007** 29:7
**2008** 70:1,4
**2009** 70:2,21,25
71:4,23
**2010-** 39:20
**2011** 21:22 42:14
45:1 51:6 69:2
71:11,18 88:2
**2011-2012** 17:12
**2012** 11:22 21:22
38:8 43:8 45:1,5
51:6,9 53:3
56:20 88:16
**2013** 73:13
**2014** 10:21 46:10
**2014-2015** 47:9
**2015** 3:8 8:15
10:22 11:16
20:15 21:25
46:10,10 48:11
59:16 60:5 61:5
73:19 82:13,17
82:18 85:18
**2016** 20:22 63:19
91:17
**2017** 1:7 4:9 89:25
91:13 93:14
95:19
**2018** 91:15
**22** 73:14
**220** 2:4
**25** 78:5
**27516** 2:4
**27602** 2:9
**28230** 2:13

### 3

**3** 3:16 66:3,10
69:11,14
**30** 77:25 78:12,15
94:15
**30(b)(6)** 6:12
**316(a)** 23:19
**33** 62:2
**34** 62:2
**3500** 2:12 4:8
**38** 62:2

### 4

**4** 3:19 7:14 68:6
68:11,12,16,20
68:21
**47** 62:8

### 5

**5** 2:19 3:21 59:25
68:5,9,11,12
69:7,10
**50** 62:9 78:2 86:2
**55** 62:9
**56** 62:8
**57** 62:8,8
**59** 3:8

### 6

**6** 3:4,6
**60** 55:17 78:3,17
86:2
**601** 2:4
**629** 2:8
**63** 3:11
**66** 3:16
**68** 3:19,21

### 7

**704-378-4783** 2:14
**75** 48:14
**750,000** 72:9

### 8

**80** 41:16 42:23

48:3,14 71:14
**85** 2:19,21
**86** 61:8
**87** 61:9
**89** 61:9

### 9

**9** 66:9,13
**9:36** 1:7 4:9
**90** 2:21,23 78:7
86:8 87:2
**919-716-6600** 2:10
**919-967-1450** 2:5
**92** 2:23 93:2
**95** 87:18