# Exhibit 15
## Coal Combustion Waste Damage Case Assessments Excerpt, US EPA
## July 9, 2007

# Coal Combustion Waste Damage Case Assessments

U.S. Environmental Protection Agency
Office of Solid Waste

July 9, 2007

With the exception of the documents listed below, the documents referenced throughout this assessment are available from the docket to the Notice of Data Availability on the Disposal of Coal Combustion Wastes in Landfills and Surface Impoundments at www.regulations.gov, docket ID EPA-HQ-RCRA-2006-0796, through internet links provided, or from other identified sources.

1. Application of Don Frame Trucking, Inc. Petitioner for a Judgment Pursuant to Article 78 of the CPLR against the New York State Department of Environmental Conservation Respondent; Supreme Court of the State of New York County of Chautauqua (July 22, 1988). Order G11278.

2. Selenium Posting on Hyco Lake Rescinded, North Carolina Department of Health and Human Services (NCDHHS), August 2001.

3. Feasibility Study for the Y-12 Chestnut Ridge Operable Unit 2 Filled Coal Ash Pond, Oak Ridge, Tennessee. DOE/OR/02-1259&D1. August 1994.

4. Final Site Investigation Report on Groundwater Contamination, Township of Pines, Porter County, Indiana. December 2002.

5. Texas Bureau of Health (TBH). 1992. Fish Advisory: Brandy Branch Reservoir. May 1992.

6. Texas Commission on Environmental Quality (TCEQ). 2003. Improving Water Quality in Brandy Branch Reservoir; One TMDL for Selenium. February 2003.

7. Report: Sulfate Investigation, Miamiview Landfill, Hamilton County, Ohio. Prepared for the Cincinnati Gas & Electric Company by Dames & Moore. December 13, 1994. Available in the docket titled Availability of Report to Congress on Fossil Fuel Combustion; Request for Comments and Announcement of Public Hearing, EPA-HQ-RCRA-1999-0022-0632.

Case 1:17-cv-01097-LCB-JLW    Document 1-15    Filed 12/05/17    Page 3 of 7

# Table of Contents

| | Description | Page |
|---|---|---|
| I. | Summary | 2 |
| II. | Proven Damage Cases | 12 |
| 1. | Salem Acres Site, Massachusetts | 13 |
| 2. | City of Beverly/Vitale Brothers Fly Ash Pit, Massachusetts | 14 |
| 3. | Don Frame Trucking, Inc. Fly Ash Landfill, New York | 15 |
| 4. | Virginia Electric Power Co. (VEPCO) Possum Point, VA | 16 |
| 5. | PEPCO Morgantown Generating Station Faulkner Off-site Disposal Facility, Maryland | 17 |
| 6. | Virginia Power Yorktown Power Station Chisman Creek Disposal Site, Virginia | 17 |
| 7. | Hyco Lake, Roxboro, North Carolina | 19 |
| 8. | Georgia Power Company, Plant Bowen, Cartersville, GA | 19 |
| 9. | Department of Energy - Oak Ridge Y-12 Plant Chestnut Ridge Operable Unit 2 | 20 |
| 10. | South Carolina Electric & Gas Canadys Plant, South Carolina | 24 |
| 11. | Belews Lake, North Carolina | 25 |
| 12. | U.S. Department of Energy Savannah River Project, South Carolina | 25 |
| 13. | Dairyland Power Cooperative E.J. Stoneman Generating Station Ash Disposal Pond, Wisconsin | 26 |
| 14. | WEPCO Highway 59 Landfill, Wisconsin | 27 |
| 15. | Alliant (formerly Wisconsin Power & Light) Nelson Dewey Ash Disposal Facility, Wisconsin | 27 |
| 16. | WEPCO Cedar-Sauk Landfill, Wisconsin | 28 |
| 17. | Wisconsin Electric Power Co. (WEPCO) Port Washington Facility, Wisconsin | 29 |
| 18. | Lansing Board of Water & Light (LBWL) North Lansing Landfill, Michigan | 30 |
| 19. | Northern Indiana Public Service Corp. (NIPSCO) Yard 520 Landfill Site (Brown's Landfill) Township of Pines, Porter County, IN | 32 |
| 20. | Brandy Branch Reservoir, Texas | 33 |
| 21. | Southwestern Electric Power Company Welsh Reservoir, Texas | 34 |
| 22. | Texas Utilities Electric Martin Lake Reservoir, Texas | 34 |
| 23. | Basin Electric Power Cooperative W.J. Neal Station Surface Impoundment, North Dakota | 35 |
| 24. | Cooperative Power Association/United Power Coal Creek Station Surface Impoundments, North Dakota | 36 |
| III. | Potential Damage Cases | 38 |
| 25. | K.R. Rezendes South Main Street Ash Landfill, Freetown, Massachusetts | 38 |
| 26. | New England Power, Brayton Point, Massachusetts | 39 |
| 27. | AES Creative Resources Weber Ash Disposal Site, New York | 40 |

Description                                                                                                                Page

28. Central Hudson Gas and Electric Corporation Danskammer Waste Management Facility, New York .......... 40
29. C. R. Huntley Flyash Landfill, New York .......... 40
30. Elrama Plant, Pennsylvania .......... 41
31. Tennessee Valley Authority - Bull Run Steam Plant, Oak Ridge, Tennessee .......... 41
32. Tennessee Valley Authority Widows Creek Fossil Fuel Plant, Alabama .......... 41
33. Tennessee Valley Authority Colbert Fossil Fuel Plant, Alabama .......... 42
34. Duke Power Allen Steam Generating Plant, North Carolina .......... 42
35. Cinergy East Bend Scrubber Sludge Landfill, Kentucky .......... 43
36. Florida Power and Light Lansing Smith Plant, Florida .......... 43
37. Florida Power and Light Port Everglades Plant, Florida .......... 44
38. Florida Power and Light Riviera Plant .......... 44
39. Florida Power and Light P.L. Bartow Plant .......... 44
40. Commonwealth Edison Powerton Plant - Mahoney Landfill, Pekin, Tazewell County, Illinois .......... 45
41. Xcel Energy/Southern Minnesota Municipal Power Agency - Sherburne County (Sherco) Generating Plant Becker, Minnesota .......... 45
42. Alliant Rock River Ash Disposal Facility, Wisconsin .......... 46
43. Michigan City Site, Michigan City, Indiana .......... 46
44. Bailly Generating Station, Indiana .......... 47
45. Alliant Edgewater 1-4 Ash Disposal Site, Wisconsin .......... 47
46. Wisconsin Power Supply Co. (WPSC) Pulliam Ash Disposal Site, Wisconsin .......... 48
47. Central Illinois Light Co. Duck Creek Station, Illinois .......... 48
48. Illinois Power Co. Hennepin Power Station, Illinois .......... 48
49. Illinois Power Co. Havanna Power Plant, Illinois .......... 49
50. Dairyland Power Alma On-site Fly Ash Landfill, Wisconsin .......... 49
51. Dairyland Power Alma Off-site Fly Ash Landfill, Wisconsin .......... 50
52. Illinois Power Vermillion Power Station, Illinois .......... 50
53. Central Illinois Public Service Company Hutsonville Power Station, Illinois .......... 51
54. Illinois Power Company Wood River Power Station, Illinois .......... 51
55. R.M. Schahfer Generating Station, IN .......... 51
56. Coffeen/White & Brewer Trucking Fly Ash Landfill, Illinois .......... 52
57. Southern Indiana Gas and Electric Company (SIGECO) A.B Brown Generating Station, Indiana .......... 52
58. Cincinnati Gas & Electric Co. Miamiview Landfill, Ohio .......... 52
59. Indiana Power & Light Petersburg Generating Station, Indiana .......... 53
60. Hoosier Energy Mermon Generating Station Coal Combustion Waste Landfill, Indiana 53
61. Cinergy W.C. Beckjord Station, Ohio .......... 53
62. Lemberger Landfill, Wisconsin .......... 54
63. Conesville Fixed FGD Sludge Landfill, Ohio .......... 54
64. Muscatine County Landfill, Iowa .......... 56
65. Dave Johnston Power Plant, Wyoming .......... 56
66. Montana-Dakota Utilities R.M. Heskett Station, North Dakota .......... 56
67. Arizona Public Service Co. Cholla Steam Electric Generating Station, Arizona .......... 57

Description                                                                                                    Page

IV.   Rejected Damage Cases......................................................................................... 59

68.   American Coal Corporation #5 Landfill............................................................. 59
69.   Cardinal PFBC Monofill...................................................................................... 59
70.   Cardinal Fly Ash Reservoir II Impoundment .................................................... 59
71.   Clinch River, Virginia......................................................................................... 60
72.   Copicut Road....................................................................................................... 60
73.   Dixie Caverns County Landfill, Virginia.......................................................... 60
74.   Gavin Impoundments.......................................................................................... 61
75.   Kyger Creek Power Plant Impoundments......................................................... 61
76.   Lake Erie, Ohio................................................................................................... 61
77.   Muskingum River Power Plant Impoundments................................................ 62
78.   Muskogee Environmental Fly Ash Disposal Site, Oklahoma ......................... 62
79.   Public Service Co Fly Ash Disposal Site, Oklahoma ...................................... 63
80.   Star Coal Company #6 Landfill ......................................................................... 63
81.   Star Coal Company #14 Landfill ....................................................................... 63
82.   Stuart Station Impoundments............................................................................. 63
83.   Thompson Landfill, Michigan ........................................................................... 64
84.   Turris Coal Company Elkhart Mine, Illinois ................................................... 64
85.   Western Farmers Electrical Fly Ash Site, Oklahoma ...................................... 64

# List of Tables

Description                                                                                                    Page

Table 1. Eleven Damage Cases Cited in the May 2000 Regulatory Determination...................... 3
Table 2. Fossil Fuel Combustion (FFC) Damage Case Resolution, excluding minefills.............. 8
Table 3. Oak Ridge Y-12 Plant Chestnut Ridge Operable Unit 2 Surface and Ground Water
         Monitoring Programs.............................................................................................21

from South Carolina's Department of Health and Environmental Control (DHEC) confirmed that there is arsenic contamination attributable to two coal combustion waste (CCW) management units at this site. According to the DHEC contact, it is unlikely that there are any ground water supply wells or other human exposure points in the vicinity of the facility. Furthermore, ground water supply wells in the region typically are drilled beneath the underlying confining geologic unit.

Basis for Consideration as a Proven Damage Case: Scientific - There are exceedances of the health-based standard for arsenic at this site. While there are no known human exposure points nearby, some recent exceedances have been detected outside an established regulatory boundary.

## 11. Belews Lake, North Carolina[49]

History: This Lake was impounded in the early 1970s to serve as a cooling reservoir for a large coal-fired power plant. Fly ash produced by the power plant was disposed in a settling basin, which released selenium-laden effluent in return flows to the Lake. Due to the selenium contamination, 16 of the 20 fish species originally present in the reservoir were entirely eliminated, including all the primary sport fish. The pattern of selenium contamination from the plant and fish impacts persisted from 1974 to 1985. In late 1985, under mandates from the State of North Carolina, the power company changed operations for fly ash disposal, and selenium-laden effluent no longer entered the Lake.

A fish advisory was issued for selenium in 1993 which was rescinded December 31, 2000[50].

Basis for Consideration as a Proven Damage Case: EPA has categorized this case as a proven ecological damage case for the following reasons: (1) Scientific evidence of extensive impacts on fish populations due to direct discharge to a surface water body, and (2) Administrative - The State required changes in operating practices to mitigate the contamination.

## 12. U.S. Department of Energy Savannah River Project, South Carolina[51]

History: The Savannah River Project commenced operations and disposal of ash in 1952. At this site, a coal-fired power plant sluices fly ash to a series of open settling basins. A continuous flow of sluice water exits the basins, overflows, and enters a swamp that in turn discharges to Beaver Dam Creek. Observations of bullfrogs of all developmental stages in the settling basins and swamp suggest that the mixture of pollutants that characterize the site does not prevent

---

[49] Memorandum from SAIC to Dennis Ruddy regarding Review of Causative Factors for Coal Combustion Waste Damage Cases, November 29, 2000.

[50] http://134.67.99.49/scripts/esrimap.dll?Name=Listing&Cmd=NameQuery&Left=-178.215026855469&Right=-52.6202812194824&Top=83.1083221435547&Bottom=-14.3755550384521&shp=3&shp=6&idChoice=3&loc=on&NameZoom=NC%20-%20Belews%20Lake

[51] Memorandum from SAIC to Dennis Ruddy regarding Review of Causative Factors for Coal Combustion Waste Damage Cases, November 29, 2000.

Case 1:17-cv-01097-LCB-JLW    Document 1-15    Filed 12/05/17    Page 7 of 7