# Exhibit 18

## Deposition Excerpt of Sean DeNeale
## February 7, 2017

```
 1     STATE OF NORTH CAROLINA )  IN THE GENERAL COURT OF JUSTICE
                               )        SUPERIOR COURT DIVISION
 2     MECKLENBURG COUNTY      )            13-CVS-11032
 3     STATE OF NORTH CAROLINA ex rel.    )
       NORTH CAROLINA DEPARTMENT OF       )
 4     ENVIRONMENTAL QUALITY,             )
                                          )      DEPOSITION OF
 5          Plaintiff,                    )
                                          ) SEAN MICHAEL DeNEALE
 6        vs.                             )       Volume III
                                          )
 7     SIERRA CLUB WATERKEEPER ALLIANCE,  )    February 7, 2017
       SOUND RIVERS, WINYAH RIVERS        )        9:07 A.M.
 8     FOUNDATION, ROANOKE RIVER BASIN    )      Charlotte, NC
       ASSOCIATION, and CAPE FEAR RIVER   )
 9     WATCH, INC.,                       )
            Plaintiff-Intervenor,         )
10                                        )
          vs.                             )
11                                        )
       DUKE ENERGY PROGRESS, LLC.,        )
12          Defendant.                    )
       _____)
13
       STATE OF NORTH CAROLINA )  IN THE GENERAL COURT OF JUSTICE
14                             )        SUPERIOR COURT DIVISION
       MECKLENBURG COUNTY      )            13-CVS-14661
15
       STATE OF NORTH CAROLINA ex rel.    )
16     NORTH CAROLINA DEPARTMENT OF       )
       ENVIRONMENT AND NATURAL RESOURCES, )
17          Plaintiff,                    )
                                          )
18        vs.                             )
                                          )
19     CATAWBA RIVERKEEPER FOUNDATION     )
       INC., APPALACHIAN VOICES, YADKIN   )
20     RIVERKEEPER, MOUNTAINTRUE, DAN     )
       RIVER BASIN ASSOCIATION, ROANOKE   )
21     RIVER BASIN ASSOCIATION, SOUTHERN  )
       ALLIANCE FOR CLEAN ENERGY, and     )
22     WATERKEEPER ALLIANCE,              )
            Plaintiff-Intervenor,         )
23                                        )
          vs.                             )
24                                        )
       DUKE ENERGY CAROLINAS, LLC,        )
25          Defendant.                    )
```

```
 1                    A P P E A R A N C E S
 2    For the Plaintiff-
      Intervenors:           Mr. D.J. Gerken
 3                           Ms. Myra Blake
                             Southern Environmental Law Center
 4                           22 South Pack Square, Suite 700
                             Asheville, North Carolina 28801
 5                           828-258-2023
                             djgerken@selcnc.org
 6                           mblake@selcnc.org
 7
 8                           Mr. Nick Torrey
                             Southern Environmental Law Center
 9                           601 West Rosemary Street, Suite 220
                             Chapel Hill, North Carolina 27516
10                           919-967-1450
                             ntorrey@selcnc.org
11
      For the Plaintiff:     Mr. Francisco Benzoni
12                           North Carolina Department of
                                Justice
13                           Environmental Division
                             Post Office Box 629
14                           114 West Edenton Street
                             Raleigh, North Carolina 27602
15                           919-716-6600
                             fbenzoni@ncdoj.gov
16
      For the Defendant:     Ms. Emma C. Merritt
17                           Hunton & Williams, LLP
                             Bank of American Plaza, Suite 3500
18                           101 South Tryon Street
                             Charlotte, North Carolina 28230
19                           704-378-4728
                             emerritt@hunton.com
20                      * * * * * * * *
                        TABLE OF CONTENTS
21
                             By              Pages
22
      Examination        Mr. Gerken           6 - 109
23
      Examination        Mr. Benzoni        109 - 123
24
      Examination        Ms. Blake          123 - 198
25       Examination        Mr. Torrey         198 - 235
```

```
 1                   E X H I B I T S
 2    Intervenor                                        Page
 3     Number              Description               Reference
 4
             1      Notice of Deposition                  7
 5           2      E-Mail Thread Re: Rule 30 (b)(6)      7
 6                  Deposition of Duke Energy
 7           3      Spreadsheet of Updated Groundwater    51
                    Data Submitted by Duke Energy to
 8                  DEQ with the CSA supplement
 9           4      Charlotte Observer Article            67
                    entitled, Critics Challenge Duke
10                  Energy Claims that Coal Ash Risk
                    is Low, Dated4/22/16
11           5      Appendix B Groundwater Flow and       77
12                  Transport Model
13           6      Spreadsheet of updated groundwater    88
                    data for Cliffside Steam Station
14           7      Site Location Map Belews Creek       127
15                  Steam Station Ash Basin Dated
                    8/2016
16           8      Excel spreadsheet of monthly         144
17                  submittals that have been
                    provided to NC DEQ for Belews Creek
18           9      Excel spreadsheet of certain         145
19                  sampling results from November 2016
                    for Belews Creek
20          10      Technical Memorandum to Kim Witt     148
21                  and Melonie Martin from Jacob
                    Ruffing Dated 12/12/16 Re:
22                  Additional Background Monitoring Well
                    Determinations.
23          11      Sample Location Map Belews Creek Steam 169
24                  Station Dated 8/2016
25
```

```
 1        12    Environmental Monitoring Reporting Form 172
 2        13    Letter to NC DEQ from Melonie Martin   182
 3              Dated 12/21/16 Re: Belews Creek
 4              Interim Action Plan Basis of Design
 5              Report
 6        14    Letter to Ed Sullivan from S. Jay      189
 7              Zimmerman Dated 2/1/17 Re: Basis of
                Design Report Comments Belews Creek
 8        15    SynTerra Comprehensive Site            199
 9              Assessment Supplement 1 Report
                Date 8/1/16
10        16    Appendix A Comprehensive Groundwater   199
11              Analytical Results Roxboro Steam
                Electric Plant Date
12        17    Spreadsheet Roxboro Steam Electric     220
13              Plant Date Updated 11/10/16
14        18    Spreadsheet Roxboro Steam Electric     220
                Plant Date Updated 1/12/17
15        19    SynTerra Technical Memorandum          225
16              To Kim Witt from Craig Eady Dated
                12/15/16
17        22    Conceptual Model (previously admitted)  58
18       454    CAP II Figures (previously admitted)   137
19       806    CSA Supplement (previously admitted)   168
20       924    Report that Accompanied Figures with    82
21              Exhibit Number 925 (previously
22              admitted)
23       925    Draft Revised Expanded Model Allen      82
                Steam Station. (previously admitted)
24       936    Revised Groundwater Model for Belews   163
25              Steam Station (previously admitted)
```

1       938    Revised Groundwater Flow and Transport  125

2              Model. (previously admitted)

3

4               * * * * * * * *

5

6               This is the transcript of the deposition

7  of SEAN MICHAEL DeNEALE, Volume III, being taken by Notice

8  issued by counsel for the Plaintiff/Intervenor, by consent

9  of counsel for the parties and in accordance with the North

10  Carolina Rules of Civil Procedure before Rebekah Gervin

11  Creel, Nationally Certified Verbatim Reporter and Notary

12  Public, in the offices of Hunton & Williams, LLP, 101 South

13  Tryon Street, Suite 3500, Charlotte, North Carolina, on the

14  7th of February, 2017, beginning at 9:15 A.M.

15

16               IT IS FURTHER STIPULATED AND AGREED by

17  and between counsel for the parties that the review and

18  signing of this transcript by the witness is hereby

19  reserved.

20               * * * * * * * * *

21

22

23

24

25

1     SEAN MICHAEL DeNEALE, having provided a government

2          identification was duly sworn and testified as

3          follows:

4     EXAMINATION BY MR. GERKEN:

5     Q.    Good morning, Mr. DeNeale.

6     A.    Good morning.

7     Q.    Thank you for your time today.  I know you have been

8          deposed before in this case, so I'll skip some of

9          the preliminaries.  I know you know the drill at

10        this point.  Just to reintroduce myself, I'm D.J.

11        Gerken.  I'm counsel for the Intervenors in this

12        litigation.

13            And to talk a little bit about the order of

14        questioning today.  I'm going to talk to you,

15        principally, about Allen, Marshall, and Cliffside,

16        and groundwater issues related to them.  My

17        colleague Myra Blake will ask questions about

18        Belews.  And later today my colleague, Nick Torrey

19        will have questions about Mayo and Roxboro.

20    A.    Okay.

21    Q.    And then counsel for the State is here and may have

22        questions for you as well.  I'd like to start just

23        by handing you two exhibits we're going to premark

24        as Number 1 and 2.  Mr. DeNeale, you understand

25        you're here today because you have been identified

```
 1          by Duke Energy as a designated witness pursuant to a

 2          Rule 30(b)(6) deposition?

 3               (WHEREUPON, DeNeale Exhibit Numbers 1 and 2

 4                    were presented for identification.)

 5     A.   I do understand that.

 6     Q.   Okay.  Do you recognize Exhibit Number 1 I've handed

 7          you here?

 8     A.   I have not reviewed this, no.

 9     Q.   Okay.  Well, this is the subpoena we sent to Duke

10          Energy asking Duke to identify appropriate witnesses

11          to speak and have.  If you turn to page 3, a series

12          of topics for examination --

13     A.   Okay.

14     Q.   -- and if you can look to Exhibit Number 2, you are

15          not copied on this e-mail, but have you seen it

16          before?

17     A.   This is not familiar to me either.

18     Q.   Okay.  Well, I can represent to you that this is the

19          e-mail sent to us by counsel for Duke Energy

20          identifying you as the appropriate witness for

21          certain of these topics we identified for

22          examination.  So I just want to talk to you about

23          those topics, briefly, and make sure you're ready to

24          speak to them.

25     A.   Sure.
```

```
 1              purposes, but the bulk of my questions are going to

 2              focus on Belews Creek.

 3       A.    Okay.

 4       Q.    Does that sound okay?  All right.  And I'll start

 5              with some kind of basic questions.  Does the

 6              groundwater flow through the ash basin at Belews

 7              Creek?

 8       A.    Groundwater flow from upgradient directions flows

 9              towards the basin and appears to have interaction

10              with the basin system at Belews Creek, yes.

11       Q.    And does it flow out of the basin to the north of

12              the Belews Creek basin?

13       A.    Generally, groundwater flow at Belews Creek is to

14              the north toward to the Dan River from the ash basin

15              system, yes.

16       Q.    And does it discharge into Little Belews Creek?

17       A.    I believe some of the groundwater does discharge

18              into Little Belews Creek before reaching the Dan

19              River, yes.

20       Q.    And so it discharges directly into the Dan River?

21       A.    May be the case or other drainages that aren't

22              Little Belews Creek.

23       Q.    Okay.  And does it also flow out of the basin to the

24              northwest as well?

25       A.    There is a component of flow on the northwestern
```

STATE OF NORTH CAROLINA                          CERTIFICATION IN LIEU OF

COUNTY OF MECKLENBURG                                SIGNATURE PAGE


      I, Rebekah Gervin Creel, Nationally Certified Verbatim Court Reporter and

Notary Public in and for The County of Mecklenburg, State of North Carolina, do

hereby Certify that on February 7, 2017 the deposition of Sean Michael DeNeale

(Vol III) was taken by me and that the requirement that the deposition be signed

was not waived;

      Therefore, thirty days having elapsed since the date of notification to the

witness through counsel, this certification is attached to the transcript in lieu of

signature by the witness.

      Witness my hand this 2nd day of May, 2017

_____
Rebekah Gervin Creel, N.P.
Notary Public No.:   19942760095